CHUBB®

| | | |
|---|---|---|
| **RE:** | **Insured:** | Kathryn M. Zamboni-Cutter |
| | **Policy Number:** | 268132260 |
| | **Effective Dates:** | 02/28/2018 to 02/28/2019 |
| | **Insurer:** | Bankers Standard Insurance Company |
| | **Claim Number:** | 77182385 |

*This certifies that the attached document(s) constitute a true copy of the declarations, terms, exclusions and conditions of the above identified policy as of the date of this certification.*

*Date:* 10/9/19 *By:* [signature]

Bankers Standard Insurance Company

CHUBB

# Platinum Portfolio®

**POLICY NUMBER: 268-13-22-60**

## POLICY SUMMARY - RENEWAL

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** .

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288
Telephone: (800) 235-8029
PRODUCER CODE: 27-9404

**This package contains your Insurance Policy. Your bill will be mailed under separate cover.**

| COVERAGE | POLICY NUMBERS | EFFECTIVE DATES | PREMIUMS |
|---|---|---|---|
| HOME | 268-13-22-60H | 02/28/2018 - 02/28/2019 | $ 9,552.00 |
| VALUABLES | 268-13-22-60V | 02/28/2018 - 02/28/2019 | $ 1,283.00 |

**TOTAL ANNUAL POLICY PREMIUM** $ 10,835.00

CHUBB Platinum Portfolio®

**POLICY NUMBER: 268-13-22-60H** H 0117

## HOME DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY**

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288
Telephone: (800) 235-8029

**Policy Period From:** 02/28/2018 **To:** 02/28/2019 12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE HOME POLICY CONTRACT AND ANY HOME ENDORSEMENTS COMPLETES YOUR RENEWAL POLICY.

**COVERED LOCATIONS**

**LOCATION 1**
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

1 FAMILY FRAME DWELLING
BUILT IN 2011 PRIMARY
COUNTY EL PASO
TERRITORY 010
PROTECTION CLASS 002
BAND 08

| COVERAGE DESCRIPTION LIMITS | LOCATION 1 |
|---|---|
| DWELLING | 5,317,000 |
| OTHER STRUCTURES | 1,063,000 |
| PERSONAL PROPERTY | 2,659,000 |
| LOSS OF USE | INCLUDED |
| PERSONAL LIABILITY | 1,000,000 |
| MEDICAL EXPENSES | 50,000 |
| DEDUCTIBLE | 10,000 |

**TOTAL ANNUAL HOME PREMIUM** $9,552.00

**POLICY NUMBER: 268-13-22-60H** H 0117

| PREMIUMS | LOCATION 1 |
|---|---|
| LOCATION PREMIUM | 9552.00 |
| TOTAL LOCATION PREMIUM | $9552.00 |

| DISCOUNT INFORMATION | LOCATION 1 |
|---|---|
| **LOSS PREVENTION CREDIT - TOTAL %** | **25%** |
| CENTRAL STATION BURGLAR ALARM | X |
| CENTRAL STATION FIRE ALARM | X |
| SPRINKLERS EXCLUDING BATH | X |
| **NEW HOME CREDIT** | **8%** |
| **VALUABLES CREDIT** | **5%** |

**MORTGAGEE BILLED**

**LOCATION 1**
COMPASS BANK
ISAOA ATIMA
PO BOX 200017

KENNESAW GA 30156-9222

LOAN NUMBER 6730303007

**OPTIONAL COVERAGES**

**PROPERTY REMEDIATION COVERAGES FOR ESCAPED LIQUID FUEL**
LOCATION 1

POLLUTION LIABILITY COVERAGE

| COVERAGE | RCN | BASIC LIMITS | INCREASED LIMITS | TOTAL |
|---|---|---|---|---|
| AGGREGATE LIQUID FUEL REM | | $10,000 | | $10,000 |
| AGGREGATE LIQUID FUEL LIAB | | | | |

CHUBB

# Platinum Portfolio®

**POLICY NUMBER: 268-13-22-60H** H 0117

## POLICY FORMS AND ENDORSEMENTS

LOCATION 1

| | | |
|---|---|---|
| * | ACE01-1016 | CHUBB GROUP OF COMPANIES US PRIVACY NOTICE |
| * | ACE198-0213 | COLORADO SUMMARY OF HOMEOWNERS DISCLSR FORM |
| * | ACE218-0314 | CO LOSS HISTORY INFORMATION NOTICE |
| * | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| * | ALL-20887A-0316 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11H-0314 | SIGNATURES |
| * | HOME WDY ACE-1017 | HOME CONTRACT |
| * | HOME404 ACE-1213 | COLORADO HOME ENDORSEMENT |
| * | HOME450 ACE-0312 | ESCAPED LIQUID FUEL COVERAGE |
| * | HOME467 ACE-0312 | CHEMICAL HAZARDS EXCLUSION |
| * | HOME469 ACE-0312 | HOME DEDUCTIBLE RESERVE |
| * | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |

* DENOTES COPY OF FORM ATTACHED

## ADDITIONAL POLICY INFORMATION

**INFLATION INCREASE NOTICE**

LOCATION 1
AN INCREASE HAS BEEN APPLIED TO THE AMOUNT OF INSURANCE ON YOUR HOME. THIS INCREASE IS BASED ON CONSTRUCTION COST CHANGES AND GENERAL INFLATION IN YOUR SECTION OF THE COUNTRY. IF YOU HAVE ANY QUESTIONS ON THIS CHANGE, PLEASE CONTACT YOUR AGENT OR BROKER.

CHUBB

Platinum Portfolio®

CHUBB

# CHUBB GROUP
# U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |
| **Questions?** | **Call 1-800-258-2930 or go to** https://www2.Chubb.com/us-en/privacy.aspx | |

| | |
|---|---|
| **Who is providing this notice?** | The Chubb Group. A list of these companies is located at the end of this document. |
| **What we do** | |
| **How does Chubb Group protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
| **How does Chubb Group collect my personal information?** | We collect your personal information, for example, when you<br><br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Chubb does not share with nonaffiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include categories of companies such as banks. |

CHUBB®

# Platinum Portfolio®



## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

CHUBB

## Chubb Producer Compensation
## Practices & Policies

Chubb believes that policyholders should have access to information about Chubb's practices and policies related to the payment of compensation to brokers and independent agents. You can obtain that information by accessing our website at https://www2.chubb.com/us-en/agents-brokers/chubb-producer-compensation.aspx or by calling the following toll-free telephone number:

1-866-512-2862.

CHUBB® Platinum Portfolio®

## COLORADO SUMMARY OF COVERAGE
## HOMEOWNERS POLICY DISCLOSURE FORM

**THIS DOCUMENT IS A SUMMARY OF YOUR HOMEOWNER COVERAGE. THE INFORMATION IN THIS DOCUMENT DOES NOT REPLACE ANY POLICY PROVISION. COVERAGE IS SUBJECT TO THE TERMS, CONDITIONS, SPECIAL LIMITS AND EXCLUSIONS OF THE POLICY AND APPLICABLE ENDORSEMENTS. PLEASE READ YOUR POLICY FOR DETAILS! IN THE EVENT OF A CONFLICT BETWEEN THE POLICY AND THIS SUMMARY DISCLOSURE FORM, YOUR POLICY PROVISIONS SHALL PREVAIL.**

| | |
|---|---|
| **General information:** | The coverage amount listed on your attached declaration page is only an estimate of the replacement cost value of your insured property. It may not be sufficient to replace your property in the event of a total loss. If you have concerns about the estimated replacement cost amount used to derive your coverage, you should take an opportunity to discuss this with us to ensure your property has enough coverage in the event of a total loss.<br><br>It is important that you review and discuss your coverage with your agent or company representative on an annual basis. Any changes to your insured property, i.e. remodeling or building code updates, may require an increased coverage amount for your insured property. |
| **Your declaration page lists the specific limits of your policy for each of these coverages:** | **DWELLING:** The dwelling is the main residential home. We offer different types of policies with different coverage amounts. You may want to consider a replacement cost policy or an actual cash value policy. If you insure your dwelling on a replacement cost basis, we will encourage you to choose a coverage limit equal to the estimated cost to rebuild it. Your policy may also include a feature providing additional coverage in case the cost to rebuild exceeds the insurance amount purchased. Some policies also include "Ordinance and Law Coverage" for increased costs of repair or replacement due to changes in building codes that affect your property. See below for more information or contact us with any questions about these additional coverages.<br><br>• **Replacement Cost** is the amount it takes to replace your damaged or destroyed property, subject to the limits shown in your declaration page and policy. Please refer to your policy for additional information.<br><br>• **Actual Cash Value** is the cost of repairing or replacing damaged or destroyed property with property of same kind and quality less depreciation, subject to the limits shown in your declaration page and policy.<br><br>**OTHER STRUCTURES:** Buildings and other structures not attached to the dwelling such as fences, sheds and detached garages. These are subject to the "other structures" limit identified in your declaration page. If additional coverage is needed, discuss it with us.<br><br>**PERSONAL PROPERTY:** Personal items and household goods; valuable items, such as jewelry and art, are subject to limitations. If you own valuable items, you should consider purchasing additional coverage through a scheduled endorsement or separate policy. |

| | |
|---|---|
| **Your declaration page lists the specific limits of your policy for each of these coverages:** | **LOSS OF USE/ADDITIONAL LIVING EXPENSE:** Covers increased living expenses during the time required to repair or replace the damage to your dwelling following an insured loss, or if you permanently relocate, the time required to move your household to a new location. This coverage may be subject to time and expense limitations. Please review your policy.<br><br>**PERSONAL LIABILITY:** Provides protection if you or a resident insured causes bodily injury or property damage to another, on a per occurrence basis.<br><br>**MEDICAL PAYMENTS TO OTHERS:** If a person, other than you or a resident of your house, is injured on the insured premises, this coverage will pay medical expenses subject to the policy limit. |

**IMPORTANT:** *In Colorado, there is potential for large and even total losses due to fires, tornadoes, other natural disasters, or other causes of loss. It is extremely important to conduct an annual review of your property coverage to ensure you are adequately insured. If you have questions or concerns regarding your insurance coverage, be sure to discuss them with your insurance agent or company representative. Please maintain a copy of this document and your entire policy in a safe and secure location away from your property.*

| | |
|---|---|
| **Items that may affect your premium:** | • Deductible: That part of the covered loss for which you are responsible for paying. Please review your policy declaration page. Deductibles may be a fixed amount, a percentage of the dwelling limit, or a combination of both;<br>• Multiple policy discounts;<br>• Claim history (discount or surcharge);<br>• Age of home (discount or surcharge);<br>• Roof age or type (discount or surcharge);<br>• Smoke/fire/burglar alarms. |
| **Additional coverages you might want to consider, for an additional premium:** | • **Ordinance or Law Coverage:** Covers increased costs of demolition, construction, renovation or repair associated with the enforcement of building ordinances and law.<br>• **Scheduled Personal Property:** Your policy may provide limited coverage for certain types of property, such as jewelry, fine arts, furs, electronic or musical equipment, etc. Scheduling, or purchasing a personal articles policy, will provide additional coverage or limits for these items.<br>• **Water and Sewer Back-up:** Pays up to the limit specified in the coverage form for damage caused by overflow or sump pump discharge.<br>• **Personal Umbrella Policy:** Provides additional liability coverage to supplement the protection provided by homeowner and automobile insurance policies.<br>• **Earthquake**: Provides coverage for certain earth movement related losses that are typically excluded from a homeowners insurance policy. |

CHUBB®

# Platinum Portfolio®

| | |
|---|---|
| **General Exclusions:** | **Your policy does not provide coverage for all possible losses. The following are examples of some of reasons a loss might not be covered. Please refer to your policy for specific exclusions:**<br><br>**Property Exclusions:**<br>1. Loss or damage that you or a resident of your house intentionally causes;<br>2. Flooding*, including surface water;<br>3. Earth movement, settling, cracking, bulging, shrinkage or expansion of the structure, other structures, or of pavements, driveways, or sidewalks;<br>4. Pollution and contamination;<br>5. Land;<br>6. Birds, vermin, or house pets;<br>7. Mold or fungi;<br>8. Wear and tear.<br><br>*Flood insurance may be purchased through the National Flood Insurance Program (www.floodsmart.gov)<br><br>**Liability Exclusions:**<br>1. Any loss that an insured intends or should expect to happen;<br>2. Bodily injury to an insured person or property damage to an insured person's property;<br>3. Damage, which results from the ownership or use of an automobile and other types of motorized land vehicles, aircraft, or certain watercraft. |

**IMPORTANT:** *This document is a summary of coverage available under your homeowner policy. The homeowners policy is a contract between you and us. Each of us has duties, rights and responsibilities under this contract. Please review your policy carefully. If you have any questions or concerns you may also contact the Colorado Division of Insurance.*

| | |
|---|---|
| **Reasons for cancellation, non-renewal or increase in premium:** | **Cancellation and Nonrenewal:**<br>You may cancel your policy at any time by writing to us or your agent and indicating the date the cancellation is to take effect.<br><br>We may choose to cancel or non-renew your policy. If your policy is cancelled or non-renewed, we will send you advance notice. Some examples of reasons for cancellation and non-renewal include, but are not limited to:<br><br>1. Failure to pay your premium when it is due;<br>2. Knowingly making a false statement or a material misrepresentation on your application for your policy;<br>3. Knowingly making a false statement or material misrepresentation regarding a claim;<br>4. Frequency or type of claims;<br>5. A substantial change in the use or occupancy of the premises. |

| | |
|---|---|
| **Reasons for cancellation, non-renewal or increase in premium:** | **Increase in Premium:**<br><br>Conditions that may increase your premium include, but are not limited to:<br>1. A loss resulting in a paid claim;<br>2. A general rate increase. This results from the loss experience of a large group of policyholders rather than from a loss suffered by an individual policyholder. A general rate increase applies to many persons in the group, not just those who had losses;<br>3. Adjustment for inflation. We include inflation coverage in your policy. This coverage may automatically increase the amount of your insurance coverage as inflation pushes up the cost of replacing your home. The increases may be based on a construction cost index and may be reflected in the premium on each renewal date; |

**NOTE: It is important that you review and discuss your coverages with your agent or company representative on an annual basis. Any changes to your home, i.e. remodeling or county code updates, may require an increased coverage amount for your insured property.**

CHUBB® Platinum Portfolio®

# COLORADO LOSS HISTORY INFORMATION NOTICE

Bankers Standard Insurance Company obtains prior claims history from CLUE (Comprehensive Loss Underwriting Exchange) to help underwrite homeowner's insurance.

You may obtain a free copy of this report by writing to the consumer reporting agency at the address listed below:

LexisNexis Consumer Center
Mailing Address: PO Box 105108, Atlanta, GA 30348-5108
Street Address: 1000 Alderman, Drop 55, Alpharetta, GA 30005
Telephone: 1-800-456-6004
www.consumerdisclosure.com

CHUBB®

# Platinum Portfolio®

Dear Valued Client: (ACE26 – non-package renewal)

We are pleased to present you with a renewal of your Chubb Platinum Portfolio® personal insurance program -- a program specifically designed to handle the complex risks you face when you have substantial assets.

To make sure you are getting the most from the Chubb Platinum Portfolio throughout the year, be sure to call your agent when any of the following conditions applies:

1. If you would like one policy and one bill to handle your needs for home, auto, valuables, watercraft, and umbrella liability protection, ask your agent about packaging these coverages together in the Chubb Platinum Portfolio. The "portfolio" approach minimizes coverage gaps and eliminates wasteful duplications that can occur with a collection of standard industry policies. And, you receive an overall discount.
2. When you acquire valuable items such as jewelry, fine art, or antiques, consider putting them under valuables coverage as scheduled property. Compared to home coverage, our valuables coverage is broader and carries no deductibles. So, if you lose a ring or break a precious piece of china, the loss is covered from the first dollar.
3. If you have a home policy with us and the deductible is less than $2,500, you are missing an opportunity for substantial savings. Not only could you reduce your premiums, you could benefit from our unique Deductible Reserve. This policy feature effectively reduces your deductible payment by 10 percent for each loss-free year.
4. Similarly, if you have an auto policy with us and the deductible is less than $1,000, you are missing the opportunity to reduce your premium and benefit from the Deductible Reserve.
5. If a loss occurs, call your agent as quickly as possible for advice about making a claim. You can also call us directly 24 hours a day at 800-945-7461.

We encourage you to visit **www.chubb.com** where you can register to pay bills online, set up automatic payments, view policy and claims information, and more. Go directly to **www.chubb.com/register** to start now. The site also includes a Help section with ideas for better protecting your family and assets, as well as suggestions for maximizing the value of your insurance program.

If you have questions about your policy or the options described above, your independent agent or broker will be happy to assist. We've listed your agent's contact information below.

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288
Telephone: (800) 235-8029

Thank you for continuing with the Chubb Platinum Portfolio program. You can rest assured of our commitment to keeping your life simple, family safe, and wealth secure.

CHUBB®

Platinum Portfolio®

# TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| KATHRYN M ZAMBONI-CUTTER | | | |
| Policy Symbol | Policy Number 268132260 | Policy Period 02/28/2018 **to** 02/28/2019 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) BANKERS STANDARD INSURANCE COMPANY | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims. All other terms and conditions of policy remain unchanged.

Authorized Agent

CHUBB®

## Chubb Producer Compensation
## Practices & Policies

Chubb believes that policyholders should have access to information about Chubb's practices and policies related to the payment of compensation to brokers and independent agents. You can obtain that information by accessing our website at https://www2.chubb.com/us-en/agents-brokers/chubb-producer-compensation.aspx or by calling the following toll-free telephone number:

1-866-512-2862.

CHUBB Platinum Portfolio®

# THE CHUBB PLATINUM PORTFOLIO HOME POLICY

## QUICK REFERENCE


BEGINNING ON PAGE

**AGREEMENT** ..... 2
**DEFINITIONS** ..... 2

**PART I – PROPERTY** ..... 4
- Property Coverages ..... 4
- Extra Benefits ..... 6
- Property We Do Not Cover ..... 16
- Losses We Cover ..... 17
- Losses We Do Not Cover ..... 17
- Property Conditions ..... 21

**PART II – LIABILITY** ..... 27
- Liability Coverages ..... 27
- Extra Benefits ..... 28
- Damages We Do Not Cover ..... 29
- Liability Conditions ..... 33

**PART III – GENERAL CONDITIONS** ..... 34


 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

## AGREEMENT

This Contract, the Declarations and any Endorsements complete the policy. The policy is a legal contract between you and us. We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, *you* and *your* mean the person shown in the Declarations as the Named Insured and the spouse if a resident of the same household. *We*, *us* and *our* mean the Company providing this insurance and issuing this policy, as shown in the Declarations.

In addition, certain words and phrases are defined as follows:

**1.** *Actual cash value* means the amount it would cost to repair or replace covered property with material of like kind and quality, subject to a deduction for depreciation, deterioration and obsolescence.

**2.** *Bodily injury* means physical bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** *Business* means a trade, profession, occupation or other activity, including farming operations, performed in exchange for money or other compensation, whether on a full-time, part-time or occasional basis. This also includes investment activity or any activity intended to realize a profit for either an *insured person* or others.

However, *business* does not include:

- **a.** Volunteer activities for which the only payment received is for expenses incurred to perform the activity;
- **b.** Providing home day care services for which no compensation is received; or
- **c.** Providing home day care services to a relative of an *insured person*.

**4.** *Damages* means the sum required to satisfy a claim for an *occurrence* covered by this policy, whether settled and agreed to in writing by us or resolved by judicial review.

**5.** *Domestic employee* means an employee of an *insured person* or an employee leased to an *insured person* by a labor leasing firm, whose duties are related to the maintenance or use of the *residence premises*, including household or domestic services.

**6.** *Family member* means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child under the age of 25.

**7.** *Fungi* means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by *fungi*.

**8.** *Incidental business* means:

- **a.** A *business* activity, other than a farm operation, conducted by an *insured person* that:
  - **(1)** Does not produce more than $15,000 in annual gross revenues;
  - **(2)** Does not involve the employment of others subject to any workers' compensation, disability benefits, unemployment compensation or other similar laws; and
  - **(3)** Conforms to local, state and federal laws.
- **b.** A farm operation conducted on the *residence premises* that:
  - **(1)** Is incidental to the use of the premises as your residence;
  - **(2)** Does not produce more than:
    - **(a)** $25,000 in annual gross revenues from agricultural operations; or
    - **(b)** $50,000 in annual gross revenues from the raising or caring of animals and does not involve more than 25 sales transactions during the *policy period* or the sale of more than 50 animals during the *policy period*; and
  - **(3)** Does not involve the employment of others for more than 1,500 hours per *policy period*.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**9.** *Insured location* means:

**a.** The *residence premises*;

**b.** The part of any other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the *policy period* for your use as a residence;

**c.** Any premises used by you in connection with a residence described in **a.** and **b.** above;

**d.** Any part of a premises where an *insured person* is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an *insured person*;

**f.** Land owned by or rented to an *insured person* on which a one or two family dwelling is being built as a residence for an *insured person*;

**g.** Individual or family cemetery plots or burial vaults of an *insured person*; or

**h.** Any part of a premises occasionally rented to an *insured person* for other than *business* use.

**10.** *Insured person* means:

**a.** You and residents of your household who are:

**(1)** Your *family members*; or

**(2)** Other persons under the age of 25 and in the care of any person described above;

**b.** Under Part **II**, *insured person* also means:

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft that are owned by you or any person included in **a.** above.

*Insured person* does not mean a person or organization using or having custody of these animals or watercraft in the course of any *business* or without consent of the owner; or

**(2)** With respect to any motor vehicle to which this policy applies, any person using the vehicle with your consent with respect to their legal responsibility arising out of its use.

**11.** *Medical expenses* means reasonable charges for:

**a.** Medical, surgical, dental and professional nursing fees;

**b.** Hospital and ambulance costs;

**c.** X-ray and prosthetic device costs; and

**d.** Funeral expenses;

incurred as a result of *damages* for *bodily injury* sustained from an *occurrence*.

**12.** *Occurrence* means:

**a.** An accident, including continuous or repeated exposure to substantially the same general harmful conditions, which occurs during the *policy period* and results in *personal injury* or *property damage*; or

**b.** An *offense*, including a series of related *offenses*, committed during the *policy period* and results in *personal injury*.

An *occurrence* or series of related *occurrences* is considered to be one *occurrence*, even if an *occurrence* or series of related *occurrences* continues into a subsequent *policy period*.

**13.** *Offense* means one or more of the following:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** Wrongful entry or eviction;

**d.** Libel, slander or defamation of character; or

**e.** Invasion of privacy.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**14.** *Personal injury* means the following injuries, and resulting death:

**a.** *Bodily injury*;

**b.** Mental anguish; or

**c.** An *offense*.

**15.** *Policy period* means the period of time this policy is in effect as shown in the Declarations, unless terminated by you or by us. All coverages described in this policy apply only to losses or *occurrences* that take place while this policy is in effect.

**16.** *Property damage* means physical harm to or destruction of tangible property, including loss of its use resulting from such physical harm or destruction.

**17.** *Recreational motor vehicle* means a motorized land vehicle:

**a.** Designed for recreational use off public roads and is not registered for use on public roads;

**b.** Used solely on and to service a *residence premises*; or

**c.** Designed to assist the handicapped and is not registered for use on public roads.

*Recreational motor vehicle* also includes a golf cart when operated on roads of your private residential community with the authority of the property owners association.

**18.** *Replacement cost* means the amount it would cost to repair or replace covered property with material of like kind and quality.

**19.** *Residence premises* means:

**a.** A one or two family dwelling, condominium, cooperative unit or apartment that you own or reside in; or

**b.** That part of any other building where you reside;

and which is shown as a location in the Declarations.

*Residence premises* also includes other structures and grounds at that location.

**20.** *Total loss* occurs when the *residence premises* is completely destroyed, or when some portion of the *residence premises* remains intact, but the cost of replacing it to pre-loss condition exceeds the limit of insurance that applies to the covered property.

**21.** *Vacant* means a building:

**a.** Devoid of personal property; or

**b.** Not supplied with the basic utilities;

reasonably necessary to sustain normal occupancy.

A *residence premises* being newly constructed or renovated is not considered *vacant*.

## PART I – PROPERTY

### PROPERTY COVERAGES

**1. Residences**

**a.** For Dwellings, we cover:

**(1)** The dwelling on the *residence premises* shown in the Declarations;

**(2)** Structures attached to the dwelling (other than those structures as described under provision **2.** Other Structures below);

**(3)** Materials and supplies located on or next to the *residence premises* used to construct, alter or repair the dwelling or other structures on the *residence premises*;

**(4)** Real property which is your insurance responsibility under a Homeowners Association agreement or state law.

CHUBB®

# Platinum Portfolio®

**b.** For Condominiums and Cooperative Units, we cover:

**(1)** The alterations, appliances, fixtures and improvements paid for or acquired at your expense which are part of the building contained within the *residence premises*;

**(2)** Items of real property which pertain exclusively to the *residence premises*;

**(3)** Real property which is your insurance responsibility under a Condominium or Cooperative Association agreement or state law; and

**(4)** Structures owned solely by you, other than the *residence premises*, at the location of the *residence premises.*

The limit of insurance for **b.(1)** through **(4)** above is shown in the Declarations as Building Additions And Alterations.

**c.** For Apartments, we cover:

**(1)** The building improvements or installations acquired or made by you to that part of the *residence premises* used exclusively by you; and

**(2)** Structures owned solely by you, other than the *residence premises*, at the location of the *residence premises.*

The limit of insurance for **c.(1)** and **(2)** is shown in the Declarations as Building Additions And Alterations.

**2. Other Structures**

We cover other structures on the *residence premises*, meaning structures:

**a.** Set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection; or

**b.** That are otherwise part of the grounds of the *residence premises*. This includes, but is not limited to, fences, driveways, sidewalks, and other similar structures, whether connected to the dwelling or not.

**3. Personal Property**

**a.** We cover personal property owned or used by an *insured person* while it is anywhere in the world.

At your request, we will also cover personal property owned by:

**(1)** Others while the property is on the part of the *residence premises* occupied by an *insured person*; or

**(2)** A guest or a *domestic employee* while the property is in any residence occupied by an *insured person*.

**b. Special Limits Of Insurance**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Personal Property limit.

**(1) Money And Precious Metals**

$2,500 for money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**(2) Jewelry**

$10,000, not to exceed $5,000 per article, for jewelry that is stolen, misplaced or lost. This includes watches and precious or semi-precious stones, whether set or unset.

**(3) Furs**

$10,000, not to exceed $5,000 per article, for furs that are stolen, misplaced or lost.

**(4) Stamps And Coins**

$10,000 for collectible stamps, coins and medals. This limit does not apply if the collectible stamps, coins or medals are located in a bank vault or a bank safe deposit box.

**(5) Firearms**

$10,000, not to exceed $5,000 per article, for firearms and related equipment that are stolen, misplaced or lost.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(6) Negotiable Papers**

$5,000 for securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports and tickets. This dollar limit applies to this category regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**(7) Metalware**

$10,000 for metalware that is stolen, misplaced or lost. This includes plated ware, goldware, silverware, platinumware, tableware, trays, trophies and other household articles (other than jewelry) consisting primarily of sterling silver, silver, platinum, gold or pewter.

**(8) Trailers**

$5,000 for trailers or semi-trailers not used with watercraft.

**(9) Watercraft**

$10,000 for watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**(10) Grave Markers**

$10,000 to replace, stabilize or restore grave markers, including burial vaults and mausoleums.

**(11) Breakage Of Fragile Articles**

$50,000 for the breakage of fragile articles, including but not limited to crystal, china, porcelains, figurines, statues, sculptures, mirrors, wine bottles, glassware and other similar articles. Fragile articles do not include jewelry, watches, cameras and photographic lenses.

This special limit does not apply if the loss is caused by:

**(a)** Fire or lightning;

**(b)** Smoke from any source other than agricultural smudging or industrial operations;

**(c)** Theft, attempted theft, vandalism or malicious mischief;

**(d)** Earthquake, explosion or the collapse of a building or part of a building;

**(e)** Motor vehicles or aircraft;

**(f)** Rain, snow, sleet, wind or hail;

**(g)** Riot or civil commotion; or

**(h)** Sudden and accidental loss of water or steam from a plumbing system, heating system, air conditioning system, fire protective sprinkler system or household appliance.

## EXTRA BENEFITS

We will pay the following Extra Benefits only when losses are covered by this policy. These Extra Benefits are in addition to the limit of insurance specified in the Declarations for the property where the loss occurs, unless noted otherwise. All deductibles apply unless noted otherwise.

**1. Loss Of Use**

**a.** We will pay the following expenses incurred by you if you are unable to reside in your residence due to a loss covered by this policy:

**(1) Additional Living Expense**

**(a)** If a covered loss damages part of the *residence premises* making it not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living. Payment will be for the shortest reasonable time required to repair or replace the damage or, if you permanently relocate, the shortest reasonable time required for your household to settle elsewhere.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

However, you must:

**(i)** Inform us of your decision whether you intend to repair or replace the damage, or to permanently relocate, within 90 days from the date the loss is reported to us, or a later date if agreed to by us; and

**(ii)** Begin to repair or replace the damage, or to permanently relocate, within 180 days from the date the loss is reported to us, or a later date if agreed to by us.

If you fail to comply with the required timeframes described in **a.(i)** and **(ii)** above, additional living expenses will cease 30 days from such required timeframes.

**(b)** If you are newly constructing your *residence premises*, or constructing additions or alterations to the *residence premises*, and at the time of a covered loss:

**(i)** You are living in the *residence premises*, additional living expenses will cease once the *residence premises* is restored to the condition just prior to the loss; or

**(ii)** You are not living in the *residence premises*, additional living expenses will not apply.

**(2) Fair Rental Value**

If a covered loss damages part of the *residence premises* rented to others or held for rental by you making it not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in. Payment will be for the shortest reasonable time required to repair or replace such premises.

However, you must:

**(a)** Inform us of your decision whether or not you intend to repair or replace the damage within 90 days from the date the loss is reported to us, or a later date if agreed to by us; and

**(b)** Begin to repair or replace the damage within 180 days from the date the loss is reported to us, or a later date if agreed to by us.

If you fail to comply with the required timeframes described in **(a)** and **(b)** above, including if you decide not to repair or replace the damage, fair rental value will cease 30 days from such required timeframes.

**(3) Forced Evacuation**

If you or your *family members* are forced to evacuate the *residence premises* by a civil authority as a direct result of a covered loss or a reasonable threat of a covered loss, we cover the necessary increase in living expenses and fair rental value as provided in **(1)** and **(2)** above for no more than 30 days.

**b.** We do not cover loss or expense due to cancellation of a lease or agreement.

**c.** The periods of time under **a.(1)** through **(3)** above are not limited by expiration of this policy.

**d.** No deductible applies to this Extra Benefit.

**2. Debris Removal**

We will pay the reasonable expenses to remove:

**a.** Debris of a covered loss and the property that caused the covered loss; and

**b.** Fallen trees that:

**(1)** Have caused damage to a structure covered by this policy;

**(2)** Blocked a driveway; or

**(3)** Blocked a ramp or other access way designed to assist a handicapped person to enter or leave the *residence premises*.

**3. Tree Removal**

We will pay up to $1,000 for the removal of fallen trees caused by wind, hail, sleet, or the weight of ice or snow if the fallen trees do not:

**a.** Cause damage to a structure covered by this policy;

**b.** Block a driveway; or

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**c.** Block a ramp or other access way designed to assist a handicapped person to enter or leave the *residence premises*.

The $1,000 limit is the most we will pay regardless of the number of fallen trees.

**4. Landscaping**

**a.** We will pay up to 5% of the Dwelling limit for a dwelling where the loss occurs, or 5% of the Personal Property limit for a condominium, cooperative unit or apartment where the loss occurs, to cover trees, shrubs, plants or lawns you own on the *residence premises* for loss caused by the following:

**(1)** Fire, lightning or explosion;

**(2)** Riot or Civil Commotion;

**(3)** Aircraft;

**(4)** Vehicles not owned or operated by a resident of the *residence premises*; or

**(5)** Theft, vandalism or malicious mischief.

**b.** The most we will pay for any one tree, plant or shrub is $5,000.

**c.** This Extra Benefit applies only if you repair or replace the damaged property within 180 days of the date of loss, or a later date if agreed to by us.

**d.** Landscaping does not include vineyards, orchards, or any type of naturally-occurring native vegetation, including but not limited to forests, brush, woodlands, grasslands, wetlands or mangroves.

**5. Land Restoration**

We will pay up to $10,000 or 10% of the covered property loss to the residence or other structure, whichever is greater, for costs required to replace, rebuild, stabilize or restore the land necessary to support the residence or other structure where the loss occurs.

**6. Collapse**

**a.** With respect to this Extra Benefit:

**(1)** *Collapse* means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of *collapse*.

**(3)** A part of a building that is standing is not considered to be in a state of *collapse* even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of *collapse* even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving *collapse* of a building or any part of a building if the *collapse* was caused only by one or more of the following:

**(1)** Decay that is hidden from view, unless the presence of such decay is known to an *insured person* prior to *collapse*;

**(2)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an *insured person* prior to *collapse*;

**(3)** Weight of contents, equipment, animals or people;

**(4)** Weight of rain or snow which collects on a roof;

**(5)** Use of defective material or methods in construction, remodeling or renovation if the *collapse* occurs during the course of the construction, remodeling or renovation; or

**(6)** Any other cause of loss not excluded in Losses We Do Not Cover.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(1)** through **(6)** above, unless the loss is a direct result of the *collapse* of a building or any part of a building.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

d. This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

**7. Rebuilding To Code**

a. After a covered loss, we will pay for the increased costs you incur caused by the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of the damaged part of a covered building or other structure made necessary by the covered loss;

(2) The remodeling, replacement or removal of the portion of the undamaged part of covered building or other structure necessary to complete the remodeling, replacement or removal of that part of the building or other structure damaged by a covered loss; or

(3) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a covered loss to another part of that covered building or other structure.

b. This Extra Benefit does not apply unless you repair, replace or rebuild the building or other structure at the same location.

**8. Business Property**

We will pay up to $25,000 for personal property used for *business* purposes. This includes the cost to recreate business records or data, however stored. This Extra Benefit does not include any drones or similar unmanned device, wether used in whole or in part in a *business.*

**9. Ensuing Fungi, Wet Or Dry Rot, Or Bacteria**

a. We will pay up to $10,000 for loss caused by *fungi*, wet or dry rot, or bacteria, including:

(1) The cost to remove *fungi*, wet or dry rot, or bacteria from covered property;

(2) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the *fungi*, wet or dry rot, or bacteria; and

(3) The cost of testing of air or property to confirm the absence, presence or level of *fungi*, wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of *fungi*, wet or dry rot, or bacteria.

b. In addition, we will pay up to 20% of the limit shown in the Declarations for Ensuing Fungi, Wet Or Dry Rot, Or Bacteria for the following:

(1) The reasonable increase in living expenses incurred by you to maintain your household's usual standard of living if your *residence premises* is uninhabitable. Payment will continue for the shortest period of time necessary to restore your *residence premises* to a habitable condition; and

(2) The fair rental value of that part of the *residence premises* rented to others or held for rental by you, less any expenses that do not continue while it is unoccupied. Payment will continue for the shortest period of time necessary to restore your *residence premises* to a habitable condition.

c. The coverages described in **a.** and **b.** above only apply when such loss or costs are a result of a covered direct loss that occurs during the *policy period* and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered loss occurred.

d. The limits described in **a.** and **b.** above are the most we will pay for any one loss for the total of all loss or costs, regardless of the:

(1) Number of locations insured; or

(2) Number of claims made.

e. We will not make any additional payments for Ensuing Fungi, Wet Or Dry Rot, Or Bacteria, additional living expenses or fair rental value under any other Extra Benefit.

f. This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**10. Mine Subsidence**

**a.** With respect to this Extra Benefit, mine subsidence means loss caused by lateral or vertical ground movement of a man-made underground mine or underground mine-related excavation.

*Mine subsidence* does not mean loss caused by sinkhole collapse, collapse of storm or sewer drains, or collapse of rapid transit tunnels.

**b.** We will pay for direct loss to your residence and other structures covered by this policy caused by *mine subsidence*.

**c.** Subsidence in **a.(3)** under exclusion **1.** Earth Movement does not apply to *mine subsidence*.

**d.** This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

**11. Loss Assessment**

**a.** We will pay up to $100,000 for your share of loss assessment charged during the *policy period* against you, as owner or tenant of the *residence premises*, by a Homeowners, Condominium or Cooperative Association. The assessment must be made as a result of direct physical loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, and caused by a covered loss other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

**b.** The $100,000 limit is the most we will pay with respect to any one loss regardless of the number of assessments.

**c.** We will pay no more than $10,000 of a loss assessment that results from a self-insured retention or deductible in the insurance purchased by the Homeowners, Condominium or Cooperative Association.

**d.** No deductible applies to this Extra Benefit.

**e.** Property Condition **15.** Policy Period does not apply to this Extra Benefit.

**12. Water Back–Up And Sump Overflow Or Discharge**

**a.** We will pay for loss to covered property caused by water or waterborne material, but only if the loss is the direct result of water or waterborne material which:

**(1)** Backs up through a sewer pipe or drain pipe from inside a fully enclosed covered building or other structure; or

**(2)** Enters a sump pit containing an installed sump pump or related equipment, and located inside a fully enclosed covered building or other structure, from below the surface of the ground, and results in an overflow or discharge of water or waterborne material, including if such overflow or discharge results from the mechanical breakdown of the sump pump or related equipment.

**b.** A Water Back–Up And Sump Overflow Or Discharge deductible will be applied to each covered loss caused by water or waterborne material which:

**(1)** Backs up through a sewer pipe or drain pipe located in a *basement*; or

**(2)** Overflows or discharges from a sump pit;

and will either be the deductible amount shown in the Declarations or $5,000, whichever is greater.

**c.** With respect to this Extra Benefit, *basement* means any area of a building or other structure that is partly or completely below the level of the ground.

**d.** This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

**13. Green Coverage**

**a.** With respect to this Extra Benefit:

**(1)** *Green* means products, materials, methods and processes certified by a *green authority* that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize the environmental impact.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

(2) *Green authority* means an authority on *green* buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®) for Homes Green Building Rating System of the U.S. Green Building Council, National Association of Home Builders Green Home Building Guidelines, Energy Star Rating System or any other recognized *green* rating system we deem appropriate.

**b.** We will pay up to $10,000 for the reasonable cost to repair or replace covered damaged property using products or materials that are:

**(1)** *Green* alternatives to the products or materials of the covered property, in accordance with the standards of a *green authority*; and

**(2)** Otherwise of comparable quality and function to the covered property.

**c.** *Green* includes, but is not limited to, the following:

**(1)** Energy efficient appliances, including clothes washers and dryers, dishwashers, refrigerators and freezers;

**(2)** Energy efficient electronics, including televisions, DVD and MP3 players, telephones, computers, monitors, printers, fax machines, scanners and copiers;

**(3)** Energy efficient heating and cooling systems, including heat pumps, boilers, central or room air conditioning, central fans, dehumidifiers, furnaces, programmable thermostats and ventilating fans;

**(4)** Energy efficient home envelope materials, including insulating material, air sealing, roof products, windows, doors and skylights;

**(5)** Energy efficient interior plumbing systems, including faucet and shower head restrictors, dual flush toilets and automatic faucet sensors;

**(6)** Energy efficient lighting systems, including light fixtures, ballasts, and automatic occupancy sensor shut-off and automatic day-light dimming controls;

**(7)** Low Volatile Organic Compound paints, primers, solvents, finishes, adhesives and sealants;

**(8)** Low emissions carpet and floor coverings, including adhesives to affix them to the floor;

**(9)** Permanently installed composite wood fixtures, including counters, cabinets and partitions; and

**(10)** Forest Stewardship Council® certified wood materials used for floors, decks, roofs and siding.

**d.** The $10,000 limit is the most we will pay for any one loss, regardless of the:

**(1)** Number of locations insured; or

**(2)** Number of claims made.

**e.** This Extra Benefit:

**(1)** Is limited to the actual item(s) damaged and does not extend to any property that did not sustain direct physical loss or damage (including parts to entire systems, pairs or sets); and

**(2)** Applies only if the covered loss exceeds the applicable deductible.

**14. Identity Fraud Expenses**

**a.** With respect to this Extra Benefit:

**(1)** *Identity fraud* means the act of knowingly transferring or using, without lawful authority, a means of identification of an *insured person* with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or any applicable state or local law.

**(2)** *Identity fraud expenses* means:

**(a)** Costs for notarizing affidavits or similar documents for law enforcement agencies, financial institutions, credit grantors, credit agencies, credit bureaus or similar organizations;

**(b)** Costs for certified mail to law enforcement agencies, financial institutions, credit grantors, credit agencies, credit bureaus or similar organizations;

**(c)** Costs for telephone calls to merchants, businesses, law enforcement agencies, financial institutions, credit grantors, credit agencies, credit bureaus or similar organizations;

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

(d) Loan application fees for reapplying for a loan or loans when the original loan application was rejected because the lender obtained incorrect credit information;

(e) Lost income of an *insured person* resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel; and

(f) Reasonable attorney fees incurred by an *insured person* as a result of *identity fraud* for the following, but only with prior notice and approval given by us:

(i) Defend lawsuits brought against an *insured person* by merchants, financial institutions or their collection agencies;

(ii) Remove any criminal or civil judgments wrongly entered against an *insured person*; and

(iii) Challenge the accuracy or completeness of any information in a consumer credit report.

**b.** We will pay up to $100,000 for *identity fraud expenses* that are reasonably and necessarily incurred by an *insured person* as the direct result of *identity fraud* first discovered or learned of during the *policy period.*

**c.** Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an *insured person*, is considered to be one *identity fraud*, even if a series of acts continues into a subsequent *policy period.*

**d.** We do not cover *identity fraud expenses* incurred due to any fraudulent, dishonest or criminal act by an *insured person*, or by any authorized representative of an *insured person*, whether acting alone or in collusion with others.

**e.** This Extra Benefit does not apply to losses covered under Extra Benefit **16.** Credit Cards, Debit Cards, Forgery, Counterfeit Money And Home Banking.

**f.** No deductible applies to this Extra Benefit.

**15. Kidnap Expenses**

**a.** With respect to this Extra Benefit:

*Kidnap expenses* means:

**(1)** Costs for notarizing affidavits or similar documents for law enforcement agencies or financial institutions;

**(2)** Costs for certified mail to law enforcement agencies or financial institutions;

**(3)** Costs for telephone calls to law enforcement agencies or financial institutions;

**(4)** Lost income of an *insured person* resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies and/or legal counsel;

**(5)** Reasonable attorney fees incurred by an *insured person* as a result of a kidnap and ransom, but only with prior notice and approval given by us;

**(6)** Costs of travel and accommodations incurred by an *insured person* while attempting to negotiate a kidnapping; and

**(7)** Fees and expenses of an independent forensic analyst, private investigator or negotiator hired by an *insured person*, but only with prior notice and approval given by us.

**b.** We will pay up to $100,000 for *kidnap expenses* that are reasonably and necessarily incurred by an *insured person* because of a kidnapping of an *insured person.*

**c.** Any act or series of acts committed by one or more persons is considered to be one loss, even if a series of acts continues into a subsequent *policy period.*

**d.** We do not cover *kidnap expenses* incurred due to a kidnapping of an *insured person* by an *insured person*, or by any authorized representative of an *insured person*, whether acting alone or in collusion with others.

**e.** No deductible applies to this Extra Benefit.

**16. Credit Cards, Debit Cards, Forgery, Counterfeit Money And Home Banking**

**a.** We will pay up to $10,000 for:


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(1) The legal obligation of an *insured person* to pay because of the theft or unauthorized use of credit cards, debit cards or other similar bank cards, or their account numbers, issued to or registered in an *insured person's* name;

(2) Loss to an *insured person* caused by forgery or alteration of any check or negotiable instrument;

(3) Loss to an *insured person* through acceptance in good faith of counterfeit United States or Canadian paper currency; and

(4) Loss to an *insured person* resulting from the unauthorized use of an *insured person's* personal financial accounts.

**b.** We do not cover:

(1) Use of a credit card, debit card or other similar bank card, personal home computer or portable computing device:

(a) By you or a *family member*;

(b) In excess of the amount authorized by you or a *family member*;

(c) By a person or entity with unlimited use of a credit card, debit card or other similar bank card, or their account numbers; or

(d) If an *insured person* has not complied with all terms and conditions under which the cards, checks or negotiable instruments are issued or the accounts accessed; or

(2) Loss arising out of *business* use or dishonesty of an *insured person*.

**c.** All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

**d.** We may investigate and settle any claim or suit that we decide is appropriate. If a suit is brought against an *insured person* for liability under **a.(1)** above, we will provide a defense at our expense by counsel of our choice. Our duty to defend a claim or suit ends when the amount we pay for the loss equals $10,000.

**e.** No deductible applies to this Extra Benefit.

**17. Mortgage Expenses**

**a.** We will pay for the following mortgage expenses incurred by you if a *total loss* occurs to the *residence premises* from a loss covered by this policy:

(1) Up to $50,000 for the total increased amount of your monthly mortgage payments created as a result of a higher interest rate on a replacement *residence premises* at the same location. We will pay this increased amount every month until the final payment date or until you no longer occupy the replacement premises, whichever occurs sooner. However, we will not pay for points or service charges, or for any taxes; and

(2) Up to $2,000 for legal costs related to the mortgage, including fees for attorneys, title searches, appraisals and applications. However, legal costs do not include fines, judgments, points, service charges or legal services provided by any attorney other than your own.

**b.** The limits described in **a.(1)** and **(2)** above are the most we will pay for the total of all mortgage expenses, regardless of the number of monthly mortgage payments, legal costs or mortgages.

**c.** No deductible applies to this Extra Benefit.

**18. Personal Computer Records**

**a.** We will pay up to $10,000 for the cost of recreating personal data stored by you or a *family member* in a personal home computer or portable computing device owned by you or a *family member* and resulting from:

(1) The introduction of a computer virus, worm or other malware;

(2) The *unauthorized access* or *unauthorized use* of your or a *family member's* personal home computer or portable computing device by anyone other than you or a *family member*; or

(3) A loss covered by this policy.

**b.** With respect to this Extra Benefit:

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**(1)** *Unauthorized access* means the gaining of access to your or a *family member's* personal home computer or portable computing device by an unauthorized person or persons, or by an authorized person in an unauthorized manner.

**(2)** *Unauthorized use* means the use of your or a *family member's* personal home computer or portable computing device by an unauthorized person or persons, or by an authorized person in an unauthorized manner.

**c.** No deductible applies to this Extra Benefit.

**19. Food Spoilage**

**a.** We cover food or wine while contained in a refrigerator or freezer located at the *residence premises* which spoils due to the loss of power to, or mechanical failure of, the refrigerator or freezer.

**b.** The most we will pay for a covered loss to wine is $5,000.

**c.** This Extra Benefit is not in addition to the limit of insurance that applies to the damaged property.

**d.** A $250 deductible applies to this Extra Benefit.

**20. Residence Premises Alteration Coverage**

**a.** If you or a *family member* becomes permanently physically disabled as a result of injury from a sudden and accidental event during the *policy period*, we will pay up to the lesser of $50,000 or:

**(1)** 5% of the Dwelling limit for a dwelling where the loss occurs; or

**(2)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs;

for the reasonable and necessary alteration expenses you incur to make the *residence premises* accessible and habitable for you or a *family member*.

**b.** The alterations must be:

**(1)** Made on behalf of you or a *family member*;

**(2)** Constructed by individuals experienced in such alterations; and

**(3)** In compliance with any applicable laws or requirements for approval by the appropriate government authorities.

**c.** This $50,000 limit is the most we will pay regardless of the number of persons or *residence premises*.

**21. Public Service Charges**

We will pay for:

**a.** Your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a loss covered by this policy; or

**b.** Police department charges incurred when the police department is called due to the accidental activation of a burglary alarm system.

No deductible applies to this Extra Benefit.

**22. System Coverage**

We will pay up to $2,500 for repairs of a plumbing, heating, air conditioning, ventilating or sump pump system if such system was the cause of a covered loss to property covered by this policy.

This Extra Benefit:

**a.** Applies only if the covered loss exceeds the applicable deductible; and

**b.** Is not in addition to the limit of insurance that applies to the covered property.

**23. Loss Prevention Device**

**a.** After a covered loss, we will reimburse you up to $5,000 for the reasonable cost and installation of an approved loss prevention device to protect your residence or other structures against the same loss in the future. Approved loss prevention devices include alarm systems, sprinkler systems, security systems, sump pumps, *water leak detection and control systems*, lightning protection systems, electric back-up systems, or any other loss prevention device approved by us.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**b.** With respect to this Extra Benefit, *water leak detection and control system* means a system in your residence or other structures that monitors:

**(1)** Areas containing plumbing devices, appliances, and other outlets for a water leak and if detected, closes the main water supply line; or

**(2)** Unusual water flow patterns or unexpected interior water overflow and if detected, closes the main water supply line.

**c.** This Extra Benefit:

**(1)** Applies only if the covered loss exceeds the applicable deductible; and

**(2)** Is not in addition to the limit of insurance that applies to the covered property.

**24. Reward Coverage**

We will pay up to $5,000 for information leading to an arrest and conviction in connection with a fire, theft or vandalism loss covered by this policy. This is the most we will pay regardless of the number of persons providing the information.

No deductible applies to this Extra Benefit.

**25. Lock Replacement**

We will pay to replace the locks on the *residence premises* if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss.

No deductible applies to this Extra Benefit.

**26. Increased Realty Tax Assessment**

If a loss covered by this policy results in a *total loss* to a covered residence or other structure, we will pay up to $25,000 for the increased tax liability directly related to the repair, rebuilding or reconstruction of the damaged property at the same location and that is assessed within two years of the *total loss*. However, we will only pay the first such increased assessment following any realty tax assessment that is insured under this coverage for up to one year.

No deductible applies to this Extra Benefit.

**27. Pet Coverage**

We will pay for direct physical damage to covered property caused by a domestic animal you own.

In addition, we will pay up to a total of $5,000 for the following reasonable expenses you incur that directly result from a covered loss which damages a residence covered by this policy:

**a.** The kenneling of your domestic animal if you are displaced from your residence;

**b.** Veterinarian service charges to treat your injured domestic animal;

**c.** Expenses related to the euthanizing of your domestic animal, including burial and cremation expenses; and

**d.** The costs associated with the replacement of your domestic animal with one of a similar breed.

This $5,000 limit is the most we will pay for any one loss for the total of all expenses, regardless of the number of domestic animals.

**28. Cost Of Temporary Repairs**

We will pay the reasonable and necessary cost incurred by you for the temporary repairs made to protect covered property from further damage caused by a loss covered by this policy.

This Extra Benefit:

**a.** Is not in addition to the limit of insurance that applies to the covered property; and

**b.** Does not relieve you of your duties in case of a loss to covered property, as described in **1.e.** of the Property Conditions section.

**29. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a loss covered by this policy. This coverage applies for 90 days from the date of removal.

This Extra Benefit is not in addition to the limit of insurance that applies to the covered property.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**30. Moving And Storing Expenses**

We will pay for the reasonable and necessary expenses incurred for the moving and storing of covered personal property from a *residence premises* because the personal property is endangered by a loss covered by this policy.

We will continue to pay these expenses:

**a.** For up to 90 days if the *residence premises* is not damaged as a result of the covered loss; or

**b.** If the *residence premises* is damaged as a result of the covered loss, for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time require d for your household to settle elsewhere.

No deductible applies to this Extra Benefit.

**31. Preventative Measures**

**a.** We will reimburse you up to $10,000 for the reasonable and necessary cost incurred for the protection of the *residence premises* because the *residence premises* is in *imminent* danger by an extreme act of nature covered by this policy, meaning hurricanes, tropical storms, nor'easters, blizzards, or any other similar weather event, and wildfires.

**b.** With respect to this Extra Benefit, *imminent* means:

**(1)** For an act of nature that is a hurricane, tropical storm, nor'easter, blizzard, or similar weather event:

**(a)** The approaching act of nature is within 72 hours of directly impacting the *residence premises*; or

**(b)** A civil authority initiates an evacuation order for the area including the *residence premises* as a result of the approaching act of nature.

**(2)** For an act of nature that is a wildfire:

**(a)** An approaching wildfire is within three miles of the *residence premises*; or

**(b)** A civil authority initiates an evacuation order for the area including the *residence premises* as a result of the approaching wildfire.

**c.** We will not pay for any costs that would otherwise be associated with regular housekeeping and maintenance.

**d.** No deductible applies to this Extra Benefit.

## PROPERTY WE DO NOT COVER

**1. Tenant Property**

We do not cover property of roomers, boarders and other tenants, except property of roomers and boarders related to an *insured person*.

**2. Business Property**

We do not cover *business* property, except to the extent described in Extra Benefit **8.** Business Property.

**3. Animals**

We do not cover animals, including birds and fish, except to the extent described in Extra Benefit **27.** Pet Coverage.

**4. Motor Vehicles**

We do not cover any motorized land vehicles, including their accessories, equipment and parts or any electronic devices designed to be operated solely by power from the electrical system of that vehicle.

However, we do cover *recreational motor vehicles*, but only if at the time of a loss, the *recreational motor vehicle*:

**a.** Is not being operated in, or practicing for, any prearranged or organized race, speed contest or other similar competition, including but not limited to timed events, rallies, sports events or stunting activities; or


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**b.** Is not on a racetrack, test track, or any other track or course of any kind.

**5. Aircraft**

We do not cover any loss to an *aircraft* or *aircraft* parts. *Aircraft* means any device used or designed for flight, except drones or similar unmanned device not used or designed to carry people or cargo.

**6. Property Insured With Other Companies**

We do not cover property that is insured under a valuable articles or similar policy not issued by us or one of our affiliated companies.

## LOSSES WE COVER

We cover direct physical loss to property described in Part I of this policy, subject to Losses We Do Not Cover.

## LOSSES WE DO NOT COVER

We do not cover loss that is caused directly or indirectly, or which ensues from or is the result of any of the following, unless noted otherwise. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**1. Earth Movement**

**a.** We do not cover any loss caused by earth movement, meaning:

**(1)** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**(2)** Landslide, mudslide or mudflow;

**(3)** Subsidence or sinkhole; or

**(4)** Any other earth movement including earth sinking, rising or shifting.

This exclusion **1.** applies regardless of whether any of the above, in **a.(1)** through **a.(4)**, is caused by an act of nature or is otherwise caused.

However, direct loss by fire, explosion, breakage of glass which is part of a building, storm door or storm window or theft resulting from any of the above, in **a.(1)** through **a.(4)**, is covered.

**b.** This exclusion does not apply to personal property.

**2. Flood Or Surface Water**

**a.** We do not cover any loss caused by:

**(1)** Flood, surface water, water accumulated outside of a building or structure, including but not limited to standing or ponding water, run-off of water from a paved surface, driveway, walkway, patio or other similar surface, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

**(2)** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**(3)** Waterborne material carried or otherwise moved by any of the water referred to in **a.(1)** and **a.(2)** of this exclusion.

**b.** This exclusion **2.**:

**(1)** Applies regardless of whether any of the above, in **a.(1)** through **a.(3)**, is caused by an act of nature or is otherwise caused; and

**(2)** Applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

**c.** This exclusion does not apply to:

**(1)** Direct loss by fire, explosion or theft to covered property that ensues from any of the above, in **a.(1)** through **a.(3)**; or

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**(2)** Personal property that is not at any residence an *insured person* owns, rents, occupies or controls.

**3. Intentional Acts**

We do not cover any loss arising out of any act or omission committed by or at the direction of an *insured person* with the intent to cause a loss. An intentional act or omission is one whose consequences could have been foreseen by a reasonable person.

**4. Criminal Or Dishonest Acts**

We do not cover any loss caused by any criminal, dishonest, or fraudulent act or omission by or at the direction of an *insured person*, even if such *insured person* is not actually charged with or convicted of a crime, including if the *insured person* enters a no-contest plea.

**5. Misappropriation**

We do not cover any loss caused by misappropriation, meaning the taking, damaging or destroying of personal property by or at the direction of an *insured person*.

**6. Neglect**

We do not cover any loss caused by neglect of an *insured person* who neglects to use all reasonable means to save and preserve covered property at and after the time of a loss covered by this policy.

**7. Governmental Action**

We do not cover any loss caused by the destruction, confiscation or seizure of covered property by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered by this policy.

**8. War**

We do not cover any loss caused by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**9. Nuclear Hazard**

We do not cover any loss caused by *nuclear hazard*.

**a.** *Nuclear hazard* means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**b.** Loss caused by the *nuclear hazard* will not be considered loss caused by fire, explosion, or smoke, whether these causes of loss are specifically named in or otherwise included within the losses we cover.

**c.** This policy does not apply under Part **I** to loss caused directly or indirectly by *nuclear hazard*, except that direct loss by fire resulting from the *nuclear hazard* is covered.

**10. Collapse**

We do not cover any loss caused by collapse, except to the extent coverage is provided in Extra Benefit **6.** Collapse.

**11. Gradual Deterioration**

We do not cover any loss caused by gradual deterioration, wear and tear, warping, corrosion or rust. We do cover any ensuing loss not otherwise excluded.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**12. Breakdown**

We do not cover any loss caused by breakdown, including mechanical breakdown, electrical or electronic breakdown, latent defect, inherent vice or any quality in covered property that causes it to damage or destroy itself.

We do cover:

**a.** Any ensuing loss not otherwise excluded; and

**b.** The spoilage of food as provided in Extra Benefit **19**. Food Spoilage.

**13. Pollution Or Contamination**

We do not cover any loss caused by the discharge, dispersal, seepage, migration, or release or escape of pollutants from any source at any time. Nor do we cover the cost to extract pollutants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A pollutant is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be disposed of, recycled, reconditioned or reclaimed. A contaminant is an impurity resulting from the mixture of or contact of a substance with a foreign substance.

**14. Smog**

We do not cover any loss caused by smog, including smoke from agricultural smudging or industrial operation.

**15. Fungi, Wet Or Dry Rot, Or Bacteria**

We do not cover any loss caused by the presence, growth, proliferation, spread or any activity of *fungi*, wet or dry rot, or bacteria, including the costs to test for, monitor, clean up, remove, or in any way respond to or assess the effects of *fungi*, wet or dry rot, or bacteria.

This exclusion does not apply:

**a.** When *fungi*, wet or dry rot, or bacteria results from fire or lightning, unless otherwise excluded; or

**b.** To the extent coverage is provided in Extra Benefit **9.** Ensuing Fungi, Wet Or Dry Rot, Or Bacteria.

**16. Freezing Or Pressure To Certain Structures**

We do not cover any loss caused by freezing, thawing, pressure or weight of water, ice or snow, whether driven by wind or not, to a:

**a.** Fence, pavement, patio or swimming pool;

**b.** Footing, foundation, bulkhead, wall or any other structure or device that supports all or part of a building, or other structure;

**c.** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**d.** Pier, wharf or dock.

We do cover any ensuing loss not otherwise excluded.

**17. Freezing Of Systems Or Appliances**

We do not cover any loss caused by freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing if the residence is *vacant* or unoccupied, or being constructed or renovated, unless you have used reasonable care to:

**a.** Maintain heat in the entire building; or

**b.** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**18. Structural Movement**

We do not cover any loss caused by settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, landings, steps, footings, foundations, walls, floors, roofs or ceilings. We do cover any ensuing loss not otherwise excluded.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**19. Watercraft Accidents**

We do not cover any loss to a watercraft caused by the stranding, swamping or sinking of that watercraft or its trailer, or outboard motor. We also do not cover loss caused by collision of a watercraft other than collision with a land vehicle, unless another exclusion applies.

**20. Loss By Animals**

**a.** We do not cover any loss caused by:

**(1)** Birds, rodents or insects; or

**(2)** Nesting or infestation, or discharge or release of waste products or secretions.

**b.** This exclusion does not apply to:

**(1)** Any ensuing loss not otherwise excluded; or

**(2)** The extent coverage is provided in Extra Benefit **27.** Pet Coverage.

**21. Dampness Or Extreme Temperatures**

We do not cover any loss to personal property caused by humidity, damp air or extreme temperature.

This exclusion does not apply to:

**a.** Loss caused directly by rain, snow, sleet or hail; or

**b.** The extent coverage is provided in Extra Benefit **19.** Food Spoilage.

**22. Restoration**

We do not cover any loss caused by the restoration, refinishing, renovating or repairing of personal property, except jewelry, watches and furs.

**23. Weather Conditions**

We do not cover any loss caused by weather conditions, but only if weather conditions contribute in any way with a cause or event otherwise excluded to produce the loss.

**24. Acts Or Decisions**

We do not cover any loss caused by acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. We do cover any ensuing loss not otherwise excluded.

**25. Faulty, Inadequate Or Defective Planning, Design Or Materials**

We do not cover any loss caused by faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the *residence premises*.

We do cover any ensuing loss not otherwise excluded.

**26. Uninsured Personal Property At Owned Residence**

We do not cover any loss caused directly or indirectly by wind to personal property located at a residence you own that does not have personal property coverage listed in the Declarations of this policy or any other policy issued by us or one of our affiliated companies.

Personal property at a newly acquired residence is not subject to this exclusion for 60 days after you begin to move personal property there.

**27. Water Back–Up And Sump Overflow Or Discharge**

We do not cover any loss caused by water or waterborne material which:

**a.** Backs up through a sewer or drain; or

**b.** Overflows or is otherwise discharged from a sump, sump pump or related equipment.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CHUBB®

# Platinum Portfolio®

This exclusion does not apply to the extent coverage is provided in Extra Benefit **12.** Water Back–Up And Sump Overflow Or Discharge.

**28. Business**

We do not cover any loss to a residence or other structure if a *business* is regularly conducted in the residence or other structure, and such *business* involves the rental of the residence or other structure for any reason other than private residential purposes.

**Special Exception Rule For Escaping Water**

If any of the causes of loss as described in Exclusions **11.** Gradual Deterioration, **13.** Pollution Or Contamination, **18.** Structural Movement, or **20.** Loss By Animals, cause water to escape from within a household appliance, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than Exclusions **11.** Gradual Deterioration, **13.** Pollution Or Contamination, **18.** Structural Movement, or **20.** Loss By Animals. This coverage also includes the cost of tearing out and replacing any part of the residence or other structure necessary to repair the appliance or system. We do not cover loss to the household appliance system, other than as provided under Extra Benefit **22.** System Coverage.

## PROPERTY CONDITIONS

**1. Duties After Loss**

In case of a loss covered by this policy, we have no duty to provide coverage under this policy unless there has been full compliance with the following duties by an *insured person* or their representative:

**a.** Give prompt notice to us or our agent;

**b.** Notify the police in case of loss by theft or vandalism;

**c.** Notify the appropriate law enforcement agency in case of loss as provided for in Extra Benefits **14.** Identity Fraud Expenses and **15.** Kidnap Expenses;

**d.** Notify the appropriate financial institution in case of loss as provided for in Extra Benefit **16.** Credit Cards, Debit Cards, Forgery, Counterfeit Money And Home Banking;

**e.** Protect the property from further damage. If repairs to the property are required, an *insured person* must:

**(1)** Make reasonable and necessary repairs to protect the property; and

**(2)** Keep an accurate record of repair expenses;

**f.** Cooperate with us in the investigation of a claim;

**g.** Prepare an inventory of damaged personal property showing the quantity, description and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**h.** As often as we reasonably require:

**(1)** Show the damaged property;

**(2)** Provide us with records and documents we request and permit us to make copies; and

**(3)** Submit to examination under oath, while not in the presence of another *insured person*;

**i.** Send to us, within 60 days after our request, a signed, sworn proof of loss which sets forth, to the best of an *insured person's* knowledge and belief:

**(1)** The time and cause of loss;

**(2)** The interests of all *insured persons* and all others in the property involved and all liens on the property;

**(3)** Other insurance which may cover the loss;

**(4)** Changes in title or occupancy of the property during the term of the policy;

**(5)** Specifications of damaged buildings and detailed repair estimates;

**(6)** The inventory of damaged personal property described in **g.** above;

**(7)** Receipts for additional living expenses incurred and records that support the fair rental value loss;

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

(8) Receipts, bills or other records that support your claim for *identity fraud expenses* or *kidnap expenses*; and

(9) Evidence or affidavit that supports a claim under Extra Benefit **16.** Credit Cards, Debit Cards, Forgery, Counterfeit Money And Home Banking, stating the amount and cause of loss.

**2. Insurable Interest And Limit Of Insurance**

Even if more than one person has an insurable interest in the covered property, we will not be liable in any one loss:

**a.** To an *insured person* for more than the amount of such *insured person's* interest at the time of loss; or

**b.** For more than the limit of insurance that applies to the covered property, regardless of the number of claims made or locations insured.

**3. Loss Settlement**

This Condition explains how we settle losses. These provisions apply to the limit of insurance that is specified in the Declarations for the property where the loss occurs, unless noted otherwise.

**a. Application Of Deductible**

**(1)** With respect to any one loss, we will pay only that part of the total of all covered loss that exceeds the deductible amount shown in the Declarations, unless noted otherwise in this policy.

**(2)** We will waive the deductible amount shown in the Declarations if the direct physical loss to covered property is greater than $50,000, except if the following apply:

**(a)** Covered property with deductibles of more than $50,000;

**(b)** Windstorm Or Hail deductible;

**(c)** Hurricane or similar deductible;

**(d)** Flood deductible;

**(e)** Earthquake deductible;

**(f)** Vacancy deductible;

**(g)** Construction deductible;

**(h)** Builders Risk deductible;

**(i)** Water Back-Up And Sump Overflow Or Discharge deductible; or

**(j)** Any other special or specifically listed deductible.

**(3)** If your residence has been *vacant* for more than 30 consecutive days immediately before a covered loss, we will apply the greater of the deductible amount shown in the Declarations or:

**(a)** 5% of the Dwelling limit for a dwelling where the loss occurs; or

**(b)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs.

This vacancy deductible applies to your residence, personal property and Extra Benefits. If the limit of insurance for your residence is increased because of **d.** Full Replacement Cost Protection below, the deductible will be based on the increased limit. This vacancy deductible does not apply if we give our prior written consent.

**(4)** If at any time during the *policy period* you are:

**(a)** Newly constructing your residence or other structures; or

**(b)** Constructing additions or making renovations to your residence or other structures that equal or are in excess of:

**(i)** 10% of the Dwelling limit for a dwelling where the loss occurs, or $500,000, whichever is less;

**(ii)** 10% of the Building Additions And Alterations limit for a condominium, cooperative unit or apartment where the loss occurs, or $500,000, whichever is less; or

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

(iii) 10% of the Other Structures limit for an other structure where the loss occurs, or $500,000, whichever is less;

we will apply the greater of the deductible amount shown in the Declarations or:

**(a)** 5% of the Dwelling limit for a dwelling where the loss occurs;

**(b)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs; or

**(c)** 5% of the Other Structures limit for an other structure where the loss occurs.

This construction deductible applies to your residence, other structures, personal property and Extra Benefits. This construction deductible does not apply if we give our prior written consent.

**(5)** If a change in occupancy of your residence or other structures occurs during the *policy period* in which your residence or other structures is regularly rented to others for private residential purposes, we will apply the greater of the deductible amount shown in the Declarations or:

**(a)** 5% of the Dwelling limit for a dwelling where the loss occurs;

**(b)** 5% of the Personal Property limit or 5% of the Building Additions And Alterations limit, whichever is greater, for a condominium, cooperative unit or apartment where the loss occurs; or

**(c)** 5% of the Other Structures limit for an other structure where the loss occurs.

This change in occupancy deductible applies to your residence, other structures, personal property and Extra Benefits. This change in occupancy deductible does not apply if we give our prior written consent.

**(6)** We will apply the highest deductible if more than one deductible applies to the covered loss.

**b. Residences And Other Structures**

**(1)** Covered losses will be settled on a *replacement cost* basis, except as provided in **(2)** or **(3)** below. If you choose to repair or replace the *residence premises*, payment will not exceed the least of the following:

**(a)** The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

**(b)** The actual cost to replace the property; or

**(c)** The limit of insurance that applies to the covered property as agreed to by you and us, including any increase that may apply as described under provision **d.** Full Replacement Cost Protection below.

**(2)** Covered losses will be settled on an *actual cash value* basis if:

**(a)** Your residence has been *vacant* for more than 30 consecutive days immediately before a covered loss. This provision **(a)** does not apply if we give our prior written consent;

**(b)** A change in occupancy of your residence or other structures occurs during the *policy period* in which your residence or other structures is regularly rented to others for private residential purposes. This provision **(b)** does not apply if we give our prior written consent; or

**(c)** Actual repair or replacement is not complete. Once actual repair or replacement is complete, we will settle the loss as described in **(1)** above. However, if the cost to repair or replace the damage is less than 5% of the limit of insurance that applies to the covered property, we will settle the loss as described in **(1)** above whether or not actual repair or replacement is complete.

**(3)** If at any time during the *policy period* you are:

**(a)** Newly constructing your residence or other structures; or

**(b)** Constructing additions or making renovations to your residence or other structures that equal or are in excess of:

**(i)** 10% of the Dwelling limit for a dwelling where the loss occurs, or $500,000, whichever is less;

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**(ii)** 10% of the Building Additions And Alterations limit for a condominium, cooperative unit or apartment where the loss occurs, or $500,000, whichever is less; or

**(iii)** 10% of the Other Structures limit for an other structure where the loss occurs, or $500,000, whichever is less;

payment will not exceed the least of the following:

**(a)** The *actual cash value* of the covered property;

**(b)** 80% of the *replacement cost* of the covered property; or

**(c)** The limit of insurance that applies to the covered property as agreed to by you and us.

This provision **(3)** does not apply if we give our prior written consent.

**(4)** If you choose not to repair or replace the *residence premises* after a covered *total loss*, we will pay the lesser of the *replacement cost* of the damaged building or other structure at the same premises prior to the loss, or the limit of insurance that applies to the covered property as described in **(1)**, **(2)** or **(3)** above. You may not make further claim on a *replacement cost* basis.

**(5)** You may make claim under this policy for loss or damage on an *actual cash value* basis. You may then make claim within 180 days after loss for any additional payment on a *replacement cost* basis.

**c. Personal Property**

**(1)** Covered losses will be settled on a *replacement cost* basis, except as provided in **(2)** below. Payment will not exceed the least of the following:

**(a)** The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

**(b)** The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

**(c)** The amount specified in Special Limits Of Insurance under the Property Coverage section; or

**(d)** The Personal Property limit shown in the Declarations, including any increase that may apply as described under provision **d.** Full Replacement Cost Protection below.

**(2)** Covered losses will be settled on an *actual cash value* basis for property that:

**(a)** Is not maintained in good or workable condition;

**(b)** Exhibits signs of excessive wear;

**(c)** Is obsolete or unusable from its originally intended purpose;

**(d)** Is in a residence or other structure that you are:

**(i)** Newly constructing at any time during the *policy period*; or

**(ii)** Constructing additions or making renovations at any time during the *policy period* that equal or are in excess of:

**i.** 10% of the Dwelling limit for a dwelling where the loss occurs, or $500,000, whichever is less;

**ii.** 10% of the Building Additions And Alterations limit for a condominium, cooperative unit or apartment where the loss occurs, or $500,000, whichever is less; or

**iii.** 10% of the Other Structures limit for an other structure where the loss occurs, or $500,000, whichever is less.

This provision **(d)** does not apply if we give our prior written consent; or

**(e)** Is in a residence that has been *vacant* for more than 30 consecutive days immediately before a covered loss. This provision **(e)** does not apply if we give our prior written consent.

**(3)** If a covered loss takes place:

**(a)** At a *residence premises* with personal property coverage shown in the Declarations for a location, we will pay up to the Personal Property limit for that location; or

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

(b) At a *residence premises* with no personal property coverage shown in the Declarations for a location, or at an *insured person's* residence that is not the *residence premises*, we will pay up to the greater of:

(i) $10,000;

(ii) 10% of the highest Personal Property limit shown in the Declarations for a dwelling, or

(iii) 15% of the highest Personal Property limit shown in the Declarations for a condominium, cooperative unit or apartment.

The limit described in **(b)(i)**, **(ii)** or **(iii)** above does not apply to personal property moved or being moved from the *residence premises* to a residence you newly acquire during the *policy period* within the first 60 days after moving property there.

The limit that applies to a covered loss, as described in **(a)** or **(b)** above, is the most we will pay regardless of the number of policies providing you with Personal Property coverage.

**d. Full Replacement Cost Protection**

(1) We will pay up to the current *replacement cost* of a covered residence or other structure after a loss covered by this policy, even if this amount is greater than the limit of insurance shown in the Declarations.

(2) This provision **d.** applies only if you:

(a) Insure the residence or other structure in an amount agreed to by you and us, including any adjustments based on appraisals, revaluations and annual adjustments for inflation;

(b) Repair or replace the residence or other structure at the same location (or a different location if the land is declared unusable by a civil authority); and

(c) Begin to repair or replace the residence or other structure within 180 days from the date the loss is reported to us, or a later date if agreed to by us.

(3) When we increase the limit of insurance for your residence, the same percentage of increase will also apply to the limit of insurance for personal property for that loss.

(4) This provision **d.** does not apply if:

(a) At any time during the *policy period* you are:

(i) Newly constructing your residence or other structures; or

(ii) Constructing additions or making renovations to your residence or other structures that equal or are in excess of:

i. 10% of the Dwelling limit for a dwelling where the loss occurs, or $500,000, whichever is less;

ii. 10% of the Building Additions And Alterations limit for a condominium, cooperative unit or apartment where the loss occurs, or $500,000, whichever is less; or

iii. 10% of the Other Structures limit for an other structure where the loss occurs, or $500,000, whichever is less.

(b) The residence has been *vacant* for more than 30 consecutive days immediately before a covered loss. This provision **(b)** does not apply if we give our prior written consent; or

(c) A change in occupancy of your residence or other structures occurs during the *policy period* in which your residence or other structures is regularly rented to others for private residential purposes. This provision **(c)** does not apply if we give our prior written consent.

**4. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

in the state where the *residence premises* is located. The appraisers will separately set the amount of loss. The appraisers shall submit a written report of an agreement to us, and the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A written decision agreed to by the two appraisers, or either appraiser and the umpire, will set the amount of loss. We do not waive any of our rights under this policy by agreeing to an appraisal.

Each party will:

**a.** Pay its own appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

**5. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**a.** Repair or replace any part to restore the pair or set to its value before the loss;

**b.** Pay the difference between *actual cash value* of the property before and after the loss; or

**c.** Receive the undamaged portion, and then pay the *replacement cost* of the entire pair or set.

**6. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**a.** Other insurance, we will pay only the proportion of the loss that the limit of insurance that applies under this policy bears to the total amount of insurance covering the loss.

However, if there is other insurance:

**(1)** In the name of a Homeowners, Condominium or Cooperative Association; or

**(2)** For the coverages as described under Extra Benefits **14.** Identity Fraud Expenses, **15.** Kidnap Expenses or **16.** Credit Cards, Debit Cards, Forgery, Counterfeit Money And Home Banking;

then this insurance is excess over any amounts payable under such other insurance;

**b.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**7. Legal Action Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Part **I** of this policy and the action is started within two years after the date of loss.

**8. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**9. Abandonment Of Property**

We need not accept any property abandoned by an *insured person*.

**10. Loss Payment**

We will adjust all covered losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**a.** We reach an agreement with you;

**b.** There is an entry of a final judgment; or

**c.** There is a filing of an appraisal award with us.

**11. Mortgage Clause**

**a.** If a mortgagee is named in this policy, any loss payable will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**b.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**(1)** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(2) Pays any premium due under this policy on demand if you have neglected to pay the premium; and

(3) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

c. Property Conditions **4.** Appraisal, **7.** Legal Action Against Us and **10.** Loss Payment also apply to the mortgagee.

d. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

e. If we pay the mortgagee for any loss and deny payment to you:

(1) We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

f. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**12. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**13. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**14. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of *insured person* is changed to include that loss payee with respect to that property. If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

**15. Policy Period**

This policy applies only to loss which occurs during the *policy period*.

## PART II – LIABILITY

### LIABILITY COVERAGES

**1. Personal Liability**

If a claim is made or a suit is brought against an *insured person* for *damages* because of *personal injury* or *property damage* caused by an *occurrence* to which this coverage applies anywhere in the world, we will pay up to our limit of liability for the *damages* for which an *insured person* is legally liable.

**2. Medical Expenses**

We will pay *damages* up to $50,000 for the necessary and reasonable *medical expenses* that are incurred within three years from the date of an accident causing *bodily injury* anywhere in the world. We do not admit any legal liability by paying these expenses. This coverage does not apply to you or regular residents of your household except *domestic employees*. As to others, this coverage applies only:

a. To a person on the *insured location* with the permission of an *insured person*; or

b. To a person off the *insured location*, if the *bodily injury*:

(1) Arises out of a condition on the *insured location* or the ways immediately adjoining;

(2) Is caused by the activities of an *insured person*;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(3)** Is caused by a *domestic employee* in the course of the *domestic employee's* employment by an *insured person*; or

**(4)** Is caused by an animal owned by or in the care of an *insured person*.

## EXTRA BENEFITS

We will pay the following Extra Benefits in addition to the Personal Liability limit.

**1. Legal Services**

**a.** We will defend an *insured person* against any suit seeking *damages* for *personal injury* or *property damage* caused by an *occurrence* to which this coverage applies. We will provide this defense at our expense by counsel selected in accordance with provision **e.** below, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate.

**b.** As part of our defense, investigation or settlement, we will also pay the following expenses:

**(1)** Expenses we incur and costs taxed against an *insured person* in any suit we defend;

**(2)** Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability. We need not apply for or furnish any bond;

**(3)** Reasonable expenses incurred by an *insured person* at our request, including actual loss of earnings (but not loss of other income) up to $1,000 per day, for assisting us in the investigation or defense of a claim or suit;

**(4)** Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies; and

**(5)** All prejudgment interest awarded against an *insured person* on that part of the judgment we pay or offer to pay. We will not pay any prejudgment interest based on that period of time after we make an offer to pay the limit of liability that applies.

**c.** Our duty to settle or defend or pay expenses ends when our limit of liability for the *occurrence* has been exhausted by payment of a judgment or settlement.

**d.** In jurisdictions where we are prevented from defending an *insured person* for a covered loss because of laws or other reasons, we will pay any expenses incurred with our prior consent for the *insured person's* defense.

**e.** An *insured person* may choose counsel from a panel of firms selected by us. If a panel counsel is not established in the jurisdiction where the suit is brought, we reserve the right to select counsel.

**2. First Aid Expenses**

We will pay expenses for first aid to others incurred by an *insured person* for *damages* for *bodily injury* covered under this policy. However, we will not pay for first aid to an *insured person*.

**3. Voluntary Payments**

**a.** We will pay, at *replacement cost*, up to $25,000 per *occurrence* for *damages* to the property of others caused by an *insured person*.

**b.** We will not pay for *property damage*:

**(1)** To the extent of any amount recoverable under Part **I**;

**(2)** Caused intentionally by an insured person who is 13 years of age or older;

**(3)** To property owned by an *insured person*;

**(4)** To property owned by or rented to a tenant of an *insured person* or a resident in your household; or

**(5)** Arising out of:

**(a)** A *business* engaged in by an *insured person*;

**(b)** Any act or omission in connection with a premises owned, rented or controlled by an *insured person*, other than the *insured location*; or


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

(c) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or motor vehicle.

c. The $25,000 limit is th e most we will pay per *occurrence*, regardless of the number of *insured persons* or claims made.

4. **Loss Assessment**

a. We will pay up to $100,000 for your share of loss assessment charged during the *policy period* against you, as owner or tenant of the *residence premises*, by a Homeowners, Condominium or Cooperative Association when the assessment is made as a result of *damages* for:

(1) An *occurrence* covered by this policy; or

(2) Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

(a) Is elected by the members of a Homeowners, Condominium or Cooperative Association; and

(b) Serves without deriving any income from the exercise of duties which are solely on behalf of a Homeowners, Condominium or Cooperative Association.

b. Regardless of the number of assessments, the limit of $100,000 is the most we will pay for loss arising out of:

(1) One *occurrence*; or

(2) A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

c. Liability Condition **7.** Policy Period does not apply to this Extra Benefit.

## DAMAGES WE DO NOT COVER

1. **Expected Or Intended Damage**

a. We do not cover any *damages* arising out of any willful or malicious act or omission, or any other act or omission, committed by or at the direction of an *insured person* which is expected or intended to cause *personal injury* or *property damage*, even if the resulting *personal injury* or *property damage*:

(1) Is of a different kind, quality or degree than initially expected or intended; or

(2) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

b. An expected or intentional act or omission is one whose consequences could have been foreseen by a reasonable person.

c. This exclusion does not apply to *damages* for *bodily injury* or *property damage* resulting from the use of reasonable force by an *insured person* to protect persons or property. The use of excessive force will not be considered reasonable.

2. **Motor Vehicles**

We do not cover any *damages* arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any person, of any motorized land vehicle, including a trailer while being towed.

However, we do cover *recreational motor vehicles* but only if, at the time of an *occurrence*, the *recreational motor vehicle*:

a. Is not being operated in, or practicing for, any prearranged or organized race, speed contest or other similar competition, including but not limited to timed events, rallies, sports events or stunting activities; or

b. Is not on a racetrack, test track, or any other track or course of any kind.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**3. Watercraft**

We do not cover any *damages* arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any person, of any watercraft:

**a.** That is 26 feet or more in length or more than 50 horsepower and which is owned by an *insured person* or furnished or rented to an *insured person* for longer than 30 days;

**b.** Used for any *business* or commercial purpose; or

**c.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion **c.** does not apply to a sailing vessel less than 26 feet in length.

This exclusion does not apply to watercraft that are stored.

**4. Aircraft**

We do not cover any *damages* arising out of the ownership, maintenance, occupancy, operation, use, towing, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any person, of any *aircraft*. *Aircraft* means any device used or designed for flight, except drones or similar unmanned device not used or designed to carry people or cargo.

However, with respect to the ownership, maintenance or use of any drones or similar unmanned device, we do not cover any *damages*:

**a.** While such drone or similar unmanned device is being operated in a restricted airspace as determined by the Federal Aviation Administration or other governmental agency, whether on a local, state or federal level, including any temporary flight restrictions; or

**b.** To any *aircraft*, including any resulting *damages*. This exclusion applies whether such drone or similar unmanned device makes contact with the *aircraft* or not.

**5. Hovercraft**

We do not cover any *damages* arising out of the ownership, maintenance, occupancy, operation, use, loading or unloading, entrustment to any person, failure to supervise or negligent supervision of any person, or vicarious liability of any person, of any hovercraft, including but not limited to, flarecraft and air cushion vehicles.

**6. Business**

We do not cover any *damages* arising out of or in connection with a *business* engaged in by an *insured person*, whether or not the *business* is owned or operated by an *insured person* or employs an *insured person*. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the *business*.

This exclusion does not apply to:

**a.** A *residence premises* listed in the Declarations that you own and rent to others for private residential purposes;

**b.** An *incidental business*; or

**c.** Any *damages* for *bodily injury*, *property damage* or *medical expenses* arising out of the physical condition of your residence or other structure covered by this policy when *business* or professional activities are legally conducted by you or a *family member* in that residence or other structure, but only if:

**(1)** You or a *family member* do not have any employees involved in the *business* or professional activities who are subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws;

**(2)** You or a *family member* are not a home day care provider; and

**(3)** There is no other valid collectible insurance;

unless another exclusion applies.

**7. Professional Services**

We do not cover any *damages* arising out of the rendering of or failure to render professional services.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**8. Premises Not An Insured Location**

We do not cover any *damages* arising out of a premises:

**a.** Owned by an *insured person*;

**b.** Rented to an *insured person*; or

**c.** Rented to others by an *insured person*;

that is not an *insured location*.

**9. War**

We do not cover any *damages* caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**10. Nuclear Hazard**

We do not cover any *damages* caused directly or indirectly by nuclear reaction, radiation or radioactive contamination, regardless of how it was caused, or any consequence of any of these.

**11. Communicable Disease**

We do not cover any *damages* which arise out of any communicable disease from an *insured person*, including but not limited to:

**a.** The transmittal of;

**b.** Exposure to;

**c.** Perceived threat of; or

**d.** Fear of transmittal or exposure to;

any communicable disease.

**12. Molestation, Harassment Or Abuse**

We do not cover any *damages* arising out of:

**a.** Sexual molestation;

**b.** Sexual harassment;

**c.** Physical or mental abuse; or

**d.** Corporal punishment;

whether intended or not.

**13. Discrimination**

We do not cover any *damages* arising out of actual, alleged or threatened discrimination or harassment due to age, race, color, sex, religion, national origin, sexual preference, handicapped status, or any other type of unlawful discrimination.

**14. Controlled Substance**

We do not cover any *damages* arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

This exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

**15. Criminal Or Dishonest Acts**

We do not cover any *damages* arising out of criminal, dishonest or fraudulent acts or omissions by or at the direction of an *insured person*, even if such *insured person* is not actually charged with or convicted of a crime, including if the *insured person* enters a no-contest plea.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**16. Contractual Liability**

We do not cover any *damages* for which an *insured person* assumes liability under any contract or agreement.

This exclusion does not apply to written contracts:

**a.** That directly relate to the ownership, maintenance or use of an *insured location*; or

**b.** Where the liability of others is assumed by you prior to an *occurrence*;

unless another exclusion applies.

**17. Civic Activities**

We do not cover any *damages* arising out of civic or public activities performed by an *insured person*. However, we do cover you or a *family member* if:

**a.** The annual compensation of the civic or public activity does not exceed $20,000; and

**b.** The hours required to perform the civic or public activity do not exceed an annual average of 20 hours of work per week;

during the *policy period*.

**18. Directors And Officers Liability**

We do not cover any *damages* arising out of an act, error or omission of an *insured person* as an officer or member of a board of directors of a corporation or organization.

This exclusion does not apply if:

**a.** The corporation or organization is not-for-profit and the *insured person* receives no compensation other than reimbursement of expenses; or

**b.** The *insured person* is an officer or member of a board of directors of a homeowner, condominium or cooperative association;

unless another exclusion applies.

**19. Assessments**

We do not cover any assessment charged against an *insured person* as a member of an association, corporation or community of property owners, except as provided in Extra Benefit **4.** Loss Assessment.

**20. Damage To Owned Or Non-Owned Property**

We do not cover any *damages* for *property damage* to property:

**a.** Owned or transported by an *insured person*; or

**b.** Rented to, occupied or used by or in the care of an *insured person*, except *property damage* caused by fire, smoke or explosion.

**21. Injury To Employees**

We do not cover any *damages* for:

**a.** *Medical expenses* sustained by a *domestic employee* if the *bodily injury*:

**(1)** Occurs off the *insured location*; and

**(2)** Does not arise out of or in the course of the *domestic employee's* employment by an *insured person*; or

**b.** *Personal injury* sustained by any person arising out of any employment or personnel related practices, policies, acts or omissions, including but not limited to:

**(1)** Refusal to employ or termination of employment;

**(2)** Coercion, criticism, demotion, failure to promote, evaluation, reassignment, discipline, defamation, self-defamation, harassment, humiliation, discrimination, libel, slander, false arrest or imprisonment, and violation of a person's right of privacy; or

**(3)** Any consequential injury or *damages* as a result of **(1)** or **(2)** above.

This exclusion **b.** applies:

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**(1)** To all claims, demands, charges, complaints or suits by any person or organization for *damages*, including *damages* for care and loss of services;

**(2)** Whether an *insured person* may be held liable as an employer or in any other capacity either directly or indirectly related to employment; and

**(3)** To repay or share *damages* with another person who may be obligated to pay *damages* because of such injury or liability.

**22. Workers' Compensation Or Disability**

We do not cover any *damages* to any person eligible to receive any benefits voluntarily provided or required to be provided by an *insured person* under any:

**a.** Workers' compensation law;

**b.** Unemployment compensation;

**c.** Disability benefits;

**d.** Occupational disease law;

**e.** Jones Act or General Maritime Law; or

**f.** Other similar laws.

However, we do provide coverage in excess over any other insurance for *damages* an *insured person* is legally obligated to pay for *bodily injury* or *medical expenses* to a *domestic employee* of a location shown in the Declarations which are not compensable under workers' compensation, unless another exclusion applies.

**23. Resident Liability**

We do not cover any *damages* for:

**a.** *Personal injury* to you or an *insured person* as defined under Definition **10.a.**. This exclusion also applies to any claim made or suit brought against you or an *insured person*:

**(1)** To repay; or

**(2)** Share *damages* with;

another person who may be obligated to pay *damages* because of *personal injury* to an *insured person*; or

**b.** *Medical expenses* to any person, other than a *domestic employee* of an *insured person*, regularly residing on any part of the *insured location*.

**24. Employment–Related Benefits Or Unpaid Wages**

We do not cover any *damages* or benefits an *insured person* is legally required to provide or voluntarily provides for any:

**a.** Employment-related benefits;

**b.** Retirement benefits;

**c.** Stock options;

**d.** Perquisites;

**e.** Deferred compensation or any other type of similar compensation;

**f.** Improper payroll deductions;

**g.** Unpaid wages; or

**h.** Overtime pay for hours actually worked or labor actually performed.

## LIABILITY CONDITIONS

**1. Duties After Occurrence**

In case of an *occurrence* covered by this policy, we have no duty to provide coverage unless there has been full compliance with the following duties by an *insured person* or their representative:

**a.** Give written notice to us or our agent as soon as is practical, which sets forth:

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

(1) The identity of the policy and the Named Insured shown in the Declarations;

(2) Reasonably available information on the time, place and circumstances of the *occurrence*; and

(3) Names and addresses of any claimants and witnesses;

**b.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

**c.** Promptly forward to us every notice, demand, summons or other process relating to the *occurrence*;

**d.** At our request, help us:

(1) To make settlement;

(2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an *insured person*;

(3) With the conduct of suits and attend hearings and trials; and

(4) To secure and give evidence and obtain the attendance of witnesses;

**e.** With respect to Medical Expenses:

(1) The injured person or their representative will:

(a) Give us written proof of claim, under oath if required, as soon as is practical; and

(b) Authorize us to obtain copies of medical reports and records;

(2) The injured person will submit to a physical examination by a doctor of our choice when and as often as we reasonable require;

**f.** With respect to Extra Benefit **3.** Voluntary Payments, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an *insured person's* control; and

**g.** No *insured person* shall, except at such *insured person's* own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the *personal injury*.

**2. Limit Of Liability**

Our total liability under Personal Liability for all *damages* resulting from any one *occurrence* will not be more than the Personal Liability limit shown in the Declarations, regardless of the number of *insured persons*, claims made, persons injured, locations insured, or vehicles or watercraft involved in the *occurrence*.

Our total liability under Medical Expenses for all *damages* for *medical expenses* payable for *bodily injury* to one person as the result of one accident will not be more than $50,000.

**3. Legal Action Against Us**

**a.** No action can be brought against us unless there has been full compliance with all of the terms under Part **II**.

**b.** No one will have the right to join us as a party to any action against an *insured person*.

**c.** No action can be brought against us until the obligation of such *insured person* has been determined by final judgment or agreement signed by us.

**4. Severability Of Insurance**

This insurance applies separately to each *insured person*. This condition will not increase our limit of liability for any one *occurrence*.

**5. Bankruptcy**

Bankruptcy or insolvency of an *insured person* will not relieve us of our obligations under this policy.

**6. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**7. Policy Period**

This policy applies only to *damages* which first occur during the *policy period*.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CHUBB®

# Platinum Portfolio®

**8. Transfer Of Control**

You may take control of any outstanding claim or suit previously reported to us only if we both agree that you should, or if a court orders you to do so. If your limits are exhausted, we will notify you of all outstanding claims or suits so that you can take control of the defense. We will help transfer control to you. We shall take whatever reasonable steps are necessary to continue the defense of any outstanding claim, and avoid a default judgment during the transfer of control to you. If we do so, we shall not waive or give up any of our rights. You shall pay all reasonable expenses we incur for taking such steps after the limits have been exhausted.

## PART III – GENERAL CONDITIONS

**1. Concealment Or Fraud**

We do not provide coverage to an *insured person* who, whether before or after a loss or *occurrence*, has:

**a.** Intentionally concealed or misrepresented any material fact or circumstance;

**b.** Engaged in fraudulent conduct; or

**c.** Made false statements;

relating to this insurance.

**2. Termination**

**a. Cancellation**

**(1)** You may cancel this policy at any time by letting us know in writing of the future date cancellation is to take effect.

**(2)** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**(a)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**(b)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**(c)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(i)** If there has been a material misrepresentation or concealment of fact or circumstance which if known to us would have caused us not to issue the policy; or

**(ii)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**(3)** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**(4)** If the return premium is not refunded with the notice of cancellation or when this policy is canceled by you, we will refund it within a reasonable time after the date cancellation takes effect.

**b. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**3. Liberalization Clause**

If we broaden the coverages provided by this policy without an additional premium charge, the changes will automatically apply to this policy as of the effective date on which the changes are adopted in your state.

**4. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**6. Our Right To Recover Payment**

If we make payment to a person under the terms of this policy, that person's right to recover any payments is automatically transferred to us. The person must do nothing after loss to impair such rights of recovery. The person who receives our payment agrees to:

**a.** Sign and deliver all related papers and cooperate with our effort to recover payments; and

**b.** Do nothing to jeopardize or interfere with our ability to recover payments.

This General Condition does not apply to Medical Expenses coverage or Extra Benefit **3.** Voluntary Payments under Part **II.**

**7. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**a.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**b.** *Insured person* includes:

**(1)** An *insured person* who is a member of your household at the time of your death, but only while a resident of the *residence premises*; and

**(2)** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**8. Conformance With State Law**

If part of this policy does not comply with the laws of the state in which it is written, that part is amended to comply with those laws.


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CHUBB® Platinum Portfolio®

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO HOME ENDORSEMENT

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## DEFINITIONS

The introductory paragraph is deleted and replaced by the following:

In this policy, *you* and *your* mean the person shown in the Declarations and the spouse if a resident of the same household. The term "spouse" includes a civil partner by civil union or registered domestic partnership filed and recognized under state law. *We*, *us* and *our* mean the Company providing this insurance and issuing this policy, as shown in the Declarations.

## PART III – GENERAL CONDITIONS

**2. Termination**

**a. Cancellation** is amended as follows:

Paragraphs **(2)** is deleted and replaced by the following:

**(2)** *We* may cancel this policy only for the reasons stated below by letting *you* know in writing of the date cancellation takes effect. A notice stating *our* reasons for cancellation will be mailed to *you* by first-class mail at *your* last address known by *us*. Proof of mailing will be sufficient proof of notice.

**(a)** When *you* have not paid the premium, *we* may cancel at any time by letting *you* know at least 10 days before the date cancellation takes effect.

**(b)** When this policy has been in effect for less than 30 business days and is not a renewal with *us*, *we* may cancel for any reason by letting *you* know at least 30 days before the date cancellation takes effect.

**(c)** When this policy has been in effect for 30 business days or more, or at any time if it is a renewal with *us* , *we* may cancel:

**(1)** If there has been a material misrepresentation of fact which if known to *us* would have caused *us* not to issue the policy; or

**(2)** If the risk has changed substantially since the policy was issued.

This can be done by letting *you* know at least 30 days before the date cancellation takes effect.

**b. Nonrenewal** is deleted and replaced by the following:

**b. Nonrenewal**

*We* may elect not to renew this policy. *We* may do so by letting *you* know in writing at least 30 days before the expiration date of this policy. This nonrenewal notice, together with *our* reason for nonrenewal, will be mailed to *you* by first-class mail at *your* last address known by *us*.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY REMEDIATION COVERAGE FOR ESCAPED LIQUID FUEL

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

The coverage provided by this endorsement and the applicable coverage limits shown in the Declarations apply. These limits of liability apply to the total of all loss or expense payable under this endorsement, regardless of the number of locations insured under this endorsement and listed in the Declarations.

## DEFINITIONS

**19.** *Residence premises* is deleted and replaced by the following:

**19.** *Residence premises* means:

- **a.** A one or two family dwelling, condominium, cooperative unit, apartment that you own or reside in; or
- **b.** That part of any other building where you reside;

and which is shown as the *residence premises* in the Declarations; and

- **c.** Any location shown in the Declarations to which this endorsement applies.

*Residence premises* also includes other structures and grounds at the locations described in **19.a.** through **c.** above.

The following Definitions are added:

**22.** *Covered real property*.

- **a.** *Covered real property* means:
  - **(1)** Property owned by an *insured person* and covered under Residences of this policy;
  - **(2)** Any other one or two family residence owned by an *insured person* and shown in the Declarations to which this endorsement applies;
  - **(3)** Materials and supplies located on or next to the *residence premises*, used to construct, alter or repair the residence or other structures on the *residence premises*;
  - **(4)** Property owned by an *insured person* and covered under Other Structures of this policy, provided such property is located on the *residence premises*; and
  - **(5)** Land, other than farm land:
    - **(a)** Which is within the *residence premises*;
    - **(b)** Which is owned by an *insured person*; and
    - **(c)** On which a building or structures described in **22.a.(1)** through **(4)** is located.
- **b.** *Covered real property* does not include:
  - **(1)** Water;
  - **(2)** Other structures that are part of the *fuel system*; or
  - **(3)** Trees, shrubs, plants or lawns, except to the extent provided in **3.c.** of this endorsement.

**23.** *Covered personal property*.

- **a.** *Covered personal property* means personal property:
  - **(1)** Owned or used by an *insured person* and covered under this policy; and


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

CHUBB®

Platinum Portfolio®

(2) Located on the *residence premises*.

b. Loss to such property shall be subject to Personal Property – Special Limits Of Insurance that apply.

**24.** *Fuel system* means:

a. One or more containers, tanks or vessels which have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel; and

(1) Are, or were, used to hold liquid fuel that is intended to be used solely for one or more of the following:

(a) To heat or cool a building;

(b) To heat water;

(c) To cook food; or

(d) To power motor vehicles or watercraft owned by an *insured person* and not used primarily for *business*; and

(2) Are, or were, located on *covered real property*.

b. Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in **24.a.** above;

c. Filler pipes and flues connected to one or more containers, tanks or vessels described in **24.a.** above;

d. A boiler, furnace or a water heater, the liquid fuel for which is stored in a container, tank or vessel described in **24.a.** above, and which is located on *covered real property*.

e. Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described **24.a.** above; or

f. A structure that is specifically designed and built to hold the liquid fuel that escapes from one or more containers, tanks or vessels described in **24.a.** above .

## PART I – PROPERTY

## EXTRA BENEFITS

The following Extra Benefit is added:

**Property Remediation Coverage For Escaped Liquid Fuel**

1. With respect to the total of all escapes of liquid fuel from a *fuel system* which an *insured person* first discovers or learns of during the *policy period*, we will pay up to the limit of liability shown in the Declarations for loss or expense described in **3.** below.

2. The limit shown in the Declarations for this coverage is the most we will pay for the total of all loss or expense payable under **3.** below, regardless of the:

   a. Number of locations insured under this endorsement;

   b. Number of escapes of liquid fuel from a *fuel system* an *insured person* first discovers or learns of during the *policy period*; or

   c. Number of claims made.

3. **Loss Or Expense Covered**

   This coverage pays for:

   a. Loss to:

   (1) *Covered real property*; or

   (2) *Covered personal property*;

   caused directly or indirectly by the escape of such fuel from a *fuel system*;

   b. The reasonable expense you incur to:


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(1)** Take temporary measures to stop the further escape of liquid fuel from any part of the *fuel system*;

**(2)** Retard or stop the spread of escaped liquid fuel;

**(3)** Clean up, remove or treat loss or damage to:

**(a)** *Covered real property*; or

**(b)** *Covered personal property*; or

**(4)** Test, monitor, or assess the effects of the escape of liquid fuel in, on or away from *covered real property*:

**(a)** As required by law; or

**(b)** In response to a request, demand, or order by a governmental authority or court of law.

We will pay for such expense only if it results from the same escape that is payable under **a.** or **b.(1)** through **(3)** above;

**c.** Loss to trees, shrubs, plants or lawns, located on the *residence premises*, but only if there is loss or expense caused by the same escape that is payable under **a.** or **b.** above. However, we will not pay more than $15,000 for the total of all loss to trees, shrubs, plants or lawns. No more than $1,500 of this amount will be payable for any lawn or any one tree, shrub or plant.

**d. Additional Living Expense**

**(1)** Additional Living Expense means any necessary increase in living expenses you incur, so that your household can maintain its normal standard of living, if the escape of liquid fuel:

**(a)** Results in loss or expense payable under **a.** or **b.** above; and

**(b)** Makes that part of the *residence premises* where you reside not fit to live in.

**(2)** Payment for Additional Living Expense will be for the shortest time required:

**(a)** To make that part of the *residence premises* where you reside fit to live in; or

**(b)** For your household to settle elsewhere, if you permanently relocate.

This period of time applies even if it extends past the expiration date of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

**(3)** This coverage does not increase the limit of liability shown in the Declarations.

**(4)** Part I – Extra Benefits, **1.** Loss Of Use in the policy form does not apply to this endorsement.

**4. Deductible**

The deductible amount that applies to the *residence premises* applies to covered loss or expense under this coverage. We only pay that part of the total of all loss or expense payable under **3.** above that exceeds that deductible amount.

**5. Loss Or Expense Not Covered**

We will not pay:

**a.** For any diminution or reduction in the market value of any:

**(1)** *Covered real property*; or

**(2)** *Covered personal property*;

whether or not such property is damaged;

**b.** For any damage resulting from the loss of or reduction in value of a pending sale of:

**(1)** *Covered real property*; or

**(2)** *Covered personal property*;

**c.** To replace any fuel;

**d.** For any expense to:

**(1)** Demolish or remove; or

**(2)** Repair, replace, rebuild or restore;


Includes copyrighted material of Insurance Services Office, Inc. with its permission.

any part of a *fuel system*, other than those expenses provided for in **3.a.** or **b.** above; or

**e.** For any damage that results from an escape from:

**(1)** One or more containers, tanks or vessels, that are, or were, used to hold liquid fuel and are a part of a motor vehicle or watercraft; or

**(2)** Related lines or parts, that are, or were, connected to a motor vehicle or watercraft.

**6.** The Extra Benefits and Losses We Do Not Cover sections in Part **I** of the policy form apply to this Property Remediation Coverage For Escaped Liquid Fuel.

**7.** The Part **I** – Property Conditions in the policy form apply to this Property Remediation Coverage For Escaped Liquid Fuel except as provided for in Property Conditions **6.** below.

**8.** This Property Remediation Coverage For Escaped Liquid Fuel does not apply to any *residence premises* at which the containers, tanks or vessels, described in Definition **24.a.** *fuel system* above, have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

Coverage, if any, for escape of liquid fuel from such containers, tanks or vessels is subject to those:

**a.** Losses We Do Not Cover;

**b.** Conditions;

**c.** Other provisions; and

**d.** Limits of Liability;

that apply to real and personal property under the policy to which this endorsement is attached.

## LOSSES WE DO NOT COVER

**13. Pollution Or Contamination** does not apply to this Property Remediation Coverage For Escaped Liquid Fuel.

## PROPERTY CONDITIONS

With respect to loss or expense described in Part **I** – Property Coverages above, Condition **6.** Other Insurance And Service Agreement is deleted and replaced by the following:

**6. Other Insurance, Service Agreements And Government Funds**

If loss or expense covered in Part **I** – Property Coverages above is also covered by:

**a.** Other insurance, we will pay only the proportion of the loss or expense that the limit of liability that applies under this endorsement bears to the total amount of insurance covering the loss or expense. However, if there is other insurance in the name of a Homeowners, Condominium or Cooperative Association, then this insurance is excess over any amounts payable under such other insurance;

**b.** A service agreement, then this Property Remediation Coverage For Escaped Fuel is excess over any amounts payable under any such agreement. Service Agreement means a *fuel system* service plan, property restoration property plan, or similar service or warranty agreement, even if it is characterized as insurance; or

**c.** A government fund, we will pay only the proportion of the loss or expense that the limit of liability that applies under this endorsement bears to the total amount payable for the loss or expense to the extent permitted by law.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

# CHEMICAL HAZARDS EXCLUSION

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

This endorsement applies only to the location(s) listed in the Declarations for which **CHEMICAL HAZARDS EXCLUSION** is shown.

## PART I – PROPERTY

## LOSSES WE DO NOT COVER

The following exclusion is added:

**Chemical Hazards**

We do not cover any loss caused by any chemical, biological, bio-chemical, or electromagnetic contamination, whether controlled or uncontrolled, or however caused. This includes any incident:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or
2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
3. In which pathogenic or poisonous biological or chemical materials are released.

Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

## PART II – LIABILITY

## DAMAGES WE DO NOT COVER

The following exclusion is added:

**Chemical Hazards**

We do not cover any *damages* caused by any chemical, biological, bio-chemical, or electromagnetic contamination, whether controlled or uncontrolled, or however caused. This includes any incident:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or
2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
3. In which pathogenic or poisonous biological or chemical materials are released.

CHUBB®

# Platinum Portfolio®

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

## HOME DEDUCTIBLE RESERVE

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

For a reduced premium, the deductible that applies to Part I is $2,500 or higher for at least one location shown in the Declarations. In addition to receiving this reduced premium, the following applies:

**PART I – PROPERTY**

**PROPERTY CONDITIONS**

3. **Loss Settlement** is amended as follows:

The following paragraph is added to **a.** Application Of Deductible:

**(7) Deductible Reserve**

For every *policy period* that the deductible amount shown in the Declarations for a location is at least $2,500 and does not sustain a loss in which the deductible would otherwise apply, we will allocate 10% of the deductible amount in a Deductible Reserve to be used in the event of a future covered loss. For example, if the location does not sustain a covered loss for four *policy periods* and a deductible of $5,000 is maintained over that period of time, the Deductible Reserve will be $2,000. If the location sustains a loss in the following *policy period*, you may use the Deductible Reserve to reduce the applicable deductible amount to $3,000.

The Deductible Reserve is subject to the following conditions:

**(a)** The Deductible Reserve applies only to the covered location with a deductible amount of at least $2,500. If more than one location has a deductible amount of at least $2,500, a separate Deductible Reserve will apply to each location;

**(b)** The Deductible Reserve may be used for any covered loss to which the deductible applies;

**(c)** The Deductible Reserve cannot exceed the deductible amount shown in the Declarations;

**(d)** The Deductible Reserve is eliminated for the applicable location in the event that we pay a loss;

**(e)** The Deductible Reserve is eliminated for the applicable location if the deductible amount is reduced below $2,500; and

**(f)** The Deductible Reserve may not be used if any of the following deductibles apply to the applicable location:

**(i)** Windstorm Or Hail deductible;
**(ii)** Hurricane or similar deductible;
**(iii)** Flood/Surface Water deductible;
**(iv)** Earthquake deductible;
**(v)** Vacancy deductible;
**(vi)** Construction deductible;
**(vii)** Builders Risk deductible;
**(viii)** Water Back-Up And Sump Overflow Or Discharge deductible; or
**(ix)** Any other special or specifically listed deductible.

CHUBB®

# Platinum Portfolio®

## Notice of Information Practices

When you apply for an Chubb Platinum Portfolio insurance policy, you disclose a certain amount of information to us. Although we obtain most of the information from you, in the course of conducting business, it may be necessary for us to obtain further information about you from third parties including motor vehicle department records, prior claims history from other insurance companies or information clearinghouses and consumer credit information from a credit reporting agency. This information allows us to thoroughly and accurately evaluate your application for insurance and subsequent renewals.

This information from third parties together with the information you provided during the application process may be used to determine either your eligibility for insurance or the premium you will be charged. In connection with underwriting and rating your policy, an inquiry will be made by us with LexisNexis Risk Solutions Inc., a provider of consumer reports, credit based insurance score, claim/loss information and motor vehicle records.

In most states, we will periodically order a credit based insurance score and rerate the policy at renewal based on the updated information. However, in some states, you have the right to request a report for our review no more than once annually.

Any information we have or may obtain about you or other individuals listed as policyholders on your policy will be treated confidentially. This information, as well as other personal or privileged information, may, under certain circumstances, be disclosed to third parties without authorization.

Pursuant to the Fair Credit Reporting Act (15 U. S. C. §1681 et seq.) you have a right to be notified if information in the consumer report results in an adverse action. You have the right to see the personal information collected about you and you have the right to correct any information in the report which may be wrong or incomplete. You may also have the right to request in writing that we consider extraordinary life circumstances in connection with the development of your credit score. These rights may be limited in some states.

You may inspect and receive a copy of the report by writing to the consumer reporting agency at the address listed below:

**Consumer Reporting Agency:**

LexisNexis Consumer Center
Mailing Address: PO Box 105108, Atlanta, GA 30348-5108
Street Address: 1000 Alderman, Drop 55, Alpharetta, GA 30005
Telephone: 1-800-456-6004
www.consumerdisclosure.com

DE - If we do use a credit based insurance score, you will have the right, on an annual basis, to request that we obtain a current credit report for you and determine whether use of the new credit report would result in a decrease in your insurance premiums. If the new credit report that we receive would result in a decrease in your insurance premiums, we will make that reduction. If the new credit information would not reduce your insurance premiums, the credit report will not be used to impact your premiums in any way.

MD - At least every two years or upon your request, we will reorder a credit-based insurance score and re-rate the policy based upon the updated credit history.

OR, WV - If requested by you, on an annual basis, we will reorder a credit-based insurance score and re-rate the policy based on updated credit history. The updated score may only be used to reduce the rate at renewal.

WV -**Your credit information is used by Chubb to produce an insurance score. This insurance score has an effect on the premium that you pay for your insurance. Chubb is required by the Insurance Commissioner to recheck your credit information no less than once every 36 months for changes. You have the option to request that Chubb recheck your insurance score more frequently than once every 36 months, but you can only make this request once during any twelve-month period. If there has been a change in your insurance score, Chubb shall re-underwrite and re-rate the policy based upon the current credit report or insurance score. The change in your insurance score may result in an increase or a decrease in the premium that you pay for your insurance. Any changes in your premium will take place upon renewal if your request is made at least 45 days before your renewal. If the request is made less than 45 days before your renewal date, the insurer shall re-underwrite and re-rate the policy for the following renewal.**

# Pay Your Bill, View Policy Information Online

## Register at chubb.com/register

CHUBB®

**Sign up for easy payment options, view and download key policy documents, and more.**

**Benefits of registering for secure access to your Chubb account include:**

- Pay your bill by credit card or electronic funds transfer (EFT)
- Set up automatic payments via credit card or EFT
- Sign up for paperless billing
- View a billing summary; check the status of a bill payment
- View and print the pages of your policy that list coverage limits, deductible amounts, etc.
- Print auto insurance ID cards*
- Access your home and safety assessment reports
- Check the status of a claim, or locate a claim adjuster
- Locate your agent's or broker's contact information
- Learn how to save on premium and improve coverage, as well as keep your family and assets safe

**Important information if you use your bank's online bill pay service instead of our payment site:**

Please make sure you reference your most recent billing account number and this mailing address in your instructions:

Chubb Personal Risk Services
PO Box 94836
Cleveland, OH 44101-4836

**Registering Is Easy**

1. Grab your most recent Policy Summary or Billing Statement
2. Go to **www.chubb.com/register**
3. Select "Chubb Platinum Portfolio" from the Create an Account page.
4. Complete the online form in three simple steps

You will receive an email confirming registration.

**Savings Tip: Pay Automatically by EFT**

If you pay in installments, you can avoid installment fees by signing up for automatic payments via EFT.

**Lost Your Auto Insurance ID Card?**

You can print out another one by accessing your policy documents. Refer to the instructions on the secure site.

*This function is not available for autos insured in NJ and TX.

**Need Help Registering?**

There is a link to an easy step-by-step guide on the registration page. Or, call 1-800-444-6161.

Chubb. Insured.℠

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by Chubb American Insurance Company and its U.S. based Chubb underwriting company affiliates. All products may not be available in all states. This communication contains product summaries only. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb is the world's largest publicly traded property and casualty insurance group. With operations in 54 countries, Chubb provides commercial and personal property and casualty insurance, personal accident and supplemental health insurance, reinsurance and life insurance to adverse group of clients. Chubb Limited, the parent company of Chubb, is listed on the New York Stock Exchange (NYSE: CB) and is a component of the S&P 500 index. Copyright ©2016 (Rev. 8/16)

CHUBB®

# Platinum Portfolio®

**POLICY NUMBER: 268-13-22-60V** V 0117

## VALUABLES DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY**

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288-
Telephone: (800) 235-8029

**Policy Period From:** 02/28/2018 **To:** 02/28/2019 12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE VALUABLES POLICY CONTRACT AND ANY VALUABLES ENDORSEMENTS COMPLETES YOUR RENEWAL POLICY.

**RISK LOCATIONS**

**LOCATION 1**
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**SCHEDULED PERSONAL PROPERTY**

**JEWELRY**

| Item | Description | In Vault | Limit |
|---|---|---|---|
| 1 | *** BLANKET COVERAGE *** | | 60,775 * |
| | *BLANKET COVERAGE APPLIES | | |
| | TOTAL JEWELRY COVERAGE LIMIT | | 60,775 |
| | TOTAL JEWELRY PREMIUM | $1,179.00 | |

**TOTAL ANNUAL VALUABLES PREMIUM** $1,283.00

**POLICY NUMBER: 268-13-22-60V** V 0117

## SCHEDULED PERSONAL PROPERTY

**FINE ARTS LOCATION 1 TERRITORY 001**

| Item | Description | Limit |
|---|---|---|
| 1 | *** BLANKET COVERAGE ***<br>ALL ITEMS ARE COVERED FOR BREAKAGE<br>*BLANKET COVERAGE APPLIES | 57,129* |
| | TOTAL FINE ARTS LOCATION 1 COVERAGE LIMIT | 57,129 |
| | TOTAL FINE ARTS LOCATION 1 PREMIUM $104.00 | |
| | **TOTAL VALUABLES LIMIT** | 117,904 |

## POLICY FORMS AND ENDORSEMENTS

MANDATORY FORMS FOR ALL VALUABLES

| | | |
|---|---|---|
| * | ACE01-1016 | CHUBB GROUP OF COMPANIES US PRIVACY NOTICE |
| * | ALL-20887A-0316 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11H-0314 | SIGNATURES |
| * | VALUABLES ACE-0208 | VALUABLES POLICY CONTRACT |
| * | VALUABLES23 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| * | VALUABLES448 ACE-0114 | COLORADO VALUABLES ENDORSEMENT |

JEWELRY

| | | |
|---|---|---|
| * | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| * | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |
| * | VALUABLES441 ACE-0410 | BLANKET PER ARTICLE LIMIT |

FINE ARTS LOCATION 1

| | | |
|---|---|---|
| * | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| * | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |

* DENOTES COPY OF FORM ATTACHED

CHUBB®

# Platinum Portfolio®

**POLICY NUMBER: 268-13-22-60V** V 0117

## ADDITIONAL POLICY INFORMATION

**LOSS PREVENTION CREDIT APPLIES**

JEWELRY SCHEDULE - 10.0% *

FINE ARTS LOCATION 1 - 5.0%

*CREDIT DOES NOT APPLY TO JEWELRY IN VAULT

BLANKET PER ARTICLE LIMIT

| CATEGORY | LIMIT |
|---|---|
| JEWELRY | $50,000 |
| FINE ARTS LOC 1 | $10,000 |

10/04/2019

# SIGNATURES

| Named Insured<br>KATHRYN M ZAMBONI-CUTTER | | | | Endorsement Number |
|---|---|---|---|---|
| Policy Symbol | Policy Number<br>268132260 | Policy Period<br>02/28/2018 to 02/28/2019 | | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>BANKERS STANDARD INSURANCE COMPANY | | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD FIRE AND MARINE COMPANY** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

REBECCA L. COLLINS, Secretary

JOHN J. LUPICA, President

Authorized Representative

CHUBB®

# Platinum Portfolio®

## INTRODUCTION: IMPORTANT INFORMATION ABOUT YOUR VALUABLES POLICY

TABLE OF CONTENTS


| Section | Page |
|---|---|
| **Introduction: Important Information About Your Valuables Policy** | |
| Table Of Contents | 1 |
| Your Agreement With Us | 2 |
| How To Use This Policy | 2 |
| Who We Insure | 2 |
| **Part I: Your Scheduled Personal Property Coverage** | 2 |
| Scheduled Personal Property | 3 |
| What We Cover | 3 |
| Losses We'll Pay For | 3 |
| Losses We Won't Pay For | 4 |
| **Part II: Terms and Conditions** | 5 |
| How Much We'll Pay | 5 |
| When We'll Pay | 6 |
| What To Do After A Loss | 6 |
| Glossary | 7 |
| General Conditions | 7 |


 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

## YOUR AGREEMENT WITH US

This document is *your* actual insurance policy. The Declarations Page and any endorsements named on the Declarations Page are included in it. Throughout this policy, the words *you*, *your* and *yours* mean each person named on the Declarations Page and his or her spouse if they live together. The words *we*, *us*, *our* and *ours* mean the company named on the Declarations Page.

This policy is a contract between *you* and *us*. *We* agree to give *you* the insurance described in this policy, in exchange for *you* paying *your* premium and following the rules of this policy.

*We* wrote *your* Valuables Policy in clear, plain English so *you* can easily understand it. Read it and become familiar with its terms. This can save *you* time and money in case of a loss.

**Policy Period.** *Your policy period* starts and ends at the times shown on the Declarations Page, unless this policy is cancelled by *you* or *us*. *We'll* pay **only** for a loss that takes place during the *policy period* and is caused by an *occurrence*.

**Definitions.** Some words and phrases need to be defined, so *you* can know exactly what *you're* insured for. *We* tell *you* these definitions in the Glossary at the end of this policy. When used throughout this policy, these defined words will appear in italic typeface, *like this*.

## HOW TO USE THIS POLICY

*We* hope *you* never suffer a loss. But if *you* do, *our* job is to protect *you* against the financial consequences. *We* wrote *your* Valuables Policy to make it easy for *you* to know what *you're* covered against. After a loss, simply answer these three questions.

### 1. Is the property covered?

To find out if *we* cover something *you* or a *family member* has scheduled, read the section called "What We Cover" in "Part I: Your Scheduled Personal Property Coverage".

### 2. Is it a type of loss we won't pay for?

In this policy *we* tell *you* about the losses *we* **won't** pay for instead of the ones *we* **will** pay for.

When *we* tell *you* about valuables coverage, *we* describe certain circumstances when *we* won't pay. *We* call these circumstances *exclusions*. *You* are covered against risks of *direct loss* not mentioned in these *exclusions*.

In this policy, *we* tell *you* these *exclusions* in the section called "Losses We Won't Pay For". *You'll* find a complete list of *exclusions* in Part I.

### 3. How much will we pay?

*Your coverage limits* are printed on *your* Declarations Page. At the end of *your* Valuables Policy, *we* tell *you* what these limits mean in a section called "How Much We'll Pay". *We* also tell *you* the things *you* have to do after a loss, and list some other rules that apply to *your* insurance.

## WHO WE INSURE

*Your* Valuables Policy provides insurance for *you* and most of the people who are closest to *you*. Naturally, *we* have to carefully define who these people are. When *we* tell *you* about valuables coverage, *we* tell *you* exactly who is an *insured person* under this coverage. And, for *your* convenience, *we* also tell *you* here.

### 1. We Insure You

*You* are an *insured person* under every coverage in *your* Valuables Policy. Remember, this includes *your* spouse if he or she lives with *you*.

### 2. We Insure Your Family Members

*Your family members* are also *insured persons* under every coverage in this policy. This includes all the following people, but **only** if they are residents of *your* household:

- *your* children;
- *your* other relatives; and
- other people under 21 years of age, such as wards and trusts, who are in the care of *you* or a *family member*.

CHUBB®

# Platinum Portfolio®

## PART I: YOUR SCHEDULED PERSONAL PROPERTY COVERAGE

This part of *your* Valuables Policy covers *you* and *your* family against financial loss if the items *you* schedule are damaged or lost. *We* tell *you* about this coverage in "Scheduled Personal Property". The specific items *we* cover are described in "What We Cover".

What kind of losses will *we* pay for? *We* cover *your* scheduled property against physical damage or loss, except the ones specifically described in "Losses We Won't Pay For".

**Who we insure.** In all parts of *your* "Scheduled Personal Property Coverage", the words *insured person* includes *you* and other *family members*.

### SCHEDULED PERSONAL PROPERTY

If an *insured person* owns certain kinds of valuable property, *your* Valuables Policy allows *you* to expand *your* coverage for those items. With *our* valuables coverage, *you* may set a separate *coverage limit* for each of them. Valuables coverage also covers those items against more kinds of loss than *your* ordinary property coverage does. There is no deductible for this coverage.

*You'll* find a Schedule of Personal Property included with *your* Declarations Page. Any property that shows a *coverage limit* on this schedule is called scheduled property.

**Territory.** For scheduled property, valuables coverage applies anywhere in the world.

### WHAT WE COVER

The following property has valuables coverage **only** if a *coverage limit* is shown for it on the Schedule of Personal Property on the Declarations Page:

**(1) Jewelry.** This means articles of personal adornment containing gemstones, silver, gold, platinum, or other precious metals and alloys.

**(2) Furs.** This means garments made of, trimmed in, or consisting principally of fur.

**(3) Fine Arts.** This means private collections of paintings, etchings, pictures, tapestries, art glass windows, other bona fide works of art (for example, statues, antiques, rare books and manuscripts, porcelains, or rare glass), and items of historical value or artistic merit.

**(4) Silverware.** This means sterling silver, gold, or pewter; plated ware, tableware, trays, trophies, and similar household articles other than jewelry.

**(5) Cameras.** This means cameras, projection machines, films, and related articles of equipment.

**(6) Stamps and coins.** This means stamps or coins contained in an individually owned stamp or coin collection and not owned by dealers or auctioneers. This includes other philatelic property, including books, pages and mountings; and other numismatic property including coin albums, containers, frames, cards and display cabinets used with the *insured person's* collection.

**(7) Musical instruments.** This means musical instruments and equipment.

**(8) Golf equipment.** This means these items: golf clubs, golf clothing, and other clothing that is in a locker while *you're* playing golf.

**(9) Collectibles.** This means private collections of rare, unique or novel items of personal interest (for example dolls, banks, guns, model trains, wine) including memorabilia.

**(10) Personal Home Computers.** This means personal home computers including software and accessories.

**(11) Bicycles.** This means all types of bicycles except motor bicycles or any other motor-powered conveyances or vehicles of any kind.

**(12) Other valuable items.** Other valuable items may be insured on an itemized basis.

- **Newly Acquired Valuables.**

If a *coverage limit* is shown for that type of property, *your* valuables coverage also applies to jewelry, furs, photographic equipment, musical instruments, metalware, golf equipment, coins, postage stamps, personal home computers, and fine arts *you* acquire during the *policy period*. But *you* must report these items to *us* within 30 days after *you* acquire them, or within 90 days in the case of fine arts, and pay an additional premium from the date *you* acquired them.

The most *we'll* pay for these newly acquired valuables is 25% of the *coverage limit* for that type of property, up to a maximum of $25,000. For newly acquired fine arts, *we'll* pay the actual cash value up to 25% of *your coverage limit* for fine arts.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

## LOSSES WE'LL PAY FOR

*Your* valuables coverage applies to more kinds of loss than *your* ordinary property coverage does. Scheduled property is covered against risks of *direct loss* except under the circumstances described in the next section.

## LOSSES WE WON'T PAY FOR

In this section, *we* describe certain *exclusions* that apply to *your* valuables coverage. Under this coverage, *we* won't pay for any loss to which an *exclusion* applies.

**(1) Gradual or sudden loss.** *We* do not cover any loss caused by wear and tear, gradual deterioration, rust, fungi, bacteria, mold, corrosion, dry or wet rot, warping, insects or vermin. *We* also do not cover any loss caused by inherent vice, latent defect, any quality in property that causes it to damage or destroy itself, or mechanical breakdown. But *we* do insure *ensuing loss* unless another *exclusion* applies.

**(2) Intentional loss.** *We* do not cover any loss caused intentionally by *you* or a *family member*, or by a person directed by *you* or a *family member* to cause a loss where the covered person intending to cause the loss will benefit from this insurance.

**(3) Computer error.** *We* do not cover any loss caused by an error in computer programming or instructions to the computer.

**(4) War.** *We* do not cover any loss caused directly or indirectly by any kind of military or warlike action. War includes undeclared war, civil war, insurrection, rebellion, revolution, war-like act by a military force or military personnel, destruction or seizure or use for a military purpose, and any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

**(5) Nuclear hazard.** *We* do not cover any loss caused directly or indirectly by any kind of nuclear hazard.

- Nuclear hazard means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
- Loss caused by nuclear hazard shall not be considered loss caused by fire, explosion, or smoke, whether these causes of loss are specifically named in or otherwise included within the losses *we'll* pay for in *your* Valuables Policy.
- This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that *direct loss* by fire resulting from the nuclear hazard is covered.

**(6) Special exclusion for fine arts.** *We* do not cover any loss to fine arts caused by repairing, restoring, or retouching. *We* also do not cover any loss to fine arts while exhibited at a fairground, or at the premises of a national or international exposition, unless the premises are covered by this policy.

**(7) Special exclusion for stamps and coins.** *We* do not cover any loss to stamps or coins caused by:

- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, or temperature extremes; or
- handling or being worked on.

*We* also do not cover the disappearance of an individual stamp, coin, or other item that is insured as part of a collection unless it is mounted in a volume and the page is also lost.

**(8) Special exclusion for golf balls.** *We* do not cover any loss to golf balls except loss caused by fire or burglary. And *we* won't pay for golf balls lost by burglary unless there are visible marks of forcible entry into the building, room or locker.

**(9) Special exclusion for collectibles.** *We* do not cover any loss to collectibles caused by:

- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, changes in temperature, or temperature extremes;
- repairing, restoring, retouching or being worked on; or
- use other than as a collectible.

However, *we* do cover loss to wine caused by change in temperature or temperature extremes due to loss of utility service or premises power supply, or mechanical or electrical breakdown of climate control equipment.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**(10) Special exclusion for personal home computers.** *We* do not cover any loss caused by:

- mechanical failure, faulty construction or error in design. If fire or explosion ensues, *we* will pay for loss or damage caused by the ensuing fire; or
- corrosion or rust.

**(11) Special exclusion for bicycles.** *We* do not cover any loss caused by maintenance or repair work, regardless of who performs the work.

## PART II: TERMS AND CONDITIONS

This part of *your* Valuables Policy tells *you* everything else *you* need to know about *your* insurance. It's divided into four sections:

- **How Much We'll Pay** explains how *we* figure out *our* payment after a loss.
- **What To Do After A Loss** tells *you* all the steps *you* should take to protect *your* rights and *ours*.
- **Glossary** repeats the definitions of all the defined words and phrases in this policy.
- **General Conditions** explains the other terms and conditions of *your* Valuables Policy.

### HOW MUCH WE'LL PAY

This section explains how much *we'll* pay for any loss *we* cover.

**(1) Coverage limit**

*Your coverage limit* is the amount shown on the Declarations Page for each itemized article and for each category of valuable articles.

**(2) Itemized coverage**

For a covered loss to an itemized article listed in *your* Schedule of Personal Property, *we* will pay as follows:

**(a) Total loss.** If the itemized article is totally destroyed or lost, *we* will pay the *coverage limit* for that article. However, if the market value of the itemized article immediately before the loss exceeds the *coverage limit* for that article, *we* will pay its market value immediately before the loss, up to 150% of the coverage limit for that article.

**(b) Partial loss.** If the itemized article is partially lost or damaged, *you* may choose either of the following:

**(i)** If *you* choose to restore the article, *we* will pay to restore the article to its condition immediately before the loss. If the restored market value is less than the market value immediately before the loss, *we* will also pay the difference between the restored market value immediately after the loss and the market value immediately before the loss; or

**(ii)** If *you* choose not to restore the article, *we* will pay the difference between the market value immediately before and after the loss.

The maximum amount *we* will pay is 150% of the *coverage limit* for that article.

**(c) In-vault jewelry.** Itemized jewelry described on the Declarations Page as "in-vault" must be kept in a bank vault. There is no coverage for these items while they are out of a vault, unless *we* agree in advance to cover them.

**(3) Blanket coverage**

For a covered loss to valuable articles with blanket coverage, *we* will pay the amount required to repair or replace the property, whichever is less, without deduction for depreciation. If the restored market value is less than the market value immediately before the loss, *we* will pay the difference. But *we* will not pay more than the amount of blanket coverage for that category. And, *we* won't pay more than $10,000 per item for loss to any one article. However, this per-article limit does not apply to property covered under the categories of Silverware, Cameras, or Musical Instruments.

**(4) Pair, sets, and parts**

If the covered loss is to part of a pair, set or larger unit with itemized coverage, *you* may choose either of the following:

- If *you* do not surrender the undamaged article(s) of the pair, set or unit to *us*, *we* will pay the covered loss as a partial loss for the damaged article(s) of the pair, set or unit as previously described under **(2)** Itemized articles.

- If *you* agree to surrender the undamaged article(s) of the pair, set or unit to *us*, *we* will pay the covered loss as a total loss for that pair, set or unit as previously described under **(2)** Itemized articles.

If the covered loss is to part of a pair, set or larger unit with blanket coverage, *we* will pay whichever is least:

- the cost to repair the damaged property to its condition before the loss;
- the cost to replace it; or
- the difference between its market value immediately before and after the loss.

If *you* agree to surrender the undamaged article(s) of the pair, set or unit to *us* and *we* agree to accept, *we* will pay *you* the full replacement cost of the entire pair, set or unit, as a total loss, subject to the applicable blanket limit per article and amount of blanket coverage for that valuable articles category.

**(5) Our Option**

When *we* pay for a total loss, *we* may keep all or part of the damaged property.

**(6) Unearned premiums.**

If scheduled property is totally lost or destroyed, *we'll* refund *your* unearned premium. If *you* prefer, *you* may apply *your* unearned premium to the premium for coverage on an item replacing the lost property.

## WHEN WE'LL PAY

*We'll* pay all the money *we* owe *you* within 60 days after *we* receive *your* sworn proof of loss. *Your* claim is considered settled when:

- *we* reach agreement with *you* on the amount of the loss and a sworn proof of loss is submitted;
- a final judgment is entered; or
- an appraisal award is filed with *us*.

## WHAT TO DO AFTER A LOSS

This section explains the steps *you* must take after a loss, in order for *us* to help *you*. If *you* don't take these steps, *we* may not be able to pay any money.

- **Step One: Notify Us**

  *You* must notify *us* or *our* agent as soon as possible. *Your* notice should include this information:

  **(a) Policy Identification.** Provide *us* with *your* valuables policy number found on the Declarations Page.

  **(b) Names and Addresses.** Provide *us* with the names and addresses of the following people:

  - *you*;
  - anyone else involved in the loss who is covered by this policy;
  - anyone whose property was damaged; and
  - any witnesses.

  **(c) Circumstances of the loss.** Tell *us* where, when and how the loss happened.

**In Case of Theft**

If the loss involved theft, *you* must notify the police as soon as possible.

- **Step Two: Submit All Claims**

  For *us* to pay under *your* Valuables Policy, *you* must submit a formal claim. Send *us* a signed, sworn proof of loss containing the information *we* request to investigate the claim. *You* must do this within 60 days after *our* request. *We* will supply *you* with the necessary forms.

  **(a) Cause of damage or loss**. Tell *us* when the damage or loss occurred, and what caused it.

  **(b) Who owns the property**. Tell *us* the name and address of the person who owns the covered property. If he or she does not own the entire property outright, tell *us*:

  - what portion of the property he or she owns;
  - the name and portion of any other owner; and
  - any claims, liens or other encumbrances on the property.

  **(c) Other insurance.** Tell *us* about any other insurance policies or bonds covering the damage or loss.

  **(d) Changes during the policy period.** Tell *us* about any changes in the ownership of the property that took place while this policy was in effect.

  **(e) Inventory and proof of losses.** Include an up-to-date inventory with any receipts

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

and other supporting documents *you* have not yet submitted.

**For blanket scheduled property loss.** Give *us* a description of every damaged item, and tell *us* the replacement value and the amount of the loss.

- **Step Three: Cooperate with Our Investigation**

*You* and anyone else who is making a claim must help *us* investigate and settle it.

1. **Help Us Substantiate Your Claim**

   Anyone seeking damages must take these steps to help *us* investigate and prove the claim:

   **(a) Provide records, documents and proofs.** An *insured person* must provide any records, documents or proofs *we* ask for, and allow *us* to make copies of them.

   **(b) Exhibit damaged property.** An *insured person* must allow *us* to inspect and appraise damaged property before it is repaired or discarded.

   **(c) Swear under oath.** An *insured person* must be willing to submit to examination under oath and sign his or her testimony.

## GLOSSARY

In this section, *we* repeat the definitions of every word and phrase *we* defined in *your* Valuables Policy.

**Coverage limit** means the amount shown on the Declarations Page for each itemized article and for each category of valuable articles.

**Direct loss** means a property loss caused **directly** by a particular set of circumstances.

**Ensuing loss** means a property loss caused **indirectly** by a particular set of circumstances.

**Exclusion** means a particular set of circumstances when *we* won't pay for certain damages or loss.

**Family member** means any of these people, but only if they are residents of *your* household:

- *your* children;
- *your* other relatives; and
- other people under 21 years of age suchas wards and trusts, who are in the care of *you* or a *family member* .

**Insured person** means *you* and *your family members*.

**Nuclear Hazard** means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**Occurrence** means the incident that causes a loss. It can be a single event or a series of related events.

**Policy period** means the period between the starting and ending times shown on the Declarations Page, unless this policy is cancelled by *you* or by *us*.

**Scheduled property** is any property that shows a *coverage limit* in *your* Schedule of Personal Property on the Declarations Page.

**We, us, our** and **ours** mean the company named on the Declarations Page.

**You, your** and **yours** mean each person named on the Declarations Page, and his or her spouse if they live together.

## GENERAL CONDITIONS

This section explains additional terms and conditions that apply to *your* Valuables Policy.

### 1. OTHER INSURANCE

If another policy also provides scheduled property coverage on the lost or damaged item(s), *we'll* pay *our* share of the loss and no more. *Our* share is the proportion of *our coverage limit* to the total of all coverage limits that apply.

### 2. CHANGES

The terms of this policy cannot be waived or changed except in writing by *us*. *We* reserve the right to adjust *your* premium because of a change *we* make. If, during the *policy period* or within 60 days before it starts, *we* revise the policy to broaden or extend its coverage without any extra premium, *you* automatically receive the additional coverage on the date *we* implement the change in *your* state.

**3. CANCELLATION OR NONRENEWAL**

In some states these rules may vary. If other rules for cancellation or nonrenewal apply, *we'll* attach an endorsement to *your* policy.

**(a) Nonrenewal.** *We* may decide not to renew this policy. If *we* do, *we'll* notify *you* at least 30 days before the policy ends. *We'll* mail *our* notice to the address shown on the Declarations Page. Proof of mailing is enough proof that *we* notified *you*.

**(b) Cancellation by you.** *You* may cancel this policy during the *policy period* for any reason. Simply mail *us* the policy or a written notice of the date *you* wish the cancellation to take effect.

**(c) Cancellation by us.** If *we* cancel this policy, *we'll* notify *you* in writing. *Our* notice will be mailed to the address shown on the Declarations Page. No other notice is necessary. But *we* may cancel this policy only under one of these circumstances:

- if *you* haven't paid the premium, *we* may cancel with 10 days' notice;
- if the policy has been in effect less than 60 days and is not a renewal, *we* may cancel for any reason with 10 days' notice;
- if the *policy period* is longer than one year, *we* may cancel for any reason on the anniversary of the starting date, with 30 days' notice; or
- if *you* falsified or concealed any information that would have affected the way *we* wrote this policy, or if the risk has changed substantially, *we* may cancel with 30 days' notice.

**(d) Refund.** If the policy is cancelled, *we'll* refund the unearned premium within a reasonable time. If it's *our* cancellation, *we'll* figure the refund pro rata.

**4. TRANSFER**

*You* may not transfer *your* rights or duties under this policy to another person without *our* consent. However, if *you* die, this policy will continue to cover for the rest of the *policy period*:

- *your* surviving spouse, if he or she lived with *you* at the time of death;
- *your* surviving *family members* , while they continue to live with *your* surviving spouse or at a residence named on the Declarations Page; and
- *your* legal representative, for obligations assumed in the course of representing *your* affairs.

**5. LEGAL ACTION AGAINST US**

An *insured person* agrees not to sue *us* until he or she has fully complied with the terms of this policy. An *insured person* agrees not to sue *us* later than two years after the date of the *occurrence*.

**6. OUR RIGHT TO RECOVER PAYMENT**

If *we* pay money to a person under the terms of this policy, that person's right to recover any damages is automatically transferred to *us*. The person who receives *our* payment agrees to:

- sign papers, deliver documents and cooperate with *our* effort to recover damages; and
- do nothing to jeopardize or interfere with *our* ability to recover damages.

**7. APPRAISALS**

If *we* fail to reach agreement with *you* on the amount of a loss, either *you* or *we* may demand an appraisal. The demand must be in writing. This is the appraisal procedure:

**(a) Selecting Appraisers.** Within 20 days after the demand is received, both sides will select a competent, impartial appraiser. The two appraisers will evaluate the loss and try to come to an agreement. If they succeed, that will be the amount of the loss.

**(b) Selecting an Umpire.** If the two appraisers can't agree, they will select a competent, impartial umpire. If they can't agree on an umpire within 15 days, either side can ask a judge in the state where the residence is located to select one. Each appraiser will submit a written report to the umpire. The umpire's decision will be the amount of the loss.

**(c) Paying for the Appraisal.** Each side will pay the appraiser it chooses. Both sides will contribute equally to the umpire's pay and other expenses.

**8. ABANDONMENT**

*We* don't have to accept any property an *insured person* abandons.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

**9. BANKRUPTCY**

Bankruptcy or insolvency of an *insured person* shall not relieve *us* of any of *our* obligations under this policy.

**10. CONCEALMENT AND FRAUD**

*We* do not provide coverage for any *insured person* who has, either before or after a loss, intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

*We* do not provide coverage in the case of any fraud or false swearing by an *insured person* concerning this insurance.

**11. NO BENEFIT TO BAILEE**

*We* won't pay any money that directly or indirectly benefits a person or organization that is holding, storing or transporting property for money. This rule overrides any conflicting provisions of this policy.

**12. RETURN OF STOLEN PROPERTY**

If stolen property is recovered and *you* want the property returned to *you*, *you* will return to *us* any payment *we* made to *you* for this item. However, *we* agree to pay for any damage caused by the theft.

**13. INSURABLE INTEREST**

For a valuables loss, *we* won't pay an *insured person* more than the amount of his or her interest in the property.

**14. SEVERABILITY**

This insurance applies separately to each *insured person*. This rule will not increase *our coverage limit* for any one *occurrence*.

 Includes copyrighted material of Insurance Services Office, Inc. with its permission. 

CHUBB® Platinum Portfolio®

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

## CHEMICAL HAZARDS EXCLUSION

This endorsement changes certain parts of *your* Valuables Policy. Every coverage, *exclusion*, definition and rule that isn't changed by this endorsement remains the same.

*Your* Valuables policy is amended as follows:

### PART I: YOUR SCHEDULED PERSONAL PROPERTY COVERAGE

### LOSSES WE WON'T PAY FOR

The following exclusion is added:

**Chemical Hazards.** We do not cover any loss caused by any chemical, biological, bio-chemical, or electromagnetic contamination, whether controlled or uncontrolled, or however caused. This includes any incident:

1. That involves the use, release or escape of nuclear materials, or that directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or
2. That is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or
3. In which pathogenic or poisonous biological or chemical materials are released.

Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO VALUABLES ENDORSEMENT

This endorsement changes certain parts of *your* Valuables Policy. Every coverage, *exclusion,* definition and rule that isn't changed by this endorsement remains the same.

*Your* Valuables Policy is amended as follows:

## YOUR AGREEMENT WITH US

Paragraph 1 of **Your Agreement With Us** is deleted and replaced by the following:

This document is *your* actual insurance policy. The Declarations Page and any endorsements named on the Declarations Page are included in it. Throughout this policy, the words *you, your,* and *yours* mean the person named on the Declarations Page and the spouse if a resident of the same household. The term "spouse" includes a civil partner by civil union or registered domestic partnership filed and recognized under state law. The words *we, us, our,* and *ours* mean the company named on the Declarations Page.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

CHUBB®

# Platinum Portfolio®

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

## BLANKET COVERAGE – PER ARTICLE LIMIT

This endorsement changes certain parts of *your* Valuables Policy. Every coverage, *exclusion*, definition and rule that isn't changed by this endorsement remains the same.

*Your* Valuables policy is amended as follows:

### PART II: TERMS AND CONDITIONS

### HOW MUCH WE'LL PAY

**(3) Blanket coverage** is deleted and replaced by the following:

**(3) Blanket coverage**

For a covered loss to valuable articles with blanket coverage, *we* will pay the amount required to repair or replace the property, whichever is less, without deduction for depreciation. If the restored market value is less than the market value immediately before the loss, *we* will pay the difference. But *we* will not pay more than the amount of blanket coverage for that category. And, *we* won't pay more than the limit shown on the Declarations Page per item for loss to any one article. However, this per-article limit does not apply to property covered under the categories of Silverware, Cameras, or Musical Instruments.

PAGE LEFT INTENTIONALLY BLANK

**POLICY NUMBER: 268-13-22-60**

## POLICY SUMMARY - RENEWAL

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** .

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDRICKBURG ROAD

SAN ANTONIO TX 78288
Telephone: (800) 531-8722
PRODUCER CODE: 27-9404

**This package contains your Insurance Policy. Your bill will be mailed under separate cover.**

| COVERAGE | POLICY NUMBERS | EFFECTIVE DATES | PREMIUMS |
|---|---|---|---|
| HOME | 268-13-22-60H | 02/28/2018 - 02/28/2019 | $ 9,552.00 |
| VALUABLES | 268-13-22-60V | 02/28/2018 - 02/28/2019 | $ 1,283.00 |

**TOTAL ANNUAL POLICY PREMIUM** $ 10,835.00

**POLICY NUMBER: 268-13-22-60H** H 0117

# HOME DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY**

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDRICKBURG ROAD

SAN ANTONIO TX 78288
Telephone: (800) 531-8722

**Policy Period From:** 02/28/2018 **To:** 02/28/2019 12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE HOME POLICY CONTRACT AND ANY HOME ENDORSEMENTS COMPLETES YOUR RENEWAL POLICY.

**COVERED LOCATIONS**

**LOCATION 1**
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

1 FAMILY FRAME DWELLING
BUILT IN 2011 PRIMARY
COUNTY EL PASO
TERRITORY 010
PROTECTION CLASS 002
BAND 08

| COVERAGE DESCRIPTION LIMITS | LOCATION 1 |
|---|---|
| DWELLING | 5,317,000 |
| OTHER STRUCTURES | 1,063,000 |
| PERSONAL PROPERTY | 2,659,000 |
| LOSS OF USE | INCLUDED |
| PERSONAL LIABILITY | 1,000,000 |
| MEDICAL EXPENSES | 50,000 |
| DEDUCTIBLE | 10,000 |

**TOTAL ANNUAL HOME PREMIUM** $9,552.00

**POLICY NUMBER: 268-13-22-60H** H 0117

| PREMIUMS | LOCATION 1 |
|---|---|
| LOCATION PREMIUM | 9552.00 |
| TOTAL LOCATION PREMIUM | $9552.00 |

| DISCOUNT INFORMATION | LOCATION 1 |
|---|---|
| **LOSS PREVENTION CREDIT - TOTAL %** | **25%** |
| CENTRAL STATION BURGLAR ALARM | X |
| CENTRAL STATION FIRE ALARM | X |
| SPRINKLERS EXCLUDING BATH | X |
| **NEW HOME CREDIT** | **8%** |
| **VALUABLES CREDIT** | **5%** |

**MORTGAGEE BILLED**

**LOCATION 1**
COMPASS BANK
ISAOA ATIMA
PO BOX 200017

KENNESAW GA 30156-9222

LOAN NUMBER 6730303007

**OPTIONAL COVERAGES**

**PROPERTY REMEDIATION COVERAGES FOR ESCAPED LIQUID FUEL**
LOCATION 1

POLLUTION LIABILITY COVERAGE

| COVERAGE | RCN | BASIC LIMITS | INCREASED LIMITS | TOTAL |
|---|---|---|---|---|
| AGGREGATE LIQUID FUEL REM | | $10,000 | | $10,000 |
| AGGREGATE LIQUID FUEL LIAB | | | | |

**POLICY NUMBER: 268-13-22-60H** H 0117

## POLICY FORMS AND ENDORSEMENTS

LOCATION 1

| | | |
|---|---|---|
| * | ACE01-1016 | CHUBB GROUP OF COMPANIES US PRIVACY NOTICE |
| * | ACE198-0213 | COLORADO SUMMARY OF HOMEOWNERS DISCLSR FORM |
| * | ACE218-0314 | CO LOSS HISTORY INFORMATION NOTICE |
| * | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| * | ACE279-0617 | ACTION NEEDED: WILDFIRE DEFENSE SERVICES |
| * | ALL-20887A-0316 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11H-0314 | SIGNATURES |
| * | HOME WDY ACE-1017 | HOME CONTRACT |
| | HOME404 ACE-1213 | COLORADO HOME ENDORSEMENT |
| | HOME450 ACE-0312 | ESCAPED LIQUID FUEL COVERAGE |
| | HOME467 ACE-0312 | CHEMICAL HAZARDS EXCLUSION |
| | HOME469 ACE-0312 | HOME DEDUCTIBLE RESERVE |
| * | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |

* DENOTES COPY OF FORM ATTACHED

## ADDITIONAL POLICY INFORMATION

**INFLATION INCREASE NOTICE**

LOCATION 1
AN INCREASE HAS BEEN APPLIED TO THE AMOUNT OF INSURANCE ON YOUR HOME. THIS INCREASE IS BASED ON CONSTRUCTION COST CHANGES AND GENERAL INFLATION IN YOUR SECTION OF THE COUNTRY. IF YOU HAVE ANY QUESTIONS ON THIS CHANGE, PLEASE CONTACT YOUR AGENT OR BROKER.

**POLICY NUMBER: 268-13-22-60V** V 0117

## VALUABLES DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY**

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDRICKBURG ROAD

SAN ANTONIO TX 78288
Telephone: (800) 531-8722

**Policy Period From:** 02/28/2018 **To:** 02/28/2019 12:01 A.M. standard time at the principal residence

THIS DECLARATIONS PAGE WITH THE VALUABLES POLICY CONTRACT AND ANY VALUABLES ENDORSEMENTS COMPLETES YOUR RENEWAL POLICY.

**RISK LOCATIONS**

**LOCATION 1**
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**SCHEDULED PERSONAL PROPERTY**

**JEWELRY**

| Item | Description | In Vault | Limit |
|---|---|---|---|
| 1 | *** BLANKET COVERAGE ***<br>*BLANKET COVERAGE APPLIES | | 60,775 * |
| | TOTAL JEWELRY COVERAGE LIMIT | | 60,775 |
| | TOTAL JEWELRY PREMIUM | $1,179.00 | |

**TOTAL ANNUAL VALUABLES PREMIUM** $1,283.00

**POLICY NUMBER: 268-13-22-60V** V 0117

**SCHEDULED PERSONAL PROPERTY**

**FINE ARTS LOCATION 1 TERRITORY 001**

| Item | Description | Limit |
|---|---|---|
| 1 | *** BLANKET COVERAGE ***<br>ALL ITEMS ARE COVERED FOR BREAKAGE<br>*BLANKET COVERAGE APPLIES | 57,129* |
| | TOTAL FINE ARTS LOCATION 1 COVERAGE LIMIT | 57,129 |
| | TOTAL FINE ARTS LOCATION 1 PREMIUM $104.00 | |
| | **TOTAL VALUABLES LIMIT** | 117,904 |

**POLICY FORMS AND ENDORSEMENTS**

MANDATORY FORMS FOR ALL VALUABLES

| | | |
|---|---|---|
| * | ACE01-1016 | CHUBB GROUP OF COMPANIES US PRIVACY NOTICE |
| * | ALL-20887A-0316 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| * | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11H-0314 | SIGNATURES |
| | VALUABLES ACE-0208 | VALUABLES POLICY CONTRACT |
| | VALUABLES23 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| | VALUABLES448 ACE-0114 | COLORADO VALUABLES ENDORSEMENT |

JEWELRY

| | | |
|---|---|---|
| * | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| * | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |
| | VALUABLES441 ACE-0410 | BLANKET PER ARTICLE LIMIT |

FINE ARTS LOCATION 1

| | | |
|---|---|---|
| * | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| * | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |

* DENOTES COPY OF FORM ATTACHED

**POLICY NUMBER: 268-13-22-60V** V 0117

## ADDITIONAL POLICY INFORMATION

**LOSS PREVENTION CREDIT APPLIES**

JEWELRY SCHEDULE - 10.0% *
FINE ARTS LOCATION 1 - 5.0%

*CREDIT DOES NOT APPLY TO JEWELRY IN VAULT

BLANKET PER ARTICLE LIMIT

| CATEGORY | LIMIT |
|---|---|
| JEWELRY | $50,000 |
| FINE ARTS LOC 1 | $10,000 |

## SIGNATURES

| Named Insured<br>KATHRYN M ZAMBONI-CUTTER | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol | Policy Number<br>268132260 | Policy Period<br>02/28/2018 to 02/28/2019 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>BANKERS STANDARD INSURANCE COMPANY | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD FIRE AND MARINE COMPANY** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

REBECCA L. COLLINS, Secretary

JOHN J. LUPICA, President

Authorized Representative

## ACTION NEEDED: WILDFIRE DEFENSE SERVICES

**Policy Number:**
**Effective Date:**
**Eligible Premises Location:**

Dear Client,

Because your home at the premises shown above is located in a qualifying area*, **Chubb offers you the option to enroll in Chubb Wildfire Defense Services, a complimentary service that can help defend your home from an encroaching wildfire.**

Enrollment in Chubb Wildfire Defense Services can automatically provide you with assistance from one of the most qualified service providers in the wildfire industry, in the event of a wildfire. The Extra Benefit Preventative Measures in your policy applies to this service, but enrollment relieves you of out-of-pocket expenses related to hiring an outside company.

Enrollment is easy-and free. **Just visit www.chubbwildfiredefense.com and complete the simple steps to quickly enroll.** Or, you can sign and return the enclosed "Wildfire Defense Authorization Form." Enrollment will grant Chubb permission to dispatch its representatives to take preventative action on your home and keep you informed of such actions.

If you do not enroll, you will not be eligible to automatically receive Chubb Wildfire Defense Services from us. For questions or concerns regarding your policy, please contact your independent agent or broker.

Sincerely,
Customer Relations Manager Chubb Personal Insurance
866-324-8222

** Enrollment in Chubb Wildfire Defense Services is available in select states to qualifying policyholders. Please see www.chubb.com/personal for additional details.*

## WILDFIRE DEFENSE AUTHORIZATION FORM *(Page 1 of 2)*

**Policy Number:**
**Effective Date:**
**Premises Location:**

I hereby authorize representatives of Chubb, including Wildfire Defense Systems, Inc., to enter the grounds of my property in order to provide wildfire suppression and structural protection services for the residence premises identified above, when a wildfire threatens this location or when arranged with my advance permission.

I understand that Chubb and its representatives will use their best efforts to provide the services and help protect my property. However, I understand that there may be instances when Chubb will not be able to provide the services to my property, and there is no guarantee that the service will prevent damage. I hereby waive the right to bring legal action against Chubb or its representatives for personal injury or liability (including but not limited to emotional distress and mental anguish) arising out of the treatment or lack of treatment of my property. I retain the right to make an insurance claim for personal injury or property damage and I understand that my Chubb homeowner's policy will respond to covered losses if there is damage to my home.

I understand that Chubb's representatives will determine the most appropriate methods for the protection of my property, which could include, but are not limited to, the temporary establishment of sprinkler systems and the application of Thermo-Gel®, a thin gel barrier, on my home, landscape and/or other structures.

I recognize that it is my responsibility to provide accurate and current contact information to Chubb in order to receive updates during a wildfire event and to provide information that may be critical to the response by Chubb's representatives, such as security access or a description of property. I understand that there is no coverage and no wildfire defense services provided if I or Chubb terminates homeowners coverage for the premises location listed below.

**I hereby agree to the above terms:**

Policyholder Signature: ______________________________ Date: ______________

During a wildfire event, we may need to call or email you to request gate access, ask questions about your property, or communicate with you about specific wildfire threats.

**The fields marked with a * on the following page are required to complete enrollment; however, we recommend completing all possible fields.**

## WILDFIRE DEFENSE AUTHORIZATION FORM *(Page 2 of 2)*

**Whom should we contact in the event a wildfire threatens your property?**

*Name of Primary Contact: ______________________

*Relationship to You: ______________________
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

*Phone #1: ______________ *Phone Type: ______________
*Example: home, mobile, work, 2nd home, or other.*

Phone #2: ______________ Phone Type: ______________

Phone #3: ______________ Phone Type: ______________

Email Address: ______________________

**Whom should we contact next, if this individual cannot be reached during a wildfire event?**

Name of Secondary Contact: ______________________

*Relationship to You: ______________________
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

*Phone #1: ______________ *Phone Type: ______________
*Example: home, mobile, work, 2nd home, or other.*

Phone #2: ______________ Phone Type: ______________

Phone #3: ______________ Phone Type: ______________

Email Address: ______________________

Name of Tertiary Contact: ______________________

*Relationship to You: ______________________
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

*Phone #1: ______________ *Phone Type: ______________
*Example: home, mobile, work, 2nd home, or other.*

Phone #2: ______________ Phone Type: ______________

Phone #3: ______________ Phone Type: ______________

Email Address: ______________________

**You may choose to provide a brief description (100 characters or less) of the entrance to your property. This can help our wildfire fighters find your home in the event wildfire smoke reduces visibility.**

*Example: We are the third driveway on the right, with a brick entrance gate and large evergreen trees.*

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Mail this completed form to: Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-9977, Attn: Wildfire Defense Services.**

PAGE LEFT INTENTIONALLY BLANK

Reference Copy

**POLICY NUMBER: 268-13-22-60**

## POLICY SUMMARY - POLICY CHANGES MADE AS OF 02/28/2018

Policy issued by **BANKERS STANDARD INSURANCE COMPANY** .

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288
Telephone: (800) 235-8029
PRODUCER CODE: 27-9404

**This package contains an update to your Insurance Policy. Your bill will be mailed under separate cover.**

| COVERAGE | POLICY NUMBERS | EFFECTIVE DATES | PREMIUMS |
|---|---|---|---|
| HOME | 268-13-22-60H | 02/28/2018 - 02/28/2019 | $ 9,552.00 |
| VALUABLES | 268-13-22-60V | 02/28/2018 - 02/28/2019 | $ 1,283.00 |

**POLICY NUMBER: 268-13-22-60H** H 0117

# HOME DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY**

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288
Telephone: (800) 235-8029

**Policy Period From:** 02/28/2018 **To:** 02/28/2019 12:01 A.M. standard time at the principal residence

**POLICY CHANGES MADE AS OF 02/28/2018** . PLEASE ATTACH TO YOUR POLICY.
SET NON-RENEWAL

**COVERED LOCATIONS**

**LOCATION 1**
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

1 FAMILY FRAME DWELLING
BUILT IN 2011 PRIMARY
COUNTY EL PASO
TERRITORY 010
PROTECTION CLASS 002
BAND 08

| COVERAGE DESCRIPTION LIMITS | LOCATION 1 |
|---|---|
| DWELLING | 5,317,000 |
| OTHER STRUCTURES | 1,063,000 |
| PERSONAL PROPERTY | 2,659,000 |
| LOSS OF USE | INCLUDED |
| PERSONAL LIABILITY | 1,000,000 |
| MEDICAL EXPENSES | 50,000 |
| DEDUCTIBLE | 10,000 |

**TOTAL ANNUAL HOME PREMIUM** $9,552.00

**POLICY NUMBER: 268-13-22-60H** H 0117

| PREMIUMS | LOCATION 1 |
|---|---|
| LOCATION PREMIUM | 9552.00 |
| TOTAL LOCATION PREMIUM | $9552.00 |

| DISCOUNT INFORMATION | LOCATION 1 |
|---|---|
| **LOSS PREVENTION CREDIT - TOTAL %** | **25%** |
| CENTRAL STATION BURGLAR ALARM | X |
| CENTRAL STATION FIRE ALARM | X |
| SPRINKLERS EXCLUDING BATH | X |
| **NEW HOME CREDIT** | **8%** |
| **VALUABLES CREDIT** | **5%** |

**MORTGAGEE BILLED**

**LOCATION 1**
COMPASS BANK
ISAOA ATIMA
PO BOX 200017

KENNESAW GA 30156-9222

LOAN NUMBER 6730303007

**OPTIONAL COVERAGES**

**PROPERTY REMEDIATION COVERAGES FOR ESCAPED LIQUID FUEL**
LOCATION 1

POLLUTION LIABILITY COVERAGE

| COVERAGE | RCN | BASIC LIMITS | INCREASED LIMITS | TOTAL |
|---|---|---|---|---|
| AGGREGATE LIQUID FUEL REM | | $10,000 | | $10,000 |
| AGGREGATE LIQUID FUEL LIAB | | | | |

**POLICY NUMBER: 268-13-22-60H** H 0117

**POLICY FORMS AND ENDORSEMENTS**

LOCATION 1

| | | |
|---|---|---|
| | ACE01-1016 | CHUBB GROUP OF COMPANIES US PRIVACY NOTICE |
| | ACE198-0213 | COLORADO SUMMARY OF HOMEOWNERS DISCLSR FORM |
| | ACE218-0314 | CO LOSS HISTORY INFORMATION NOTICE |
| | ACE26-0117 | RENEWAL BUSINESS NOTICE |
| | ALL-20887A-0316 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| | ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * | CC-1K11H-0314 | SIGNATURES |
| | HOME WDY ACE-1017 | HOME CONTRACT |
| | HOME404 ACE-1213 | COLORADO HOME ENDORSEMENT |
| | HOME450 ACE-0312 | ESCAPED LIQUID FUEL COVERAGE |
| | HOME467 ACE-0312 | CHEMICAL HAZARDS EXCLUSION |
| | HOME469 ACE-0312 | HOME DEDUCTIBLE RESERVE |
| | PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |

* DENOTES COPY OF FORM ATTACHED

**POLICY NUMBER: 268-13-22-60V** V 0117

## VALUABLES DECLARATIONS PAGE

Policy issued by **BANKERS STANDARD INSURANCE COMPANY**

**NAMED INSURED:**

KATHRYN M ZAMBONI-CUTTER
MARK B ZAMBONI-CUTTER USAA MEM ID 1
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**AGENT OR BROKER:**

USAA INSURANCE AGENCY
INC
9800 FREDERICKSBURG RD

SAN ANTONIO TX 78288
Telephone: (800) 235-8029

**Policy Period From:** 02/28/2018 **To:** 02/28/2019 12:01 A.M. standard time at the principal residence

**POLICY CHANGES MADE AS OF 02/28/2018** . PLEASE ATTACH TO YOUR POLICY.
SET NON-RENEWAL

**RISK LOCATIONS**

**LOCATION 1**
361 SAN MARINO CT

COLORADO SPGS CO 80906-7508

**SCHEDULED PERSONAL PROPERTY**

**JEWELRY**

| Item | Description | In Vault | Limit |
|---|---|---|---|
| 1 | *** BLANKET COVERAGE ***<br>*BLANKET COVERAGE APPLIES | | 60,775 * |
| | TOTAL JEWELRY COVERAGE LIMIT | | 60,775 |
| | TOTAL JEWELRY PREMIUM | $1,179.00 | |

**TOTAL ANNUAL VALUABLES PREMIUM** $1,283.00

**POLICY NUMBER: 268-13-22-60V** V 0117

## SCHEDULED PERSONAL PROPERTY

**FINE ARTS LOCATION 1 TERRITORY 001**

| Item | Description | Limit |
|---|---|---|
| 1 | *** BLANKET COVERAGE ***<br>ALL ITEMS ARE COVERED FOR BREAKAGE<br>*BLANKET COVERAGE APPLIES | 57,129* |
| | TOTAL FINE ARTS LOCATION 1 COVERAGE LIMIT | 57,129 |
| | TOTAL FINE ARTS LOCATION 1 PREMIUM $104.00 | |
| | **TOTAL VALUABLES LIMIT** | 117,904 |

## POLICY FORMS AND ENDORSEMENTS

MANDATORY FORMS FOR ALL VALUABLES

| | |
|---|---|
| ACE01-1016 | CHUBB GROUP OF COMPANIES US PRIVACY NOTICE |
| ALL-20887A-0316 | PRODUCER COMPENSATION PRACTICES & POLICIES |
| ALL-21101-1106 | TRADE OR ECONOMIC SANCTIONS ENDORSEMENT |
| * CC-1K11H-0314 | SIGNATURES |
| VALUABLES ACE-0208 | VALUABLES POLICY CONTRACT |
| VALUABLES23 ACE-0109 | CHEMICAL HAZARDS EXCLUSION |
| VALUABLES448 ACE-0114 | COLORADO VALUABLES ENDORSEMENT |

JEWELRY

| | |
|---|---|
| ACE26-0117 | RENEWAL BUSINESS NOTICE |
| PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |
| VALUABLES441 ACE-0410 | BLANKET PER ARTICLE LIMIT |

FINE ARTS LOCATION 1

| | |
|---|---|
| ACE26-0117 | RENEWAL BUSINESS NOTICE |
| PL367 ACE-0117 | NOTICE OF INFORMATION PRACTICES |

* DENOTES COPY OF FORM ATTACHED

**POLICY NUMBER: 268-13-22-60V** V 0117

**ADDITIONAL POLICY INFORMATION**

**LOSS PREVENTION CREDIT APPLIES**

JEWELRY SCHEDULE - 10.0% *
FINE ARTS LOCATION 1 - 5.0%

*CREDIT DOES NOT APPLY TO JEWELRY IN VAULT

BLANKET PER ARTICLE LIMIT

| CATEGORY | LIMIT |
| --- | --- |
| JEWELRY | $50,000 |
| FINE ARTS LOC 1 | $10,000 |

## SIGNATURES

| Named Insured | | | | Endorsement Number |
|---|---|---|---|---|
| KATHRYN M ZAMBONI-CUTTER | | | | |
| Policy Symbol | Policy Number 268132260 | Policy Period 02/28/2018 to 02/28/2019 | | Effective Date of Endorsement 02/28/2018 |
| Issued By (Name of Insurance Company) BANKERS STANDARD INSURANCE COMPANY | | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract.

**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**BANKERS STANDARD FIRE AND MARINE COMPANY** (A stock company)
**BANKERS STANDARD INSURANCE COMPANY** (A stock company)
**ACE AMERICAN INSURANCE COMPANY** (A stock company)
**ACE PROPERTY AND CASUALTY INSURANCE COMPANY** (A stock company)
**INSURANCE COMPANY OF NORTH AMERICA** (A stock company)
**PACIFIC EMPLOYERS INSURANCE COMPANY** (A stock company)
**ACE FIRE UNDERWRITERS INSURANCE COMPANY** (A stock company)
**WESTCHESTER FIRE INSURANCE COMPANY** (A stock company)

436 Walnut Street, P.O. Box 1000, Philadelphia, Pennsylvania 19106-3703

REBECCA L. COLLINS, Secretary

JOHN J. LUPICA, President

Authorized Representative

PAGE LEFT INTENTIONALLY BLANK