**Greccoo Construction Consultants**

| | |
|---|---|
| Insured: | Mark Zamboni-Cutter |
| Property: | 361 San Marino Ct<br>Colorado Springs, CO 80906 |
| Claim Rep.: | Robert Tompkins |
| Estimator: | Matt Vogel |

Business: (316) 833-6963
E-mail: mvogel@greccoonline.com

**Claim Number:** 040577182385 **Policy Number:** NA **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 8/22/2018 | | |
| Date of Loss: | 8/6/2018 | Date Received: | 8/22/2018 |
| Date Inspected: | 8/23/2018 | Date Entered: | 8/23/2018 4:10 AM |

| | |
|---|---|
| Price List: | COCS8X_AUG18<br>Restoration/Service/Remodel |
| Estimate: | 2018-08-23-0510 |

This property was inspected by Matt Vogel with GCC on August 23rd, 2018. There was nobody else present during the inspection. The property was a three story house with a basement that was wood framed and had stucco finish on the exterior. The roof consisted mostly of a clay S tile with a couple spots that were cooper standing seam. I was not able to inspect the roof due to the height and the homeowner not being available to meet me during the inspection. After having a conversation with the adjuster, who was able to inspect the roof, agreed the roof was a total replacement. The other damages to the property consisted of window and screen damage, damage to wood stained siding, patio doors and screens, and to a pergola. There was no interior damaged reported at time of inspection.

The scope of repair for this loss event is based on our visual inspection at the loss location. The cost estimate does not include any overtime and/or premium time for the completion of the documented scope of repair. The scope of repair quantities within this document are intended to restore the building to it's pre-loss condition. The removal and/or testing of hazardous materials are not included within this scope of repairs. All material and quantities should be verified by the insured and/or their contractor. Code upgrades should be reviewed by the local code enforcement department. Code updates are excluded from this scope document unless otherwise noted within the scope of repair. We reserve the right to alter or amend this estimate should additional information become available.

**Greccoo Construction Consultants**

**2018-08-23-0510**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Boom lift - 50'-60' reach<br>upper siding work | 7.00 DA | 385.00 | 0.00 | 539.00 | 3,234.00 | (539.00) | 2,695.00 |
| 2. Finish Carpenter - per hour<br>Additional labor hours for pergola work | 16.00 HR | 57.75 | 0.00 | 184.80 | 1,108.80 | (184.80) | 924.00 |
| 3. R&R 2" x 4" cedar - deck grade (.667 BF per LF) | 126.00 LF | 2.99 | 12.16 | 77.80 | 466.70 | (66.19) | 400.51 |
| 4. HVAC Technician - per hour<br>Labor hours to replace fan guard and hail guard | 5.00 HR | 95.03 | 0.00 | 95.04 | 570.19 | (0.00) | 570.19 |
| 5. R&R Air conditioning security cage | 3.00 EA | 313.75 | 59.40 | 200.14 | 1,200.79 | (0.00) | 1,200.79 |
| 6. Stain/finish deck | 378.00 SF | 0.74 | 5.93 | 57.12 | 342.77 | (57.13) | 285.64 |
| 7. Stain and finish overhead door - Large (per side) | 2.00 EA | 154.67 | 7.97 | 63.46 | 380.77 | (63.46) | 317.31 |
| 8. Stain & finish wood siding | 638.75 SF | 1.31 | 17.92 | 170.94 | 1,025.62 | (170.93) | 854.69 |
| 9. Stain and finish door slab only - exterior (per side) | 1.00 EA | 65.37 | 1.02 | 13.28 | 79.67 | (13.27) | 66.40 |
| 10. Scaffold - per section (per month) | 35.00 MO | 111.00 | 0.00 | 777.00 | 4,662.00 | (777.00) | 3,885.00 |
| 11. Labor to set up and take down scaffold - per section | 70.00 EA | 26.44 | 0.00 | 370.16 | 2,220.96 | (370.16) | 1,850.80 |
| 12. Stucco color coat (Redash) - coarse texture | 2,098.00 SF | 3.75 | 77.89 | 1,589.08 | 9,534.47 | (1,589.08) | 7,945.39 |
| 13. Stucco repair around doors, windows, etc - 1st floor | 20.00 LF | 13.89 | 2.76 | 56.12 | 336.68 | (56.11) | 280.57 |
| 14. R&R 8-0 8-0 alum. sliding patio door - anodized<br>Waiting on cost from contractor | 1.00 EA | 0.00 | 83.34 | 16.66 | 100.00 | (0.00) | 100.00 |
| 15. R&R Window screen, 10 - 16 SF | 6.00 EA | 51.27 | 22.03 | 65.92 | 395.57 | (62.17) | 333.40 |
| 16. R&R Window screen, 1 - 9 SF | 2.00 EA | 41.67 | 5.76 | 17.84 | 106.94 | (16.56) | 90.38 |
| 17. R&R Window screen, 26 - 32 SF | 7.00 EA | 80.01 | 42.30 | 120.48 | 722.85 | (116.08) | 606.77 |
| 18. R&R Wood window - casement, 12-23 sf, High grade<br>Waiting on costs from contractor | 2.00 EA | 0.00 | 103.76 | 20.76 | 124.52 | (0.00) | 124.52 |
| 19. R&R Wood window - casement, 3-11 sf, High grade<br>Waiting on cost from contractor | 3.00 EA | 0.00 | 95.02 | 19.00 | 114.02 | (0.00) | 114.02 |
| 20. R&R Wood window - picture (fixed), 12-23 sf, High grade<br>Waiting on cost from contractor | 2.00 EA | 0.00 | 101.52 | 20.30 | 121.82 | (0.00) | 121.82 |
| **Totals: Exterior** | | | 638.78 | 4,474.90 | 26,849.14 | 4,081.94 | 22,767.20 |

**Main Level**

## Greccoo Construction Consultants




### Roof

| | | | |
|---|---|---|---|
| 9300.18 | Surface Area | 93.00 | Number of Squares |
| 905.29 | Total Perimeter Length | 169.37 | Total Ridge Length |
| 528.54 | Total Hip Length | | |

| | DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| | 21. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 10.00 EA | 592.73 | 0.00 | 1,185.46 | 7,112.76 | (0.00) | 7,112.76 |
| Copper | 22. R&R Copper panel - standing seam 1" - 20 oz | 711.06 SF | 19.88 | 847.09 | 2,996.60 | 17,979.56 | (2,878.56) | 15,101.00 |
| | 23. R&R Drip edge/gutter apron | 905.29 LF | 2.31 | 58.26 | 429.90 | 2,579.38 | (379.20) | 2,200.18 |
| | 24. R&R Flashing - pipe jack - lead | 8.00 EA | 66.76 | 23.81 | 111.58 | 669.47 | (102.22) | 567.25 |
| | 25. Additional charge for high roof (2 stories or greater) | 93.00 SQ | 15.36 | 0.00 | 285.70 | 1,714.18 | (0.00) | 1,714.18 |
| | 26. Remove Additional charge for high roof (2 stories or greater) | 93.00 SQ | 4.39 | 0.00 | 81.66 | 489.93 | (0.00) | 489.93 |
| | 27. Ice & water barrier - High temp | 10,800.00 SF | 1.79 | 605.88 | 3,987.58 | 23,925.46 | (3,987.58) | 19,937.88 |
| | 28. R&R Ridge / Hip / Rake cap - tile roofing | 697.92 LF | 13.67 | 399.59 | 1,988.04 | 11,928.20 | (1,602.78) | 10,325.42 |
| | 29. Step flashing | 200.00 LF | 8.10 | 22.44 | 328.48 | 1,970.92 | (328.49) | 1,642.43 |
| | 30. Tile roofing - Clay - Barrel (mission) tile | 98.90 SQ | 869.20 | 3,333.62 | 17,859.50 | 107,157.00 | (0.00) | 107,157.00 |
| | 31. Remove Tile roofing - Clay - Barrel (mission) tile | 86.00 SQ | 164.79 | 0.00 | 2,834.38 | 17,006.32 | (0.00) | 17,006.32 |
| | 32. Bird stop - Eave closure strip for tile roofing - metal | 905.29 LF | 3.11 | 117.26 | 586.56 | 3,519.27 | (586.54) | 2,932.73 |
| HVAC | 33. R&R Exhaust cap - through roof - 6" to 8" | 2.00 EA | 79.47 | 5.32 | 32.84 | 197.10 | (29.86) | 167.24 |
| HVAC | 34. R&R Rain cap - 8" | 1.00 EA | 47.07 | 2.24 | 9.86 | 59.17 | (9.03) | 50.14 |
| [illegible] | 35. R&R Valley metal - (W) profile | 273.19 LF | 5.92 | 60.18 | 335.50 | 2,012.96 | (308.72) | 1,704.24 |
| G | 36. R&R Gutter / downspout - aluminum - 6" | 890.00 LF | 9.21 | 377.40 | 1,714.86 | 10,289.16 | (1,640.10) | 8,649.06 |
| G | 37. R&R Gutter / downspout - copper - 6" | 144.00 LF | 24.97 | 220.26 | 763.20 | 4,579.14 | (751.09) | 3,828.05 |
| | **Totals: Roof** | | | 6,073.35 | 35,531.70 | 213,189.98 | 12,604.17 | 200,585.81 |
| | **Total: Main Level** | | | 6,073.35 | 35,531.70 | 213,189.98 | 12,604.17 | 200,585.81 |
| | **Line Item Totals: 2018-08-23-0510** | | | 6,712.13 | 40,006.60 | 240,039.12 | 16,686.11 | 223,353.01 |

Roof - $179,515.66 + lift 3,234.00 = $182,749.66
Gutter - $14,868.30
HVAC - $826.46
Copper Roof - $17,979.56
Window - $1,685.72
Siding - $9,871.15
Paint $18,582.94
Carpentry - $1,575.60
O&P - 40,006.60

Greccoo Construction Consultants

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 28,711.43 | Exterior Wall Area | 615.98 | Exterior Perimeter of Walls | | |
| 9,300.18 | Surface Area | 93.00 | Number of Squares | 1,810.59 | Total Perimeter Length |
| 169.37 | Total Ridge Length | 528.54 | Total Hip Length | | |

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 193,320.39 |
| Material Sales Tax | 6,712.13 |
| Subtotal | 200,032.52 |
| Overhead | 20,003.30 |
| Profit | 20,003.30 |
| **Replacement Cost Value** | **$240,039.12** |
| Less Depreciation | (16,686.11) |
| **Actual Cash Value** | **$223,353.01** |
| **Net Claim** | **$223,353.01** |
| Total Recoverable Depreciation | 16,686.11 |
| **Net Claim if Depreciation is Recovered** | **$240,039.12** |

Matt Vogel

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Manuf. Home Tax (8.25%) | Storage Rental Tax (8.25%) | Local Food Tax (5.35%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 20,003.30 | 20,003.30 | 6,712.13 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **20,003.30** | **20,003.30** | **6,712.13** | **0.00** | **0.00** | **0.00** |

## Recap by Room

| | | |
|---|---|---|
| **Estimate: 2018-08-23-0510** | | |
| Exterior | 21,735.46 | 11.24% |
| **Area: Main Level** | | |
| Roof | 171,584.93 | 88.76% |
| Area Subtotal: Main Level | 171,584.93 | 88.76% |
| **Subtotal of Areas** | 193,320.39 | 100.00% |
| **Total** | 193,320.39 | 100.00% |

GRECCOO CONSTRUCTION CONSULTANTS

Greccoo Construction Consultants

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| GENERAL DEMOLITION | 24,047.73 | | 24,047.73 |
| HEAVY EQUIPMENT | 2,695.00 | 539.00 | 2,156.00 |
| FINISH CARPENTRY / TRIMWORK | 924.00 | 184.80 | 739.20 |
| FRAMING & ROUGH CARPENTRY | 318.78 | 63.76 | 255.02 |
| HEAT, VENT & AIR CONDITIONING | 1,385.20 | | 1,385.20 |
| PAINTING | 1,491.19 | 298.23 | 1,192.96 |
| ROOFING | 136,315.16 | 9,784.56 | 126,530.60 |
| SCAFFOLDING | 5,735.80 | 1,147.16 | 4,588.64 |
| SOFFIT, FASCIA, & GUTTER | 11,358.30 | 2,271.66 | 9,086.64 |
| STUCCO & EXTERIOR PLASTER | 8,145.30 | 1,629.06 | 6,516.24 |
| WINDOW REGLAZING & REPAIR | 903.93 | 180.79 | 723.14 |
| O&P Items Subtotal | 193,320.39 | 16,099.02 | 177,221.37 |
| Material Sales Tax | 6,712.13 | 587.09 | 6,125.04 |
| Overhead | 20,003.30 | | 20,003.30 |
| Profit | 20,003.30 | | 20,003.30 |
| Total | 240,039.12 | 16,686.11 | 223,353.01 |

-1770.98

$238,268.14

TOTAL ROOFING
PLATINUM PREFERRED CONTRACTOR
(719) 591-4947
www.TotalRoofingCo.com

**Total Roofing - Colorado Springs**

6125 Stadia Ct

Colorado Springs, Colorado 80915

**Sales Representative:**

Lyle Carpenter

(303) 476-3454

# Measurement Report

## Location

**Mark Zamboni Cutter**

361 San Marino Court

Colorado Springs, CO 80906




**Measurement Date:**

09/07/2018

Measurement provided by SkyMeasure™ by CoreLogic®

# SkyMeasure™ Roof

Residential Roof Report

Order I.D.:

**383650**

**AccuLynx**
525 3rd St # 100 Beloit Wisconsin 53511

866-981-5969

**Customer Info:**
AccuLynx Software
361 San Marino Court, Colorado Springs, CO 80906

Claim No.:
Date of Loss:

Latitude: 38.75396
Longitude: -104.81998

Production Date: 07/09/2018
Property Year Built: 2010

NO HAIL

We do not have a record of hail greater than 3/4" affecting this address within the past 24 months. Please visit wvs.corelogic.com for more information about our Hail Verification Report.

IMPORTANT LEGAL NOTICE AND DISCLAIMER: 6.0

THIS AERIAL MEASUREMENT REPORT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. SITE CONDITIONS SHOULD BE VERIFIED BY PHYSICAL INSPECTION BEFORE PURCHASING MATERIALS OR PROVIDING ESTIMATES TO CUSTOMERS.

THIS AERIAL MEASUREMENT REPORT IS FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO CUSTOMER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE SKYMEASURE REPORT TERMS OF USE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE SKYMEASURE REPORT TERMS OF USE SHALL GOVERN.

CoreLogic

| CONTENTS OF RESIDENTIAL REPORT | PAGE |
|---|---|
| Report Summary with Above View | 2 |
| Photos of Property (Oblique Views) | 3 |
| Photos of Property (Oblique Views) | 4 |
| Length Measurements Diagram | 5 |
| Enlarged Plan | 6 - 9 |
| Area Measurements Diagram | 10 |
| Pitch Measurements Diagram | 11 |
| Labels Diagram | 12 |
| Multi-Structure Summary | 13 |

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:
**383650**

## Report Summary

August 2018



| ROOF MEASUREMENTS SUMMARY | |
|---|---|
| Total Roof Area (Sq) | 94.87 |
| Pitched Roof Area (Sq) | 94.87 |
| Flat Roof Area (Sq) | 0.00 |
| Primary Pitch | 4:12 |
| Total Ridge Length (ft) | 167 |
| Total Hip Length (ft) | 543 |
| Total Valley Length (ft) | 257 |
| Total Rake Length (ft) | 131 |
| Total Eaves Length (ft) | 755 |
| Total Rakes + Eaves Length (ft) | 886 |
| Total Apron Flashing Length (ft) | 120 |
| Total Step Flashing Length (ft) | 132 |
| Total Skylights | 0 |
| Total Chimneys | 0 |
| Total No. of Structures on Report | 1 |
| Total No. of Roof Facets | 53 |

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:
**383650**

## Property Photos

August 2018



North View

August 2018



South View

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:
**383650**

## Property Photos




East View




West View

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.: **383650**

## Length Measurements Diagram

Measurements rounded to the nearest foot




| LINE LENGTH SUMMARY (in feet) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ridges | Hips | Valleys | Rakes | Eaves | Rakes + Eaves | Apron Flashing | Step Flashing |
| 167 | 543 | 257 | 131 | 755 | 886 | 120 | 132 |

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:

**383650**

## Enlarged Plan

Upper Left



# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:

**383650**

## Enlarged Plan

Upper Right



# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.: **383650**

## Enlarged Plan

Lower Left



# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:
**383650**

## Enlarged Plan

Lower Right



# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:

**383650**

## Area Measurements Diagram




| WASTE FACTOR TABLE (in squares) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Area | 5% | 10% | 15% | 17% | 20% | 22% | 25% |
| 94.87 | 99.61 | 104.36 | 109.10 | 111.00 | 113.84 | 115.74 | 118.59 |

The waste factors presented in the table are simple calculations based on the total area of the roof. They do not include any other roofing elements such as ridge, valley or hips. Use your best judgement and past experience to select the waste factor that works best for this particular roof.

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

**Order I.D.:**

**383650**

## Pitch Measurements Diagram




| AREAS BY PITCH (in squares) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pitch | 3:12 | 4:12 | | | | | | | | | | |
| Area | 3.11 | 91.76 | | | | | | | | | | |

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:

**383650**

## Labels Diagram




Facets are labeled from largest to smallest beginning with the letter A

# SkyMeasure™ Roof

361 San Marino Court, Colorado Springs, CO 80906

Order I.D.:
**383650**

## Multi-Structure Summary

| MULTI-STRUCTURE ROOF MEASUREMENTS SUMMARY | Structure 1 | | | |
|---|---|---|---|---|
| Total Roof Area (Sq) | 94.87 | | | |
| Pitched Roof Area (Sq) | 94.87 | | | |
| Flat Roof Area (Sq) | 0.00 | | | |
| Ventilation Calcs* (sq in) 1:150 / 1:300 | 8113/4056 | | | |
| Primary Pitch | 4:12 | | | |
| Ridges | 167 | | | |
| Hips | 543 | | | |
| Valleys | 257 | | | |
| Rakes | 131 | | | |
| Eaves | 755 | | | |
| Rakes + Eaves | 886 | | | |
| Apron Flashing | 120 | | | |
| Step Flashing | 132 | | | |
| Total Skylights | 0 | | | |
| Total Chimneys | 0 | | | |
| Total Number of Facets | 53 | | | |

*Our Ventilation calculations are based on the generally accepted 1:150 & 1:300 rules. Our calculations assume that all area beneath the roof is open attic space and does not contain finished rooms and/or ceilings applied directly to the underside of roof rafters. Please consult your local building codes for specific guidelines on ventilation requirements and installation procedures.