Gmail by Google

Mark Rothbauer <mark@compassadjusting.net>

# Zamboni-Cutter Claim# 040577182385

5 messages

**Mark Rothbauer** <mark@compassadjusting.net> Tue, Apr 30, 2019 at 10:48 AM
To: Matt Latham <matt@compassadjusting.net>

Robert,

Thank you for taking my call last week. Attached is what we currently have for the estimated damages associated with the claimed hail event from 8/6/2018. As discussed, we are still investigating the associated amounts of repair for the hail damaged windows and the costs associated with replacement.

As discussed for reserve purposes, we believe the numbers for the windows should fall within the following ranges.

I believe there are approximately 89 openings on the Zamboni-Cutter property. It is safe to assume the cost of the windows (materials only) will range between $2,000 and $2,800 each. That would give us a projected window material pricing in the range of $178,000 to $249,200 respectively. It is our understanding that the existing windows were manufactured by Weather Shield. It is also our understanding that the existing windows are a discontinued obsolete series that had a minimal production run and are no longer available or distributed.

We suspect the installation cost will range between $1,500 to $2,200 each. That would give us a projected window installation price within the range of $133,500 to $195,800.The existing windows are installed utilizing Weather Shield's interior clip fastening system. I have attached their installation instructions for reference of this condition. Please direct your attention to Page 4, figures 4 and 5. As you will notice indicated within these figures, the installation clips wrap or fasten the windows to the interior studs. This securing condition will result in the remedial repairs being required to the interior drywall returns and adjoining painted surfaces. We have estimated these repairs on a basis of establishing a scope of repairs with very conservative valuation. Once the window replacement is commenced, the true extent and costs associated with the interior repairs will be readily calculable.

The following attachments accompany this email for reference and support. If photographs are required, please let us know. The file size exceeding sending capabilities.

Considering the above allowances, we would anticipate Chubb establishing a reserve at approximately $1,750,000.00 to $2,100,000.00 with the information known at this time.

**Stucco bid.pdf**

**Window_Install_WInstall_Clips_v10.qxd (Page 1).pdf**

Respectfully,

Mark Rothbauer
Compass Adjusting
719.684.3605

CONFIDENTIALITY / PRIVILEGE NOTICE: This transmission and any attachments are intended solely for the addressee. This transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C §§ 2510-2521. The information contained in this transmission is confidential in nature and protected from further use or disclosure under U.S. Pub. L. 106-102, 113 U.S. Stat. 1338 (1999), and may be subject to attorney-client or other legal privilege. Your use or disclosure of this information for any purpose other than that intended by its transmittal is strictly prohibited, and may subject you to fines and/or penalties under federal and state law. If you are not the intended recipient of this transmission, please DESTROY ALL COPIES RECEIVED and confirm destruction to the sender via return transmittal.

**4 attachments**

**San Marino Ct, 361[104542] Flat & Fancy.pdf**
115K

**CUTTER361-1_Final Draft with_without Removal Depreciation 4.30.19.pdf**

5321K

**383650_SkyMeasure.pdf**
674K

**040577182385_CUTTER_Geomni.pdf**
4302K

---

**Compass Adjusting** <mark@compassadjusting.net> Tue, Apr 30, 2019 at 11:31 AM
To: "Tompkins, Robert J" <rtompkins@chubb.com>, Matt Latham <matt@compassadjusting.net>

Robert,

Thank you for taking my call last week. Attached is what we currently have for the estimated damages associated with the claimed hail event from 8/6/2018. As discussed, we are still investigating the associated amounts of repair for the hail damaged windows and the costs associated with replacement.

As discussed for reserve purposes, we believe the numbers for the windows should fall within the following ranges.

I believe there are approximately 89 openings on the Zamboni-Cutter property. It is safe to assume the cost of the windows (materials only) will range between $2,000 and $2,800 each. That would give us a projected window material pricing in the range of $178,000 to $249,200 respectively. It is our understanding that the existing windows were manufactured by Weather Shield. It is also our understanding that the existing windows are a discontinued obsolete series that had a minimal production run and are no longer available or distributed.

We suspect the installation cost will range between $1,500 to $2,200 each. That would give us a projected window installation price within the range of $133,500 to $195,800.The existing windows are installed utilizing Weather Shield's interior clip fastening system. I have attached their installation instructions for reference of this condition. Please direct your attention to Page 4, figures 4 and 5. As you will notice indicated within these figures, the installation clips wrap or fasten the windows to the interior studs. This securing condition will result in the remedial repairs being required to the interior drywall returns and adjoining painted surfaces. We have estimated these repairs on a basis of establishing a scope of repairs with very conservative valuation. Once the window replacement is commenced, the true extent and costs associated with the interior repairs will be readily calculable.

The following attachments accompany this email for reference and support. If photographs are required, please let us know. The file size exceeding sending capabilities.

Considering the above allowances, we would anticipate Chubb establishing a reserve at approximately $1,750,000.00 to $2,100,000.00 with the information known at this time.

**Stucco bid.pdf**//ssl.gstatic.com/ui/v1/icons/common/x_8px.png

**Window_Install_WInstall_Clips_v10.qxd (Page 1).pdf**//ssl.gstatic.com/ui/v1/icons/common/x_8px.png

Respectfully,

Mark Rothbauer

Compass Adjusting

719.684.3605

[Quoted text hidden]

---

**4 attachments**

**San Marino Ct, 361[104542] Flat & Fancy.pdf**
115K

**CUTTER361-1_Final Draft with_without Removal Depreciation 4.30.19.pdf**
5321K

**383650_SkyMeasure.pdf**
674K

**040577182385_CUTTER_Geomni.pdf**
4302K

---

**Matt Latham** <matt@compassadjusting.net> Mon, May 6, 2019 at 12:03 PM
To: rtompkins@chubb.com
Cc: Mark Rothbauer <mark@compassadjusting.net>

Robert,

I just wanted to check in to see if you received everything on the Zamboni claim of if there were any questions. I know that you spoke to Mark prior and just wanted to follow up on the email that was sent to you. If there is anything further you may need please let us know.

Regards,
Matt Latham
Compass Adjusting Inc.
317-525-4127
[Quoted text hidden]
--
Regards,
Matt Latham
Compass Adjusting Inc.
317-525-4127

---

**Matt Latham** <matt@compassadjusting.net> Thu, May 9, 2019 at 9:06 AM
To: "Tompkins, Robert J" <rtompkins@chubb.com>, Mark Rothbauer <mark@compassadjusting.net>

Can you provide us with his contact information? We would prefer him to contact us directly instead of the insured.

Virus-free. www.avast.com

On Wed, May 8, 2019 at 5:21 PM Tompkins, Robert J <rtompkins@chubb.com> wrote:

> Matt,

The claim has been assigned locally to our G.A. Tommy Le. I believe he has been in contact with the insured.

Regards, Bob Tompkins

CHUBB

**Robert J. Tompkins**
Senior Claims Specialist, Property Claims

P.O. Box 4700, Chesapeake, VA 23327-4700, USA
O (860) 434-5769 or 1-800-664-5358 F 1-800-664-5358
E rtompkins@chubb.com

Chubb. Insured.™

I strive to take care of all issues and questions directly with you. If you need to speak with my supervisor, Peter Alosky, you can reach him at 860-742-8383, or via email at: peter.alosky@chubb.com

**From:** Matt Latham <matt@compassadjusting.net>
**Sent:** Monday, May 6, 2019 2:03 PM
**To:** Tompkins, Robert J <rtompkins@chubb.com>
**Cc:** Mark Rothbauer <mark@compassadjusting.net>
**Subject:** [EXTERNAL] Re: FW: Zamboni-Cutter Claim# 040577182385

Robert,

I just wanted to check in to see if you received everything on the Zamboni claim of if there were any questions. I know that you spoke to Mark prior and just wanted to follow up on the email that was sent to you. If there is anything further you may need please let us know.

Regards,

Matt Latham

Compass Adjusting Inc.

317-525-4127

On Tue, Apr 30, 2019 at 1:31 PM Compass Adjusting <mark@compassadjusting.net> wrote:

> Robert,
>
> Thank you for taking my call last week. Attached is what we currently have for the estimated damages associated with the claimed hail event from 8/6/2018. As discussed, we are still investigating the associated amounts of repair for the hail damaged

windows and the costs associated with replacement.

As discussed for reserve purposes, we believe the numbers for the windows should fall within the following ranges.

I believe there are approximately 89 openings on the Zamboni-Cutter property. It is safe to assume the cost of the windows (materials only) will range between $2,000 and $2,800 each. That would give us a projected window material pricing in the range of $178,000 to $249,200 respectively. It is our understanding that the existing windows were manufactured by Weather Shield. It is also our understanding that the existing windows are a discontinued obsolete series that had a minimal production run and are no longer available or distributed.

We suspect the installation cost will range between $1,500 to $2,200 each. That would give us a projected window installation price within the range of $133,500 to $195,800.The existing windows are installed utilizing Weather Shield's interior clip fastening system. I have attached their installation instructions for reference of this condition. Please direct your attention to Page 4, figures 4 and 5. As you will notice indicated within these figures, the installation clips wrap or fasten the windows to the interior studs. This securing condition will result in the remedial repairs being required to the interior drywall returns and adjoining painted surfaces. We have estimated these repairs on a basis of establishing a scope of repairs with very conservative valuation. Once the window replacement is commenced, the true extent and costs associated with the interior repairs will be readily calculable.

The following attachments accompany this email for reference and support. If photographs are required, please let us know. The file size exceeding sending capabilities.

Considering the above allowances, we would anticipate Chubb establishing a reserve at approximately $1,750,000.00 to $2,100,000.00 with the information known at this time.

**Stucco bid.pdf**

**Window_Install_WInstall_Clips_v10.qxd (Page 1).pdf**

Respectfully,

Mark Rothbauer

Compass Adjusting

719.684.3605

CONFIDENTIALITY / PRIVILEGE NOTICE: This transmission and any attachments are intended solely for the addressee. This transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C §§ 2510-2521. The information contained in this transmission is confidential in nature and protected from further use or disclosure under U.S. Pub. L. 106-102, 113 U.S. Stat. 1338 (1999), and may be subject to attorney-client or other legal privilege. Your use or disclosure of this information for any purpose other than that intended by its transmittal is strictly prohibited, and may subject you to fines and/or penalties under federal and state law. If you are not the intended recipient of this transmission, please DESTROY ALL COPIES RECEIVED and confirm destruction to the sender via return transmittal.

--

Regards,

Matt Latham

Compass Adjusting Inc.

317-525-4127

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

--
Regards,
Matt Latham
Compass Adjusting Inc.
317-525-4127

---

Virus-free. www.avast.com

---

**Matt Latham** <matt@compassadjusting.net> Fri, May 10, 2019 at 9:25 AM
To: "Tompkins, Robert J" <rtompkins@chubb.com>, Mark Rothbauer <mark@compassadjusting.net>

Attached is the LOR for claim # 77182385

---

Virus-free. www.avast.com

On Thu, May 9, 2019 at 2:53 PM Matt Latham <matt@compassadjusting.net> wrote:
Sorry for the confusion.  We'll get it over asap.

---

Virus-free. www.avast.com

On Thu, May 9, 2019 at 2:22 PM Tompkins, Robert J <rtompkins@chubb.com> wrote:

Matt,

The only information we have on the involvement of Compass Adjusting is from Lyle at Total Restoration who advised that the owner of Total Restoration hired you to prepare the estimate of damages. If you have been retained by our insured, please forward a copy of the retainer. I have copied Tommy on this reply.

Thank you, Bob

CHUBB

**Robert J. Tompkins**
Senior Claims Specialist, Property Claims

P.O. Box 4700, Chesapeake, VA 23327-4700, USA
O (860) 434-5769 or 1-800-664-5358 F 1-800-664-5358
E rtompkins@chubb.com

Chubb. Insured.℠

I strive to take care of all issues and questions directly with you. If you need to speak with my supervisor, Peter Alosky, you can reach him at 860-742-8383, or via email at: peter.alosky@chubb.com

**From:** Matt Latham <matt@compassadjusting.net>
**Sent:** Thursday, May 9, 2019 2:08 PM
**To:** Tompkins, Robert J <rtompkins@chubb.com>
**Subject:** Re: [EXTERNAL] Re: FW: Zamboni-Cutter Claim# 040577182385

We have a PA agreement on that file. I apologize, I thought you were aware of that. If you do not have the LOR we can send it. Do you have an email for Tommy Le?

---

Virus-free. www.avast.com

On Thu, May 9, 2019 at 12:38 PM Tompkins, Robert J <rtompkins@chubb.com> wrote:

> Matt,
>
> Tommy Le is at 303-513-9674. He contacted the insured as the insured is not represented and we need to keep in contact with him. By the way, the claim # is 77182385, no 0405 in front of it.
>
> Regards, Bob
>
> CHUBB
>
> **Robert J. Tompkins**
> Senior Claims Specialist, Property Claims
>
> P.O. Box 4700, Chesapeake, VA 23327-4700, USA

O (860) 434-5769 or 1-800-664-5358 F 1-800-664-5358
E rtompkins@chubb.com

Chubb. Insured.℠

I strive to take care of all issues and questions directly with you. If you need to speak with my supervisor, Peter Alosky, you can reach him at 860-742-8383, or via email at: peter.alosky@chubb.com

**From:** Matt Latham <matt@compassadjusting.net>
**Sent:** Thursday, May 9, 2019 11:07 AM
**To:** Tompkins, Robert J <rtompkins@chubb.com>; Mark Rothbauer <mark@compassadjusting.net>
**Subject:** Re: [EXTERNAL] Re: FW: Zamboni-Cutter Claim# 040577182385

Can you provide us with his contact information? We would prefer him to contact us directly instead of the insured.

---

Virus-free. www.avast.com

[Quoted text hidden]

---

Virus-free. www.avast.com

--

Regards,

Matt Latham

Compass Adjusting Inc.

317-525-4127

--
Regards,
Matt Latham
Compass Adjusting Inc.
317-525-4127

[Quoted text hidden]

**Zamboni-Cutter LOR.pdf**
626K