## Compass Adjusting, INC

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

Insured: Mark Zamboni-Cutter
Property: 361 San Marino Ct
Colorado Springs, CO 80906

Claim Rep.: Matt Latham
Business: (317) 525-4127
E-mail: matt@compassadjusting.net

Estimator: Mark Rothbauer
Business: (719) 684-3605
E-mail: mark@compassadjusting.net

**Claim Number:** 040577182385 **Policy Number:** **Type of Loss:** Hail

Date of Loss: 8/6/2018 Date Received: 2/16/2019
Date Inspected: Date Entered: 2/18/2019 10:35 AM

Price List: COCS8X_FEB19
Restoration/Service/Remodel
Estimate: CUTTER361-1

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

***PLEASE READ THIS VERY IMPORTANT INFORMATION***
This estimate reflects the actual damages observed to date. The Xactimate pricing used reflects the current market cost associated with each item and includes normal "Base Service Charges" for construction trade professionals. There may be items contained within this estimate that were NOT included within the insurance company's provided estimate that are required or necessary to complete the repair process. We reserve the right to adjust, revise or alter the information within this estimate as new information becomes available or additional damages are discovered. This estimate is based upon information known at this time.

**Reference: "**Xactware publishes prices for the City and they are as close to the mid-point of the market as possible. As a result, generally half of the providers in each market will be priced higher, and half lower than the cost shown here. Due to the structure at which different companies operate (traditional sub-contractors vs. roofing sales organizations/general contractors) costs quoted by local providers can cover a very broad / large range of prices." ***This estimate may contain alterations to the provided pricing to more accurately reflect current construction costs associated within the scope of repairs on a real, true and accurate pricing structure.***

***Per Xactimate: "General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business.*** Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate--***General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin.*** These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate.

***Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor. Examples (including but not limited to): Project managers, on-site portable offices and restroom facilities, temporary power and fencing, security if needed, etc. Job Related Overhead expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items, or creating your own miscellaneous items.***

***Job-Personnel Overhead*** represents the non-wage related expenses incurred by a General Contractor that are associated to having their own employees perform the work, or the total G&A expenses incurred by a professional Sub-Contractor when using their services. Examples: Vehicle costs, uniforms, mobile phones, depreciation on hand-tools owned by the company, etc. Job-Personnel Overhead also includes the portion of General and Administrative expenses and profit that correlate to employees performing billable tasks, and that are not included in the General Contractor O&P mark-up. These expenses will be incurred either by the general contractor using employees or by a sub-contractor, depending on who is actually performing the work. If the work is being sub-contracted, then these expenses are commonly called Sub-Contractor Overhead and Profit. Including Job Personnel Overhead/Sub-Contractor O&P in an Xactimate estimate--Job Personnel Overhead (or Sub-Contractor O&P) expenses are included in the Labor Overhead portion of each unit price in the Xactware price list. The Labor Overhead, along with expenses for Labor Burden and Worker Wage (wage paid to the individual) make up the Retail Labor Rate.

Updating the Labor Overhead portion of the Retail Labor Rate is done from the Component List of an Xactimate estimate. Once within the Component List, select the option to view Retail Labor Rate components. This list allows you to view and modify all Retail Labor Rates used within the estimate. Price changes to a Retail Labor Rate here will affect prices in all items in the estimate that use this Retail Labor Rate. Xactware, Inc. publishes and makes unit price data available to all customers each month, based off market surveys. Every effort has been made to ensure that Xactware's users can access, view, and modify all detail within the published unit prices. The building cost data published by Xactware is not designed to be inclusive of sales tax, General O&P, or Job-Related O&P within the unit prices. These can be specified and added at print time after all line items have been listed. However, Xactware has designed flexibility into the system so this is not mandatory. ***Xactware's users have the option to add these costs to their line items as they choose.*** The Xactimate system is designed to provide full detail on all costs that are incurred.

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

We reserve the right to adjust, add, alter or amend items contained within this estimate as additional information becomes available.

**Reference:** The City has adopted the International Residential Code (IRC) & International Building Code (IBC).
***The prepared estimate includes items which are needed in order to comply.***

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

**CUTTER361-1**

**Source - Geomni Roof**

**Source - Geomni Roof**




**K**

| | | | |
|---|---|---|---|
| 9300.18 | Surface Area | 93.00 | Number of Squares |
| 905.29 | Total Perimeter Length | 169.37 | Total Ridge Length |
| 528.54 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Tile roofing - Clay - Barrel (mission) tile | 92.82 SQ | 361.65 | 0.00 | 6,713.68 | 40,282.03 | (0.00) | 40,282.03 |
| Tile roofing - Clay - Barrel (mission) tile | 116.03 SQ | 809.12 | 3,962.62 | 19,568.96 | 117,413.77 | (0.00) | 117,413.77 |
| R&R Ridge / Hip / Rake cap - tile roofing | 949.94 LF | 18.77 | 820.53 | 3,730.16 | 22,381.06 | (0.00) | 22,381.06 |
| R&R Ridge end cap* | 16.00 EA | 35.34 | 16.98 | 116.48 | 698.90 | (0.00) | 698.90 |
| Bird stop - Eave closure strip for tile roofing - metal | 738.47 LF | 3.11 | 95.65 | 478.46 | 2,870.75 | (0.00) | 2,870.75 |
| Ice & water barrier - High temp | 4,430.83 SF | 1.79 | 248.57 | 1,635.96 | 9,815.72 | (0.00) | 9,815.72 |
| Ice & water barrier - High temp | 2,913.32 SF | 1.79 | 163.44 | 1,075.64 | 6,453.92 | (0.00) | 6,453.92 |
| Line item accounts for additional I&W for the valleys, hip and ridge to cover the nailer boards. | | | | | | | |
| Roofing felt - synthetic underlayment | 141.35 SQ | 35.36 | 181.92 | 1,036.00 | 6,216.06 | (0.00) | 6,216.06 |
| Counter battens - 1x4* | 92.82 SQ | 86.60 | 192.44 | 1,646.12 | 9,876.77 | (0.00) | 9,876.77 |
| Battens - 2x2* | 92.82 SQ | 149.46 | 482.59 | 2,871.10 | 17,226.57 | (0.00) | 17,226.57 |
| Hip/ridge/rake nailer board - 2x2 - stacked | 949.94 LF | 3.01 | 100.31 | 591.92 | 3,551.55 | (0.00) | 3,551.55 |
| R&R Flashing - pipe jack | 8.00 EA | 48.23 | 5.52 | 78.28 | 469.64 | (0.00) | 469.64 |
| R&R Flashing - pipe jack - lead | 8.00 EA | 77.46 | 24.82 | 128.90 | 773.40 | (0.00) | 773.40 |
| Prime & paint roof jack | 8.00 EA | 30.48 | 4.65 | 49.70 | 298.19 | (0.00) | 298.19 |
| Step flashing | 123.37 LF | 8.10 | 13.84 | 202.62 | 1,215.76 | (0.00) | 1,215.76 |
| R&R Flashing - L flashing - color finish | 77.79 LF | 4.16 | 10.78 | 66.88 | 401.27 | (0.00) | 401.27 |
| R&R Aluminum sidewall/endwall flashing - color finish | 70.72 LF | 8.07 | 24.27 | 119.00 | 713.98 | (0.00) | 713.98 |
| Line item represents lead sheet secondary flashing located at roof penetrations and labor to custom cut plus install sheet flashing. | | | | | | | |
| R&R Valley metal - (W) profile | 300.51 LF | 6.69 | 66.19 | 415.32 | 2,491.92 | (0.00) | 2,491.92 |
| R&R Drip edge/gutter apron | 738.47 LF | 2.74 | 48.13 | 414.30 | 2,485.84 | (0.00) | 2,485.84 |
| R&R Drip edge | 165.67 LF | 2.63 | 9.29 | 89.00 | 534.00 | (0.00) | 534.00 |
| Additional charge for high roof (2 stories or greater) | 92.82 SQ | 4.41 | 0.00 | 81.86 | 491.20 | (0.00) | 491.20 |
| Additional charge for high roof (2 stories or greater) | 92.82 SQ | 15.38 | 0.00 | 285.52 | 1,713.09 | (0.00) | 1,713.09 |
| Tile roofing - Hurricane clip & wind lock add-on | 3,138.50 LF | 2.85 | 139.82 | 1,816.90 | 10,901.45 | (0.00) | 10,901.45 |
| Calculation based upon clip installation along eaves for three runs of clips to resist wind uplift and tile displacement. | | | | | | | |
| Roofer - per hour | 74.26 HR | 106.61 | 0.00 | 1,583.38 | 9,500.24 | (0.00) | 9,500.24 |

COMPASS ADJUSTING

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

## CONTINUED - K

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Additional labor to address the limited access to the slopes of the roof for material manipulation and disposal. To accomplish the debris and material manipulation with the utilization of a crane to swing a hopper to the roof surface. This process is labor intensive and time consuming. | | | | | | | |
| Roofer - per hour | 66.81 HR | 106.61 | 0.00 | 1,424.52 | 8,547.13 | (0.00) | 8,547.13 |
| Additional labor to address cutting the tile at the valley and hips. Calculation based at 12 feet per labor hour. | | | | | | | |
| Roofer - per hour | 11.43 HR | 106.61 | 0.00 | 243.72 | 1,462.27 | (0.00) | 1,462.27 |
| Additional labor to cut/ remove flashing details from the stucco embedment at wall intersections. Calculation based upon 16 linear feet of flashing cut out per roofer labor hour. | | | | | | | |
| **Totals: K** | | | **6,612.36** | **46,464.38** | **278,786.48** | **0.00** | **278,786.48** |
| **Total: Source - Geomni Roof** | | | **6,612.36** | **46,464.38** | **278,786.48** | **0.00** | **278,786.48** |

## Lower level




**Pool Area** — **Height: 8'**

| | | | |
|---|---|---|---|
| 1660.67 | SF Walls | 1505.66 | SF Ceiling |
| 3166.33 | SF Walls & Ceiling | 1505.66 | SF Floor |
| 167.30 | SY Flooring | 207.58 | LF Floor Perimeter |
| 207.58 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Floor protection - self-adhesive plastic film | 1,505.66 SF | 0.54 | 14.91 | 165.60 | 993.57 | (0.00) | 993.57 |
| Mask the walls per square foot - plastic and tape - 4 mil | 1,660.67 SF | 0.21 | 6.85 | 71.12 | 426.71 | (0.00) | 426.71 |
| Paint the ceiling - two coats | 1,505.66 SF | 0.82 | 24.84 | 251.88 | 1,511.36 | (0.00) | 1,511.36 |
| R&R 5/8" drywall - hung, taped, with smooth wall finish | 150.57 SF | 3.52 | 7.45 | 107.50 | 644.96 | (0.00) | 644.96 |
| Drywall - General Laborer - per hour | 16.00 HR | 36.00 | 0.00 | 115.20 | 691.20 | (0.00) | 691.20 |
| Additional labor to build and provide access to the damaged ceiling area. Calculation is to place and provide plank decking over the pool surface for placement and support of scaffolding. | | | | | | | |
| **Totals: Pool Area** | | | **54.05** | **711.30** | **4,267.80** | **0.00** | **4,267.80** |
| **Total: Lower level** | | | **54.05** | **711.30** | **4,267.80** | **0.00** | **4,267.80** |

## Main floor

## Compass Adjusting, INC

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com




**Living Room** **Height: 8'**

| | |
|---|---|
| 425.33 SF Walls | 306.06 SF Ceiling |
| 731.39 SF Walls & Ceiling | 306.06 SF Floor |
| 34.01 SY Flooring | 53.17 LF Floor Perimeter |
| 53.17 LF Ceil. Perimeter | |

**Missing Wall** **16' 8" X 8'** **Opens into ENTRY_FOYER**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 6.12 HR | 36.00 | 0.00 | 44.06 | 264.38 | (0.00) | 264.38 |
| Protect contents - Cover with plastic | 76.51 SF | 0.17 | 0.38 | 2.68 | 16.07 | (0.00) | 16.07 |
| Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 25.31 | 0.00 | 5.06 | 30.37 | (0.00) | 30.37 |
| Window drapery - remove and rehang - per hour | 1.00 HR | 46.19 | 0.00 | 9.24 | 55.43 | (0.00) | 55.43 |
| Window drapery - hardware - Detach & reset | 1.00 EA | 25.31 | 0.00 | 5.06 | 30.37 | (0.00) | 30.37 |
| Clean window drapery - tie backs - Full service | 1.00 EA | 3.67 | 0.00 | 0.74 | 4.41 | (0.00) | 4.41 |
| Clean window drapery - panel - Full service | 1.00 LF | 5.59 | 0.00 | 1.12 | 6.71 | (0.00) | 6.71 |
| Floor protection - self-adhesive plastic film | 306.06 SF | 0.54 | 3.03 | 33.66 | 201.96 | (0.00) | 201.96 |
| Clean baseboard | 53.17 LF | 0.34 | 0.00 | 3.62 | 21.70 | (0.00) | 21.70 |
| Mask the walls per square foot - plastic and tape - 4 mil | 425.33 SF | 0.21 | 1.75 | 18.22 | 109.29 | (0.00) | 109.29 |
| Peel & seal zipper | 1.00 EA | 13.05 | 0.70 | 2.76 | 16.51 | (0.00) | 16.51 |
| Paint the walls - two coats | 425.33 SF | 0.82 | 7.02 | 71.16 | 426.95 | (0.00) | 426.95 |
| Clean floor - Heavy | 306.06 SF | 0.57 | 0.25 | 34.96 | 209.66 | (0.00) | 209.66 |
| **Totals: Living Room** | | | **13.13** | **232.34** | **1,393.81** | **0.00** | **1,393.81** |

| | | | | | |
|---|---|---|---|---|---|
| **Total: Main floor** | **13.13** | **232.34** | **1,393.81** | **0.00** | **1,393.81** |

**2nd floor**




**Master Bedroom** **Height: 8'**

| | |
|---|---|
| 818.00 SF Walls | 457.21 SF Ceiling |
| 1275.21 SF Walls & Ceiling | 457.21 SF Floor |
| 50.80 SY Flooring | 102.25 LF Floor Perimeter |
| 102.25 LF Ceil. Perimeter | |

**Missing Wall** **2' 11 7/8" X 8'** **Opens into MASTER_RETRE**

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Content Manipulation charge - per hour | 16.00 HR | 36.00 | 0.00 | 115.20 | 691.20 | (0.00) | 691.20 |
| Protect contents - Cover with plastic | 114.30 SF | 0.17 | 0.57 | 4.00 | 24.00 | (0.00) | 24.00 |
| Floor protection - self-adhesive plastic film | 457.21 SF | 0.54 | 4.53 | 50.28 | 301.70 | (0.00) | 301.70 |
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 45.72 SF | 2.70 | 2.23 | 25.12 | 150.79 | (0.00) | 150.79 |
| Mask the walls per square foot - plastic and tape - 4 mil | 818.00 SF | 0.21 | 3.37 | 35.04 | 210.19 | (0.00) | 210.19 |
| Clean baseboard | 102.25 LF | 0.34 | 0.00 | 6.96 | 41.73 | (0.00) | 41.73 |
| Peel & seal zipper | 1.00 EA | 13.05 | 0.70 | 2.76 | 16.51 | (0.00) | 16.51 |
| Paint the walls - two coats | 818.00 SF | 0.82 | 13.50 | 136.86 | 821.12 | (0.00) | 821.12 |
| **Totals: Master Bedroom** | | | **24.90** | **376.22** | **2,257.24** | **0.00** | **2,257.24** |

**Hallway** **Height: 8'**




| | | | |
|---|---|---|---|
| 677.06 | SF Walls | 382.54 | SF Ceiling |
| 1059.60 | SF Walls & Ceiling | 382.54 | SF Floor |
| 42.50 | SY Flooring | 84.63 | LF Floor Perimeter |
| 84.63 | LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **5' 1 3/16" X 8'** | **Opens into BR_2** |
| **Missing Wall** | **17' 8" X 8'** | **Opens into UPPER_LIVING** |
| **Missing Wall** | **19' 6" X 8'** | **Opens into ENTRY_FOYER** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R 5/8" drywall - hung, taped, floated, ready for paint | 57.38 SF | 3.09 | 2.79 | 36.02 | 216.11 | (0.00) | 216.11 |
| Floor protection - self-adhesive plastic film | 382.54 SF | 0.54 | 3.79 | 42.08 | 252.44 | (0.00) | 252.44 |
| Clean baseboard | 84.63 LF | 0.34 | 0.00 | 5.76 | 34.53 | (0.00) | 34.53 |
| Mask the walls per square foot - plastic and tape - 4 mil | 677.06 SF | 0.21 | 2.79 | 29.00 | 173.97 | (0.00) | 173.97 |
| Peel & seal zipper | 1.00 EA | 13.05 | 0.70 | 2.76 | 16.51 | (0.00) | 16.51 |
| Paint the walls and ceiling - two coats | 1,059.60 SF | 0.82 | 17.48 | 177.28 | 1,063.63 | (0.00) | 1,063.63 |
| Clean floor - Heavy | 382.54 SF | 0.57 | 0.32 | 43.68 | 262.05 | (0.00) | 262.05 |
| **Totals: Hallway** | | | **27.87** | **336.58** | **2,019.24** | **0.00** | **2,019.24** |

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com




**Upper Living Room** **Height: 8'**

| | |
|---|---|
| 417.33 SF Walls | 304.75 SF Ceiling |
| 722.08 SF Walls & Ceiling | 304.75 SF Floor |
| 33.86 SY Flooring | 52.17 LF Floor Perimeter |
| 52.17 LF Ceil. Perimeter | |

**Missing Wall** **17' 8" X 8'** **Opens into HALLWAY**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Mask the walls per square foot - plastic and tape - 4 mil | 417.33 SF | 0.21 | 1.72 | 17.86 | 107.22 | (0.00) | 107.22 |
| Paint the walls - two coats | 417.33 SF | 0.82 | 6.89 | 69.82 | 418.92 | (0.00) | 418.92 |
| **Totals: Upper Living Room** | | | **8.61** | **87.68** | **526.14** | **0.00** | **526.14** |




**Entry/Foyer** **Height: 8'**

| | |
|---|---|
| 545.61 SF Walls | 478.08 SF Ceiling |
| 1023.69 SF Walls & Ceiling | 478.08 SF Floor |
| 53.12 SY Flooring | 68.20 LF Floor Perimeter |
| 68.20 LF Ceil. Perimeter | |

**Missing Wall** **19' 4" X 8'** **Opens into HALLWAY**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Mask the walls per square foot - plastic and tape - 4 mil | 545.61 SF | 0.21 | 2.25 | 23.38 | 140.21 | (0.00) | 140.21 |
| Paint the walls - two coats | 545.61 SF | 0.82 | 9.00 | 91.28 | 547.68 | (0.00) | 547.68 |
| **Totals: Entry/Foyer** | | | **11.25** | **114.66** | **687.89** | **0.00** | **687.89** |
| **Total: 2nd floor** | | | **72.63** | **915.14** | **5,490.51** | **0.00** | **5,490.51** |
| **Total: Source - Geomni Roof** | | | **6,752.17** | **48,323.16** | **289,938.60** | **0.00** | **289,938.60** |

## Windows

**Windows**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Windows - Wood (Bid Item) | 1.00 EA | 444,877.60 | 0.00 | 88,975.52 | 533,853.12 | (0.00) | 533,853.12 |
| **Total: Windows** | | | **0.00** | **88,975.52** | **533,853.12** | **0.00** | **533,853.12** |

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

### Copper

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Roofing (Bid Item) | 1.00 EA | 61,670.00 | 0.00 | 12,334.00 | 74,004.00 | (0.00) | 74,004.00 |
| **Totals: Copper** | | | **0.00** | **12,334.00** | **74,004.00** | **0.00** | **74,004.00** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Stucco & Exterior Plaster (Bid Item) | 1.00 EA | 355,177.00 | 0.00 | 71,035.40 | 426,212.40 | (0.00) | 426,212.40 |
| **Totals: Stucco** | | | **0.00** | **71,035.40** | **426,212.40** | **0.00** | **426,212.40** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Siding - board & batten - redwood | 1,380.00 SF | 6.39 | 365.46 | 1,836.74 | 11,020.40 | (0.00) | 11,020.40 |
| R&R House wrap (air/moisture barrier) | 1,380.00 SF | 0.37 | 17.08 | 105.54 | 633.22 | (0.00) | 633.22 |
| Moisture protection - vapor barrier seam tape | 1,380.00 SF | 0.13 | 3.42 | 36.56 | 219.38 | (0.00) | 219.38 |
| Stain & finish wood siding | 1,380.00 SF | 3.80 | 38.71 | 1,056.54 | 6,339.25 | (0.00) | 6,339.25 |
| Clean fascia | 882.83 LF | 0.66 | 0.00 | 116.54 | 699.21 | (0.00) | 699.21 |
| Prime & paint exterior fascia - wood, 6"- 8" wide | 882.83 LF | 1.82 | 14.57 | 324.28 | 1,945.60 | (0.00) | 1,945.60 |
| **Totals: Exterior** | | | **439.24** | **3,476.20** | **20,857.06** | **0.00** | **20,857.06** |

### HVAC

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Furnace vent - rain cap and storm collar, 6" | 2.00 EA | 84.34 | 4.54 | 34.62 | 207.84 | (0.00) | 207.84 |
| R&R Furnace vent - rain cap and storm collar, 8" | 1.00 EA | 91.19 | 2.84 | 18.80 | 112.83 | (0.00) | 112.83 |
| HVAC Technician - per hour | 2.00 HR | 95.06 | 0.00 | 38.02 | 228.14 | (0.00) | 228.14 |

***Line item for HVAC Tech; trip charge to collect serial number of exhaust cap, return trip charge to replace cap and inspect junctions from origin to finish within the structure.***

***Roofers are not licensed nor trained to adjust, manipulate, alter, repair or replace roof terminated HVAC ventilation components.***

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

**CONTINUED - HVAC**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Central air - condenser repair - fan blade and guard | 3.00 EA | 311.42 | 56.17 | 198.10 | 1,188.53 | (0.00) | 1,188.53 |
| **Totals: HVAC** | | | **63.55** | **289.54** | **1,737.34** | **0.00** | **1,737.34** |

## General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

The General Conditions & ancillary cost line item is a combination of the following: Supervisors are required to keep within the timescale and budget of the project and manage any delays or problems encountered on-site during a construction project. Also involved in that role is the managing of quality control, health and safety checks, and the inspection of work carried out. Many supervisors will be involved before site activity takes place, and are responsible for managing communications between all parties involved in the on-site development of the project. Site supervisors are often required to deal with inquires and communication with the public. Site supervisors will coordinate with ground personnel to aid patrons, children, visitors, and staff entering and leaving the buildings plus all traffic pulling up to the job site and deliveries. Site supervisors will also initiate safety protocols due to high traffic creating a substantial liability risk. Ground personnel aid the Supervisor with the coordination of vehicles, foot traffic, watching for falling debris, walking up to entrances/exits and communications with other personnel on the street and sidewalk to look out for crews above. Additionally, ground personnel help stop the crews from working when people are entering and leaving the buildings. Ground personnel also alert the supervisor of dangerous conditions, site damage, subcontractor misconduct, etc. Ground personnel salaries are included in General Conditions. Also included in General Conditions are caution tape, temporary toilets, staging area fencing, on-site storage, dumpsters, forklifts, craning, scaffolding and equipment rentals. OSHA safety encompasses, but not limited to: fall protection, night time storage, harnesses, overhead protection, daily safety course, sign in sheets, and all worker's safety.

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

**CONTINUED - General Conditions**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**IBC CHAPTER 33 – SAFEGUARDS DURING CONSTRUCTION**

**SECTION 3301 GENERAL¬¬3301.1 Scope.**¬The provisions of this chapter shall govern safety during construction and the protection of adjacent public and private properties.

¬**3301.2 Storage and placement.**¬Construction equipment and materials shall be stored and placed so as not to endanger the public, the workers or adjoining property for the duration of the construction project.

**3302.2 Manner of removal.**¬Waste materials shall be removed in a manner which prevents injury or damage to persons, adjoining properties and public rights-of-way.

**3305.1 Facilities required.**¬Sanitary facilities shall be provided during construction, remodeling or demolition activities in accordance with the *International Plumbing Code.*

**3306.1 Protection required.**¬Pedestrians shall be protected during construction, remodeling and demolition activities as required by this chapter and Table 3306.1. Signs shall be provided to direct pedestrian traffic.

**3306.2 Walkways.**¬A walkway shall be provided for pedestrian travel in front of every construction and demolition site unless the applicable governing authority authorizes the sidewalk to be fenced or closed. Walkways shall be of sufficient width to accommodate the pedestrian traffic, but in no case shall they be less than 4 feet (1219 mm) in width. Walkways shall be provided with a durable walking surface. Walkways shall be *accessible* in accordance with Chapter 11and shall be designed to support all imposed loads and in no case shall the design live load be less than 150 pounds per square foot (psf) (7.2 kN/m2).¬¬

**3306.3 Directional barricades.**¬Pedestrian traffic shall be protected by a directional barricade where the walkway extends into the street. The directional barricade shall be of sufficient size and construction to direct vehicular traffic away from the pedestrian path.
¬¬
**3306.4 Construction railings.**¬Construction railings shall be not less than 42 inches (1067 mm) in height and shall be sufficient to direct pedestrians around construction areas.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Telehandler/forklift and operator | 490.00 HR | 75.21 | 0.00 | 7,370.58 | 44,223.48 | (0.00) | 44,223.48 |

Calculation based on 60 days @ 8 hours per day to accomplish material and debris movement to and from a central containment area. Southeast corner of the property is the only area of access. Central containment area is located on the adjoining lot. Daily equipment and material handling will be utilized for maintaining clear egress and fire escape lanes.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Crane and operator - 115 ton capacity | 60.00 HR | 315.00 | 0.00 | 3,780.00 | 22,680.00 | (0.00) | 22,680.00 |

Due to the height of the property, a crane will be utilized to centrally locate materials upon the roof surface. Line item does not account for lane closure permits, or traffic controls plans which will be submitted once incurred.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Temporary fencing | 1,800.00 LF | 6.48 | 0.00 | 2,332.80 | 13,996.80 | (0.00) | 13,996.80 |

Temporary fencing for perimeter establishment of the sidewalk elevations and adjoining shared alley access during the repair process. Fencing will be utilized to create safe walking lanes, delivery access, and liability reduction. Fencing will also perform a secured area for material storage to deter and reduce the exposure for theft.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Residential Supervision / Project Management - per hour | 960.00 HR | 57.39 | 0.00 | 11,018.88 | 66,113.28 | (0.00) | 66,113.28 |

Calculation based on 120 day completion schedule.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| General Laborer - per hour | 1,360.00 HR | 39.26 | 0.00 | 10,678.72 | 64,072.32 | (0.00) | 64,072.32 |

Compass Adjusting, INC

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

## CONTINUED - General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| General labor to maintain a continuous clean up procedure during the repair processes. The property has multiple entrance areas, access by the general public, tenants, visitors, and staff. Clean safety areas are paramount to reduce the risk and liability exposure. Laborer will be responsible for areas in which impact to the general public is prevalent primarily along the North, East and West property access points. | | | | | | | |
| Staging/ safety officer* | 680.00 HR | 39.26 | 0.00 | 5,339.36 | 32,036.16 | (0.00) | 32,036.16 |
| Staging/ spotting personnel to direct equipment operator during material handling and staging. Spotter is to ensure the safe placement of materials and the safety of the general public. The adjoining alley and sidewalks on three sides of the building poses an exposure to injury and liability for the general public. Safety personnel will need to be staged at multiple corners to provide a clear line of sight and direction for the general public. Safety officer will halt equipment movements and direct non-construction personnel into safe areas during daily operations. | | | | | | | |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 12.00 EA | 524.38 | 0.00 | 1,258.52 | 7,551.08 | (0.00) | 7,551.08 |
| Boom lift - 50'-60' reach | 15.00 DA | 364.83 | 0.00 | 1,094.50 | 6,566.95 | (0.00) | 6,566.95 |
| Calculation based on three week completion time for preparation and accomplishment of repairing hail damaged elevation areas including the stained wood areas. | | | | | | | |
| General provisions | 1.00 EA | 15,161.89 | 851.10 | 3,202.60 | 19,215.59 | (0.00) | 19,215.59 |
| Line item to provide, build and maintain overhead protection at the multiple building entrances. The courtyard is open to above areas that will be repaired exposing employees, staff, patrons and visitors to hazards from above. Overhead protection shall be maintained until the completion of the repairs has been completed. Construction shall consist of open framed scaffolding, plank & plywood ceiling decking, side sheathing, and tarp covering to reduce gravel infiltration. Daily monitoring of unrestricted access shall comply with egress requirements not to impede emergency exit routes. | | | | | | | |
| Final cleaning - construction - Commercial | 32,000.00 SF | 0.27 | 0.00 | 1,728.00 | 10,368.00 | (0.00) | 10,368.00 |
| Temporary toilet (per month) | 4.00 MO | 226.62 | 0.00 | 181.30 | 1,087.78 | (0.00) | 1,087.78 |
| Generator - 35-90KW (per day - 8 hour) - no monitoring | 45.00 DA | 316.88 | 0.00 | 2,851.92 | 17,111.52 | (0.00) | 17,111.52 |
| Equipment setup & take down* | 168.00 HR | 86.34 | 0.00 | 2,901.02 | 17,406.14 | (0.00) | 17,406.14 |
| Line item to stage necessary equipment on a daily basis to the respective areas undergoing repairs. Property has restrictive areas that do not permit staging equipment that may impede egress, fire lanes, emergency exits, deliveries, or pedestrian traffic. | | | | | | | |
| **Totals: General Conditions** | | | **851.10** | **53,738.20** | **322,429.10** | **0.00** | **322,429.10** |

## Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Window treatment repair | 1.00 EA | 18.67 | 0.00 | 3.74 | 22.41 | (0.00) | 22.41 |
| Hazardous waste/mold rem. labor min | 1.00 EA | 171.40 | 0.00 | 34.28 | 205.68 | (0.00) | 205.68 |
| Insulation labor minimum | 1.00 EA | 5.01 | 0.00 | 1.00 | 6.01 | (0.00) | 6.01 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **39.02** | **234.10** | **0.00** | **234.10** |
| **Line Item Totals: CUTTER361-1** | | | **8,106.06** | **278,211.04** | **1,669,265.72** | **0.00** | **1,669,265.72** |

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 23,799.53 | SF Walls | 12,938.07 | SF Ceiling | 36,737.61 | SF Walls and Ceiling |
| 12,938.07 | SF Floor | 1,437.56 | SY Flooring | 2,974.94 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 2,974.94 | LF Ceil. Perimeter |
| 12,938.07 | Floor Area | 13,632.06 | Total Area | 23,987.53 | Interior Wall Area |
| 19,978.40 | Exterior Wall Area | 1,160.54 | Exterior Perimeter of Walls | | |
| 9,300.18 | Surface Area | 93.00 | Number of Squares | 905.29 | Total Perimeter Length |
| 169.37 | Total Ridge Length | 528.54 | Total Hip Length | | |

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 1,382,948.62 |
| Material Sales Tax | 8,106.06 |
| Subtotal | 1,391,054.68 |
| Overhead | 139,105.52 |
| Profit | 139,105.52 |
| **Replacement Cost Value** | **$1,669,265.72** |
| **Net Claim** | **$1,669,265.72** |

Mark Rothbauer

Source - Geomni Roof - Lower level



Source - Geomni Roof - Main floor



Source - Geomni Roof - 2nd floor








Source - Geomni Roof

**Compass Adjusting, INC**

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

## Sketch Roof Annotations

**Source - Geomni Roof - Source - Geomni Roof**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 16.90 | 0.17 | 3.52 |
| F2 | 592.89 | 5.93 | 3.52 |
| F3 | 158.51 | 1.59 | 3.52 |
| F4 | 157.49 | 1.57 | 3.52 |
| F6 | 595.75 | 5.96 | 3.52 |
| F7 | 33.12 | 0.33 | 3.52 |
| F8 | 72.56 | 0.73 | 3.52 |
| F9 | 66.41 | 0.66 | 4.00 |
| F10 | 84.06 | 0.84 | 4.00 |
| F11 | 39.86 | 0.40 | 4.00 |
| F12 | 27.61 | 0.28 | 2.50 |
| F13 | 27.61 | 0.28 | 2.50 |
| F18 | 46.71 | 0.47 | 4.00 |
| F19 | 122.37 | 1.22 | 4.00 |
| F20 | 277.66 | 2.78 | 4.00 |
| F21 | 201.81 | 2.02 | 4.00 |
| F22 | 108.34 | 1.08 | 4.00 |
| F23 | 786.00 | 7.86 | 4.00 |
| F25 | 402.97 | 4.03 | 4.00 |
| F27 | 53.23 | 0.53 | 4.00 |
| F28 | 23.72 | 0.24 | 2.65 |
| F29 | 43.76 | 0.44 | 2.69 |
| F30 | 23.72 | 0.24 | 2.65 |
| F31 | 191.25 | 1.91 | 4.00 |
| F32 | 730.95 | 7.31 | 4.00 |
| F34 | 376.14 | 3.76 | 4.00 |
| F35 | 19.11 | 0.19 | 3.51 |
| F36 | 702.94 | 7.03 | 4.00 |
| F37 | 866.07 | 8.66 | 4.00 |
| F38 | 281.80 | 2.82 | 4.00 |
| F39 | 351.26 | 3.51 | 4.00 |
| F40 | 172.99 | 1.73 | 4.00 |
| F41 | 172.99 | 1.73 | 4.00 |
| F42 | 194.25 | 1.94 | 4.00 |
| F43 | 96.42 | 0.96 | 4.00 |
| F45 | 89.78 | 0.90 | 4.00 |
| F46 | 20.23 | 0.20 | 4.40 |
| F48 | 25.26 | 0.25 | 4.00 |
| F49 | 191.78 | 1.92 | 4.00 |
| F50 | 286.46 | 2.86 | 3.52 |
| F51 | 103.56 | 1.04 | 4.00 |
| F52 | 53.09 | 0.53 | 3.92 |

Compass Adjusting, INC
7661 McLaughlin Rd., #462
Falcon, CO 80831
Compadjusting@gmail.com

**Source - Geomni Roof - Source - Geomni Roof - Continued**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F53 | 61.34 | 0.61 | 4.00 |
| F54 | 53.09 | 0.53 | 3.92 |
| F55 | 24.56 | 0.25 | 4.00 |
| F56 | 24.56 | 0.25 | 4.00 |
| F57 | 50.81 | 0.51 | 4.00 |
| F58 | 16.00 | 0.16 | 4.40 |
| F59 | 59.80 | 0.60 | 4.00 |
| F60 | 59.37 | 0.59 | 4.00 |
| F61 | 61.24 | 0.61 | 4.00 |
| **Estimated Total:** | **9,300.18** | **93.00** | |