JS|HELD

| | |
|---|---|
| Insured: | Mark Zamboni Cutter |
| Property: | 361 San Marino Court<br>Colorado Springs , CO 80906 |

| | | | |
|---|---|---|---|
| Estimator: | Shawn Aycock | Business: | (720) 535-9605 |
| Position: | Director | | |
| Company: | JS Held | | |
| Business: | 7951 E Maplewood, Suite 118<br>Greenwood Village, CO 80111 | | |

**Claim Number:** 77182385 **Policy Number:** **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 6/3/2019 7:33 AM |

| | |
|---|---|
| Price List: | COCS8X_APR19<br>Restoration/Service/Remodel |
| Estimate: | 19050040 |

This opinion of probable cost is based on the level of detail of "as-built" conditions provided to us by site inspections. We have not been provided any plans for this complex, nor is the demolition complete at this time.

**General Building Description:**
Multi level, high end single family residence with:
* Tile roof
* Fiberglass windows with exterior metal cladding
* Stucco and wood siding finish

**Scope recap:**
This estimate is limited to the replacement of the roof tile and copper roofing systems only.

This opinion reflects JSH's assumption of the pre-loss configuration. The pricing contemplates the use of contemporary materials of "like, kind and quality". Furthermore, this evaluation is governed by the following assumptions and exclusions.

**Assumptions:**

* Access to be provided in an unimpeded manner/fashion to the Contractor.
* Work to be performed on one continuous basis.
* Work to be performed during normal business hours.
* Work to be performed in a code compliant manner.
* Scope and cost are based upon information known to date.
* Work will be performed by a qualified tile roofing contractor therefore no overhead and profit is included.

**Exclusions - Costs associated with:**

* Emergency demolition and repairs.
* Hazardous materials removal.
* Accelerated construction periods and overtime.
* Relocation of residence or temporary housing expenses
* Code Upgrades- JSH is not aware of any required code upgrades to the roofing system.
* Hardscapes/Landscaping
* Windows
* Stucco/Siding
* Interior finishes/repairs
* Out door patio furniture/accessories
* Out door kitchen equipment
* Emergency Services/temporary repairs

**Notes:**
J.S.Held LLC. recommends seeking competitive contractor bids for the roofing tile and the copper roofing sections.

**19050040**

**Source - Geomni Roof**

**Roof**




**Main Roof**

| | | | |
|---|---|---|---|
| 8504.07 | Surface Area | 85.04 | Number of Squares |
| 779.70 | Total Perimeter Length | 154.19 | Total Ridge Length |
| 444.01 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4. Ice & water barrier | 4,678.20 SF | 1.59 | 154.38 | 1,487.66 | 9,080.38 | (1,366.69) | 7,713.69 |
| Allowed for ice and water barrier at perimeter 6' in. balance of roof area has synthetic underlayment. | | | | | | | |
| 47. Roofing felt - synthetic underlayment | 38.26 SQ | 35.36 | 49.24 | 270.58 | 1,672.69 | (378.56) | 1,294.13 |
| 5. Remove Tile roofing - Clay - "S" or flat tile | 85.04 SQ | 166.59 | 0.00 | 2,833.36 | 17,000.17 | (0.00) | 17,000.17 |
| 6. Tile roofing - Clay - "S" or flat tile | 93.54 SQ | 629.28 | 2,457.34 | 11,772.58 | 73,092.77 | (6,622.58) | 66,470.19 |
| Unit cost includes 30 # felt | | | | | | | |
| 7. R&R Flashing, 14" wide | 250.94 LF | 3.61 | 23.39 | 181.18 | 1,110.46 | (124.79) | 985.67 |
| 8. R&R Drip edge | 779.70 LF | 2.21 | 43.74 | 344.62 | 2,111.50 | (238.92) | 1,872.58 |
| 9. R&R Flashing - pipe jack | 11.00 EA | 39.08 | 7.60 | 85.98 | 523.46 | (57.55) | 465.91 |
| 10. R&R Gutter / downspout - aluminum - 6" | 899.70 LF | 9.21 | 381.52 | 1,657.26 | 10,325.01 | (1,790.62) | 8,534.39 |
| 31. Bird stop - Eave closure strip for tile roofing - clay | 779.70 LF | 4.18 | 149.88 | 651.84 | 4,060.87 | (368.18) | 3,692.69 |
| 33. Battens - 2x2 - for steel roofing | 85.04 SQ | 149.48 | 442.14 | 2,542.36 | 15,696.28 | (473.54) | 15,222.74 |
| Battens can be ordered with spacer eliminating the need for counter battens. | | | | | | | |
| 32. R&R Ridge / Hip / Rake cap - tile roofing | 598.21 LF | 13.67 | 342.51 | 1,635.52 | 10,155.56 | (741.85) | 9,413.71 |
| 34. Additional charge for high roof (2 stories or greater) | 93.32 SQ | 4.40 | 0.00 | 82.12 | 492.73 | (0.00) | 492.73 |
| 35. Additional charge for high roof (2 stories or greater) | 93.32 SQ | 15.38 | 0.00 | 287.06 | 1,722.32 | (0.00) | 1,722.32 |
| 36. General Laborer - per hour | 120.00 HR | 35.98 | 0.00 | 863.52 | 5,181.12 | (0.00) | 5,181.12 |
| Additional labor for material handling and movement. Roofing labor not required for this task. Based on 15 days x 8 hrs per day. | | | | | | | |
| 37. R&R Flashing - pipe jack | 1.00 EA | 39.08 | 0.69 | 7.82 | 47.59 | (5.24) | 42.35 |
| **Totals: Main Roof** | | | **4,052.43** | **24,703.46** | **152,272.91** | **12,168.52** | **140,104.39** |

JS|HELD



**North roof**

| | | | |
|---|---|---|---|
| 320.40 | Surface Area | 3.20 | Number of Squares |
| 70.12 | Total Perimeter Length | 12.66 | Total Ridge Length |
| 55.86 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11. Ice & water barrier | 320.40 SF | 1.59 | 10.57 | 101.88 | 621.89 | (93.60) | 528.29 |
| 12. R&R Copper panel - standing seam 1" - 20 oz | 320.40 SF | 19.89 | 381.69 | 1,274.54 | 8,028.99 | (233.47) | 7,795.52 |
| 13. R&R Copper ridge or hip | 68.53 LF | 15.40 | 61.79 | 211.08 | 1,328.23 | (38.95) | 1,289.28 |
| 14. R&R Flashing, 14" wide - copper | 40.00 LF | 11.08 | 28.38 | 88.64 | 560.22 | (16.28) | 543.94 |
| 15. R&R Gutter / downspout - copper - 6" | 70.12 LF | 24.97 | 107.25 | 350.20 | 2,208.35 | (131.66) | 2,076.69 |
| 16. R&R Drip edge - copper | 70.12 LF | 8.76 | 41.83 | 122.84 | 778.92 | (22.92) | 756.00 |
| **Totals: North roof** | | | **631.51** | **2,149.18** | **13,526.60** | **536.88** | **12,989.72** |




**Rear Roof**

| | | | |
|---|---|---|---|
| 280.45 | Surface Area | 2.80 | Number of Squares |
| 47.67 | Total Perimeter Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Ice & water barrier | 280.45 SF | 1.59 | 9.25 | 89.18 | 544.35 | (81.94) | 462.41 |
| 18. R&R Copper panel - standing seam 1" - 20 oz | 280.45 SF | 19.89 | 334.10 | 1,115.64 | 7,027.89 | (204.36) | 6,823.53 |
| 19. R&R Flashing, 14" wide - copper | 21.00 LF | 11.08 | 14.90 | 46.54 | 294.12 | (8.55) | 285.57 |
| 20. R&R Gutter / downspout - copper - 6" | 31.00 LF | 24.97 | 47.42 | 154.82 | 976.31 | (58.21) | 918.10 |
| 21. R&R Drip edge - copper | 47.67 LF | 8.76 | 28.43 | 83.52 | 529.54 | (15.57) | 513.97 |
| **Totals: Rear Roof** | | | **434.10** | **1,489.70** | **9,372.21** | **368.63** | **9,003.58** |



## Front entry roof area

| | |
|---|---|
| 213.78 Surface Area | 2.14 Number of Squares |
| 87.96 Total Perimeter Length | |
| 25.97 Total Hip Length | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. Ice & water barrier | 213.78 SF | 1.59 | 7.05 | 67.98 | 414.94 | (62.45) | 352.49 |
| 23. R&R Copper panel - standing seam 1" - 20 oz | 213.78 SF | 19.89 | 254.68 | 850.42 | 5,357.19 | (155.78) | 5,201.41 |
| 24. R&R Copper ridge or hip | 25.97 LF | 15.40 | 23.42 | 79.98 | 503.33 | (14.76) | 488.57 |
| 25. R&R Flashing, 14" wide - copper | 40.00 LF | 11.08 | 28.38 | 88.64 | 560.22 | (16.28) | 543.94 |
| 26. R&R Gutter / downspout - copper - 6" | 87.96 LF | 24.97 | 134.54 | 439.26 | 2,770.16 | (165.17) | 2,604.99 |
| 27. R&R Drip edge - copper | 87.96 LF | 8.76 | 52.47 | 154.10 | 977.10 | (28.74) | 948.36 |
| **Totals: Front entry roof area** | | | **500.54** | **1,680.38** | **10,582.94** | **443.18** | **10,139.76** |
| **Total: Roof** | | | **5,618.58** | **30,022.72** | **185,754.66** | **13,517.21** | **172,237.45** |

## General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Telehandler/forklift and operator | 160.00 HR | 98.70 | 0.00 | 3,158.40 | 18,950.40 | (0.00) | 18,950.40 |
| 41. Tandem axle dump trailer - per load - including dump fees | 12.00 EA | 211.08 | 0.00 | 506.60 | 3,039.56 | (0.00) | 3,039.56 |
| Allows for close access to the home for removal of roof materials. | | | | | | | |
| 42. Crane and operator - 50 ton capacity | 80.00 HR | 195.00 | 0.00 | 3,120.00 | 18,720.00 | (0.00) | 18,720.00 |
| Based on 2 weeks for handling of roofing materials. | | | | | | | |
| 43. General Laborer - per hour | 240.00 HR | 35.98 | 0.00 | 1,727.04 | 10,362.24 | (0.00) | 10,362.24 |
| Alllowance for two general laborers for site clean up and debris. Based on 15 day schedule. | | | | | | | |
| 44. Boom lift - 50'-60' reach (per week) | 3.00 WK | 1,011.00 | 0.00 | 606.60 | 3,639.60 | (0.00) | 3,639.60 |
| 45. Temporary toilet (per month) | 1.00 MO | 171.64 | 0.00 | 34.32 | 205.96 | (0.00) | 205.96 |
| 46. Generator - 35-90KW (per week - 24 hour) - no monitoring | 2.00 WK | 1,625.00 | 0.00 | 650.00 | 3,900.00 | (0.00) | 3,900.00 |
| **Totals: General Conditions** | | | **0.00** | **9,802.96** | **58,817.76** | **0.00** | **58,817.76** |
| **Total: Source - Geomni Roof** | | | **5,618.58** | **39,825.68** | **244,572.42** | **13,517.21** | **231,055.21** |
| **Line Item Totals: 19050040** | | | **5,618.58** | **39,825.68** | **244,572.42** | **13,517.21** | **231,055.21** |

JS|HELD

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 9,318.70 | Surface Area | 93.19 | Number of Squares | 1,966.44 | Total Perimeter Length |
| 166.86 | Total Ridge Length | 525.85 | Total Hip Length | | |

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 199,128.16 |
| Overhead | 19,912.84 |
| Profit | 19,912.84 |
| Material Sales Tax | 5,618.58 |
| **Replacement Cost Value** | **$244,572.42** |
| Less Depreciation | (13,517.21) |
| **Actual Cash Value** | **$231,055.21** |
| **Net Claim** | **$231,055.21** |
| Total Recoverable Depreciation | 13,517.21 |
| **Net Claim if Depreciation is Recovered** | **$244,572.42** |

Shawn Aycock
Director

JS|HELD

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| GENERAL DEMOLITION | 20,466.39 | | 20,466.39 |
| HEAVY EQUIPMENT | 34,425.00 | | 34,425.00 |
| LABOR ONLY | 12,952.80 | | 12,952.80 |
| ROOFING | 115,312.05 | 10,934.50 | 104,377.55 |
| SOFFIT, FASCIA, & GUTTER | 12,550.28 | 2,042.43 | 10,507.85 |
| TEMPORARY REPAIRS | 3,421.64 | | 3,421.64 |
| O&P Items Subtotal | 199,128.16 | 12,976.93 | 186,151.23 |
| Overhead | 19,912.84 | | 19,912.84 |
| Profit | 19,912.84 | | 19,912.84 |
| Material Sales Tax | 5,618.58 | 540.28 | 5,078.30 |
| Total | 244,572.42 | 13,517.21 | 231,055.21 |

Source - Geomni Roof - Roof

