Pinnacol Assurance # 4110754
Berkley Regional Specialty # CGL0009114-25
Roofing Lic # 17172

TOTAL ROOFING
719-591-4947

6125 Stadia Cr, Colorado Springs, CO 80915

| Proposal | |
|---|---|
| Name: Mark Zamboni-Cutter | Date: July 25th 2019 |
| Address: 361 San Marino Ct | Project Manager: Lyle Carpenter |
| Colorado Springs, CO 80906 | Contact Info: 303-476-3454 – Email: Lyle.c@totalroofingco.com |
| Contact Info: 719-650-8491 | Project No: 19105 |

We hereby propose to furnish the labor, materials and equipment necessary for the repairs to the following items

**Proposal:** Including but not limited to:

A. Tile Roof.

1. Remove Tile roofing - Clay - Barrel 92.82 SQ
2. Install Tile roofing - Clay - Barrel (mission) tile 116.03 SQ
3. R&R Ridge / Hip / Rake cap - tile roofing 949.94 LF
4. R&R Ridge end cap* 16.00 EA
5. Bird stop - Eave closure strip for tile 738.47 LF
6. Install high temp Ice & water barrier - High temp along eaves, valleys, hip and ridge.
7. Roofing felt - synthetic underlayment 141.35 SQ
8. Install Counter battens - 1x4* 92.82 SQ
9. Install Battens - 2x2* 92.82 SQ
10. Install Hip/ridge/rake nailer board - 2x2 - stacked 949.94 LF
11. R&R Flashing - pipe jack 8.00 EA
12. R&R Flashing – top pipe jack - lead 8.00 EA
13. Prime & paint roof jack 8.00 EA
14. Step flashing 123.37 LF
15. R&R Flashing - L flashing - color finish 77.79 LF
16. R&R sidewall/endwall flashing - 70.72 LF color finish
17. R&R Valley metal - (W) profile 300.51 LF
18. R&R Drip edge/gutter apron 738.47 R&R Drip edge 165.67 LF
19. Install hurricane clips.
20. Stucco/ wall transition. Cut, & remove flashing from stucco along walls.

B. Copper Roof

1. Install 1" standing seam copper roof per attached bid

C. Stucco

1. Install stucco per attached bid.

D. Windows

1. Remove and replace all windows per attached bid.

E. Interior: Living room, main room, pool area, master bedroom, hallway, upper living room, Entry/Foyer.

1. Mask walls, and prep for paint.
2. Paint the ceiling to match.
3. Install plank decking over pool surface for scaffolding.
4. Repair drywall in pool area, and master bedroom.
5. Remove and reset furniture, and drapery
6. Clean drapery.

F. Exterior

1. R&R Siding - board & batten – redwood
2. R&R House wrap (air/moisture barrier)
3. Moisture protection - vapor barrier seam tape
4. Stain & finish wood siding
5. Clean fascia
6. Prime & paint exterior fascia - wood, 6"- 8" wide

G. HVAC

1. R&R Furnace vent - rain cap and storm collar, 6"
2. R&R Furnace vent - rain cap and storm collar, 8"
3. HVAC Technician - per hour
4. Central air - condenser repair - fan blade and guard

H. Gutters & Downspouts.

1. R&R 6" seamless gutters 890lf
2. Paint gutters. 890lf.
3. R&R copper gutters. 144lf.

**I. WORK SITE.**

- Total roofing disclaims any and all responsibility for pre-existing conditions including, but not limited to; structural damage or deficiencies, clogged drains, mold growth, excessive standing water, removal of hazardous material or other hidden deficiencies such as; damaged or leaking skylights, HVAC units/conduits, electrical or gas lines. This proposal does not cover, and no case shall Total roofing be liable for, the removal of, HVAC units/conduits, gas lines, water lines, electric lines, or conduits, whether located above, below, or in the roof system, lightning protection systems, landscaping, communication devices, or other devices, including recalibration of satellites. It is the building owner's financial obligation to provide corrective measures.
- If roof tear off is to be performed, contractor shall not be responsible for damages caused by (a) water penetration into the building resulting from moisture contained or trapped in or under the existing roof surface, which is released during tear off, and (b) penetration of dust, dirt or mold spores into the building resulting from the tear off. Unless written arrangements are made in advance, contractor shall not responsible for damages from leaks through any area of the existing (present) roof surface where contractor has not performed tear off surface preparation work.

## II. PERFORMANCE.

- All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra cost will be executed only by approval and will become an extra charge over and the above estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry f ire, tornado and other necessary insurance.
- All work will be in compliance with local building code.
- Contractor agrees to remove all debris and leave the premises in broom clean condition daily and the roof is to be covered at all times.

## III. DELAYS.

- Should the Contractor be delayed in the prosecution of the WORK by any act, neglect or default of the Owner or Owners representative the time fixed for the completion of the WORK pursuant to the terms of this Agreement shall be extended for a period equivalent to the time lost or required to reschedule. The WORK will begin as promptly as possible after a permit is obtained. Any time lost by reason of strikes, weather conditions, or any other conditions or causes not in the direct control of the Contractor shall be added to the time for completion. Owner waives all claims for consequential damages.

- ***INCLEMENT WEATHER*** - If during the installation of your roof, if we experience snow or ice, we must remove it or wait for it to melt before proceeding. In order to remove the snow or ice, we must have an Additional Work Authorization signed to cover the additional actual cost (no mark-up). Should you choose for us to stop work until conditions accommodate, there may be an accumulation of water on the roof and we cannot be responsible for any damages due to leaks during this delay period. We always "dry-in" our partially installed roofs but a longer exposure increases the possibility of leaks.

## IV. CHANGES TO SCOPE OF WORK.

- This contact incorporates all of the agreements of the parties to date. Any changes, alterations or additions thereto shall not be binding or enforceable unless approved in writing by both parties.
- Owners may make changes to scope of work, including changes to drawing's and specifications, from time to time during the construction of the project. However, any such change or modification shall only be made by written "change order" signed by both parties. Such change shall become part of this contract. Owner agrees to pay any increase in the cost of this project as a result of a change order. In the event the cost if the change order is not known at the time a change order is executed, the contractor shall estimate the cost thereof and owner shall pay the actual cost whether or not it is in excess of the estimated cost.

## V. WARRANTIES.

- If a warranty of the manufacturer of the roofing system to be installed is to be issued to owner, a sample copy of such warranty will be provided separately upon request of owner. Acceptance of this contract by owner shall constitute acceptance of the terms, conditions and limitations of said warranty.
- Damage occurring to the installed roofing membrane, resulting from acts of other contractors or persons authorized or unauthorized by owner to conduct operations above or upon the installed membrane, shall be the sole responsibility of owner, and not contractor.
- Should leaks occur after completion of installation of the roofing system, inspections or repairs performed by contractor shall be treated as warranty matters, and shall not be grounds for withholding payment, provided however, if the roof membrane is installed over the existing system, contractor shall have no responsibility for water penetration for mold growth that occurs as of result of moisture contained in the old, or former roofing system.
- Manufacturer material warranties shall go in effect the day of issuance of final inspection from jurisdiction building official. Warranties offered apply only to roofing products that we install. It does not include coverage for moisture entering the roof system through walls, structural defects, HVAC Systems, internal and scupper drains beyond the drain flashing, gutters, collector boxes and downspouts, gas lines and electrical conduit lines, coping, vandalism or any other cause beyond our control.
- No workmanship or manufactures warranty will apply unless and until the contract balance is paid in full and that no one else will cause damage to the roof.

## VI. PAYMENT TERMS.

- A 50% payment of contract amount will be due upon delivery and start of the project. The final payment including any additional charges for change orders will be due within 10 days upon satisfactory of completion of all work.

- If this down payment is not received as agreed, the scheduled job start date may be delayed. The balance is due upon completion of work unless the job duration exceeds two weeks, then there will be an interim payment of 20% due at 75 percent completion.
- The contractor shall keep the Owners property free and clear of al liens. A Final Waiver of Lien from Contractor and all lienors providing Notice to Owner shall be required for final payment.

**VII. LATE PAYMENT/ DEFAULT.**

- Terms; upon substantial completion. Should it become necessary to place owner's account for collection, owner shall pay all contractors' costs of collection, including reasonable attorney's fees, the same goes if the contractor does something out of negligence or does not fulfill their end of the contract then it will be the responsibility of the contractor to pay the owners legal fees. In the event suit is filed to collect amount owed by owner, the exclusive location for such action will be El Paso County, Colorado.
- Payments not received by invoice due date shall be considered past due. Past due accounts will be charged an interest charge at the rate of 1.5% per month until the balance is paid in full. No release of lien shall be signed unless all payments are paid in full.
- If payments are not made according to the payment terms, then Total Roofing will have the right to stop all work, until the payments are made. If payments are not made then Total roofing will have the right to file mechanical lien on the property.

**VIII. TAXES AND PERMITS.**

- The contractor shall not be responsible for all taxes, fees and expenses imposed directly and indirectly for its work, labor, material and serviced required to fulfill this contract. The contractor is responsible for all permits pertaining to the law, ordinances and regulations where the work is performed.

**IX. INSURANCE.**

- The contractor shall maintain, at his own expense, full and complete insurance on its work until final approval of its work described in the contract. The contractor shall not hold the owner's liable from any and all cost, damages, fees and expenses from any claims arising on the project. Failure of the contractor to maintain appropriate insurance coverage may deem a material breach allowing the owner to terminate this contract or to provide insurance at contractor's expense. Contractor shall provide owner a copy of general liability and workman's compensation insurance certificates. The liability shall be endorsed to include owner as an additional insured for work performed. Contractor must warrant to owner that said insurance shall remain in force for the time of project.

**ANTICIPATED START DATE: Upon acceptance: Work to be commenced within four weeks.**

---

**X. We hereby propose to furnish all labor and materials on the above said specifications for the sum of ---------------------------------------------------------------------------------------------------------------------------$1,677,072.21**

**One million six hundred seventy seven thousand seventy two dollars and 21/100**

Acceptance of Proposal

The above costs, specifications, and project terms are satisfactory and therefore accepted. You are authorized to complete the project as specified according to the provided proposal. Payment will be made as outlined above.

*Property Authority* Mark Zumbro CoH Signature: [signature] Date: 8/22/19

*Total Roofing* LYLE CARPENTER Signature: [signature] Date: 8/22/19

*Cancellation Policy:* Property owner has 72 hours to rescind this Agreement and if cancelled within 72 hours is entitled to a full refund minus any actual expenses incurred after entering into this agreement. Cancellation may be made and accepted via phone notification or email.