JS Held

| | |
|---|---|
| Insured: | Mark Zamboni Cutter |
| Property: | 361 San Marino Court<br>Colorado Springs , CO 80906 |


| | | | |
|---|---|---|---|
| Estimator: | Joseph Del Guidice | Business: | (720) 512-1057 |
| Position: | Director | E-mail: | jdelguidice@jsheld.com |
| Company: | J.S. Held LLC | | |


**Claim Number:** 77182385 **Policy Number:** **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 8/28/2019 7:33 AM |

| | |
|---|---|
| Price List: | COCS8X_APR19<br>Restoration/Service/Remodel |
| Estimate: | 19050040 |

**19050040**

**Source - Geomni Roof**

**Roof**

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Residential Supervision / Project Management - per hour | 112.00 HR | 57.38 | 0.00 | 1,285.32 | 7,711.88 | (0.00) | 7,711.88 |
| 2. Telehandler/forklift and operator | 40.00 HR | 98.70 | 0.00 | 789.60 | 4,737.60 | (0.00) | 4,737.60 |
| 3. Tandem axle dump trailer - per load - including dump fees | 4.00 EA | 211.08 | 0.00 | 168.86 | 1,013.18 | (0.00) | 1,013.18 |
| 4. Temporary fencing | 1,800.00 LF | 5.14 | 0.00 | 1,850.40 | 11,102.40 | (0.00) | 11,102.40 |
| 5. General Laborer - per hour | 150.00 HR | 35.98 | 0.00 | 1,079.40 | 6,476.40 | (0.00) | 6,476.40 |
| For flag man and site clean up | | | | | | | |
| 6. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 12.00 EA | 592.73 | 0.00 | 1,422.56 | 8,535.32 | (0.00) | 8,535.32 |
| 7. Heavy Equipment (Crane bid from RMS Cranes, dated 7/16/19)* | 1.00 EA | 31,800.00 | 0.00 | 6,360.00 | 38,160.00 | (0.00) | 38,160.00 |
| **Totals: General Conditions** | | | **0.00** | **12,956.14** | **77,736.78** | **0.00** | **77,736.78** |

### Copper Bid

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Roofing (Copper roof bid from Colorado Copper Inc, dated 2/8/19)* | 1.00 EA | 59,773.00 | 0.00 | 11,954.60 | 71,727.60 | (5,379.57) | 66,348.03 |
| Copper bid includes gutters and downspouts. | | | | | | | |
| **Totals: Copper Bid** | | | **0.00** | **11,954.60** | **71,727.60** | **5,379.57** | **66,348.03** |




### Main Roof

| | | | |
|---|---|---|---|
| 8504.07 | Surface Area | 85.04 | Number of Squares |
| 779.70 | Total Perimeter Length | 154.19 | Total Ridge Length |
| 444.01 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9. Additional charge for high roof (2 stories or greater) | 85.04 SQ | 4.40 | 0.00 | 74.84 | 449.02 | (0.00) | 449.02 |
| 10. Additional charge for high roof (2 stories or greater) | 85.04 SQ | 15.38 | 0.00 | 261.58 | 1,569.50 | (0.00) | 1,569.50 |

## CONTINUED - Main Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11. Ice & water barrier | 8,504.07 SF | 1.59 | 280.63 | 2,704.30 | 16,506.40 | (1,360.65) | 15,145.75 |
| 12. Remove Tile roofing - Clay - "S" or flat tile | 85.04 SQ | 166.59 | 0.00 | 2,833.36 | 17,000.17 | (0.00) | 17,000.17 |
| 13. Tile roofing - Clay - "S" or flat tile | 100.35 SQ | 629.28 | 2,636.24 | 12,629.66 | 78,414.15 | (7,669.07) | 70,745.08 |
| Includes 18% Waste Factor | | | | | | | |
| 14. Ridge / Hip / Rake cap - tile roofing | 598.21 LF | 10.91 | 342.51 | 1,305.30 | 8,174.28 | (996.38) | 7,177.90 |
| 15. Ice & water barrier | 2,547.45 SF | 1.59 | 84.07 | 810.10 | 4,944.62 | (407.59) | 4,537.03 |
| Includes valleys and nailer boards | | | | | | | |
| 16. Step flashing | 123.73 LF | 8.10 | 13.88 | 200.44 | 1,216.53 | (57.69) | 1,158.84 |
| 17. Flashing - L flashing - color finish | 54.52 LF | 3.68 | 7.56 | 40.12 | 248.31 | (31.40) | 216.91 |
| 18. Aluminum sidewall/endwall flashing - color finish | 49.56 LF | 6.81 | 17.01 | 67.50 | 422.01 | (32.99) | 389.02 |
| 19. Drip edge | 779.70 LF | 1.93 | 43.74 | 300.96 | 1,849.52 | (181.78) | 1,667.74 |
| 20. Flashing - pipe jack | 11.00 EA | 33.22 | 7.60 | 73.08 | 446.10 | (31.57) | 414.53 |
| 21. Flashing - pipe jack - lead | 11.00 EA | 62.45 | 34.12 | 137.40 | 858.47 | (141.81) | 716.66 |
| 22. Prime & paint roof jack | 11.00 EA | 30.40 | 6.39 | 66.88 | 407.67 | (61.95) | 345.72 |
| 23. Roofer - per hour | 40.00 HR | 106.63 | 0.00 | 853.04 | 5,118.24 | (0.00) | 5,118.24 |
| Additional labor for project complexity. | | | | | | | |
| 24. Roofer - per hour | 10.11 HR | 106.63 | 0.00 | 215.60 | 1,293.63 | (0.00) | 1,293.63 |
| Additional labor for flashing details where flashing meets stucco wall area. | | | | | | | |
| 25. Furnace vent - rain cap and storm collar, 6" | 2.00 EA | 63.96 | 4.54 | 25.58 | 158.04 | (26.42) | 131.62 |
| 26. Furnace vent - rain cap and storm collar, 8" | 1.00 EA | 70.81 | 2.84 | 14.16 | 87.81 | (16.50) | 71.31 |
| **Totals: Main Roof** | | | **3,481.13** | **22,613.90** | **139,164.47** | **11,015.80** | **128,148.67** |
| **Total: Roof** | | | **3,481.13** | **47,524.64** | **288,628.85** | **16,395.37** | **272,233.48** |

### Windows

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. Windows - Bid from Window and Door Source, dated 11/20/2019* | 1.00 EA | 302,209.67 | 0.00 | 60,441.94 | 362,651.61 | (60,668.67) | 301,982.94 |
| **Totals: Windows** | | | **0.00** | **60,441.94** | **362,651.61** | **60,668.67** | **301,982.94** |

**Stucco**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Stucco Bid from Krueger Brothers Construction, dated 12/03/19.* | 1.00 EA | 200,953.00 | 0.00 | 40,190.60 | 241,143.60 | (11,488.25) | 229,655.35 |
| **Totals: Stucco** | | | **0.00** | **40,190.60** | **241,143.60** | **11,488.25** | **229,655.35** |
| **Total: Source - Geomni Roof** | | | **3,481.13** | **148,157.18** | **892,424.06** | **88,552.29** | **803,871.77** |
| **Line Item Totals: 19050040** | | | **3,481.13** | **148,157.18** | **892,424.06** | **88,552.29** | **803,871.77** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 9,318.70 | Surface Area | 93.19 | Number of Squares | 1,966.44 | Total Perimeter Length |
| 166.86 | Total Ridge Length | 525.85 | Total Hip Length | | |

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 740,785.75 |
| Overhead | 74,078.59 |
| Profit | 74,078.59 |
| Material Sales Tax | 3,481.13 |
| **Replacement Cost Value** | **$892,424.06** |
| Less Depreciation | (88,552.29) |
| **Actual Cash Value** | **$803,871.77** |
| **Net Claim** | **$803,871.77** |
| Total Recoverable Depreciation | 88,552.29 |
| **Net Claim if Depreciation is Recovered** | **$892,424.06** |

Joseph Del Guidice
Director

JS Held

## Recap by Room

**Estimate: 19050040**

**Area: Source - Geomni Roof**

**Area: Roof**

| | | |
|---|---|---|
| General Conditions | 64,780.64 | 8.74% |
| Copper Bid | 59,773.00 | 8.07% |
| Main Roof | 113,069.44 | 15.26% |
| Area Subtotal: Roof | 237,623.08 | 32.08% |
| Windows | 302,209.67 | 40.80% |
| Stucco | 200,953.00 | 27.13% |
| Area Subtotal: Source - Geomni Roof | 740,785.75 | 100.00% |
| Subtotal of Areas | 740,785.75 | 100.00% |
| Total | 740,785.75 | 100.00% |

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| GENERAL DEMOLITION | 22,498.07 | | 22,498.07 |
| HEAVY EQUIPMENT | 35,748.00 | | 35,748.00 |
| HEAT, VENT & AIR CONDITIONING | 198.73 | 42.92 | 155.81 |
| LABOR ONLY | 11,823.56 | | 11,823.56 |
| PAINTING | 334.40 | 61.95 | 272.45 |
| ROOFING | 157,768.32 | 16,290.50 | 141,477.82 |
| STUCCO & EXTERIOR PLASTER | 200,953.00 | 11,488.25 | 189,464.75 |
| TEMPORARY REPAIRS | 9,252.00 | | 9,252.00 |
| WINDOWS - ALUMINUM | 302,209.67 | 60,668.67 | 241,541.00 |
| O&P Items Subtotal | 740,785.75 | 88,552.29 | 652,233.46 |
| Overhead | 74,078.59 | | 74,078.59 |
| Profit | 74,078.59 | | 74,078.59 |
| Material Sales Tax | 3,481.13 | | 3,481.13 |
| Total | 892,424.06 | 88,552.29 | 803,871.77 |